# EXHIBIT A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 34101438**
**Date Processed: 05/21/2026**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>1 Nationwide Plz<br>Columbus, OH 43215-2226 |
| **Electronic copy provided to:** | Dawn DeRan |
| **Entity:** | Depositors Insurance Company<br>Entity ID Number  0149484 |
| **Entity Served:** | Depositors Insurance Company |
| **Title of Action:** | USA Wireless, Inc vs. Depositors Insurance Company and Allied Property and Casualty Insurance Company |
| **Matter Name/ID:** | USA Wireless, Inc. vs. Depositors Insurance Company and Allied Property and Casuality Insurance Company (19299575) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Miami-Dade County Circuit Court, FL |
| **Case/Reference No:** | 2026-009547-CA-01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 05/21/2026 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | Dept. of Insurance in Florida on 05/19/2026 |
| **How Served:** | Electronic SOP |
| Sender Information: | Herskowitz Shapiro, PLLC<br>n/a |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

*26-000094636*

USA WIRELESS, INC

PLAINTIFF(S)

VS.

DEPOSITORS INSURANCE COMPANY AND
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT

| | |
|---|---|
| CASE #: | 2026-009547-CA-01 |
| COURT: | 11TH JUDICIAL CIRCUIT |
| COUNTY: | MIAMI-DADE |
| DFS-SOP #: | 26-000094636 |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida's Department of Financial Services. Said process was received by ELECTRONIC DELIVERY on Tuesday, May 19, 2026 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, May 21, 2026 to the designated agent for the named entity as shown below.

DEPOSITORS INSURANCE COMPANY

LYNETTE COLEMAN

1201 HAYS STREET

TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

LYLE SHAPIRO
ATTORNEY
HERSKOWITZ SHAPIRO, PLLC
9130 S. DADELAND BLVD SUITE 1609
MIAMI, FL 33156

JM1

Filing # 248177667 E-Filed 05/14/2026 11:31:56 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2026-009547-CA-01

USA WIRELESS, INC.,
a Florida corporation,

       Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,
an Iowa corporation, and ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,

       Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

**YOU ARE HEREBY COMMANDED** to serve this summons, and a copy of the Complaint on defendant:

**Depositors Insurance Company**
**c/o Florida Chief Financial Officer**
**Service of Process Section**
**200 E. Gaines Street Tallahassee, FL 32399**

Each defendant is required to serve written defenses to the Complaint to Lyle E. Shapiro, Esq., Plaintiff's attorney, whose address is:

**Herskowitz Shapiro, PLLC**
Two Datran Center
9130 S. Dadeland Blvd., Suite 1609
Miami, FL 33156
Telephone: (305) 423-1986
lyle@hslawfl.com

within 20 days[1] after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately after service. A defendant may either file the response electronically by using the Florida Courts E-filing Portal (MyFLCourtAccess.com), or by filing the written response with the clerk of court. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

5 18 2026

DATED ON May _____, 2026.

JUAN FERNANDEZ-BARQUIN
CLERK OF THE CIRCUIT COURT & CONTROLLER

(SEAL)

By:_____
        I wasoto
        Deputy Clerk

---

[1] Except when suit is brought under section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in the official's or employee's official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought under section 768.28, Florida Statutes, the time to be inserted is 30 days.

2

Florida Rules of Judicial Administration Rule 2.540 Notices to Persons with Disabilities

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

3

Filing # 247922903 E-Filed 05/11/2026 04:30:02 PM

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: _____

USA WIRELESS, INC.,
a Florida corporation,

      Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,
an Iowa corporation, and ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
an Iowa Corporation,

      Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF
## AND BREACH OF CONTRACT

Plaintiff, USA Wireless, Inc. ("USA Wireless" or "Plaintiff"), sues Defendants, Depositors Insurance Company, an Iowa Corporation ("Depositors") and Allied Property and Casualty Insurance Company, an Iowa Corporation ("Allied") (collectively, "Defendants" or "Insurers"), and alleges:

## GENERAL ALLEGATIONS

1. This is an action for declaratory relief, damages, and attorneys' fees arising from Defendants' wrongful denial of insurance coverage for a covered claim resolved by Plaintiff in the amount of $500,000.

2. At all material times, Plaintiff was the named insured under certain Commercial General Liability policies issued by Depositors and follow-form Commercial Umbrella Liability policies issued by Allied.

3. The Depositors policies included Commercial General Liability Policy Numbers ACP GLDO 3029795104 for the period June 5, 2023 through June 5, 2024 and ACP GLDO 3039795104 for the period June 5, 2024 through June 5, 2025, and the Allied policies included Commercial Umbrella Liability Policy Numbers ACP CAP 3029795104 for the period June 5, 2023 through June 5, 2024 and ACP CAP 3039795104 for the period June 5, 2024 through June 5, 2025.  True and correct copies of the policies at issue are attached hereto and incorporated herein as **Composite Exhibit "A".**

4. The Allied umbrella policies were issued on a follow-form basis over the Depositors Commercial General Liability policies.

5. The Depositors policies provided, among other things, coverage for "property damage" caused by an "occurrence," subject to the terms, conditions, exclusions, and limits of the policies.

6. Venue is proper in Miami-Dade County, Florida because Plaintiff's principal place of business is located in Miami-Dade County, the policies were issued and delivered in Miami-Dade County, and substantial events giving rise to this action occurred in Miami-Dade County.

7. This Court has jurisdiction because the amount in controversy exceeds $50,000 exclusive of interest, attorneys' fees, and costs.

8. Upon information and belief, Depositors is authorized to transact insurance business in the State of Florida and issued the policies at issue to Plaintiff in Florida.

9. Upon information and belief, Allied is authorized to transact insurance business in the State of Florida and issued the policies at issue to Plaintiff in Florida.

2

10. Defendants issued and delivered the policies to Plaintiff in Florida, insured risks and operations located in Florida, and administered and adjusted the claims at issue in Florida.

11. Plaintiff has satisfied all conditions precedent to coverage or such conditions have been waived or excused.

## THE UNDERLYING CLAIM

12. Plaintiff operates retail locations as an AT&T authorized retailer pursuant to agreements with AT&T Mobility II, LLC ("AT&T").

13. In or around July 2025, AT&T asserted claims against Plaintiff arising from alleged conduct of a former employee, Hatman Pierre.

14. AT&T alleged that Pierre improperly obtained AT&T-owned wireless devices between January 2024 and May 2025 through misuse of AT&T's ordering system.

15. AT&T alleged that a substantial number of physical wireless devices were improperly obtained and claimed significant damages arising therefrom.

16. AT&T asserted substantial monetary claims against Plaintiff arising from the alleged conduct.

17. Plaintiff did not direct, authorize, ratify, or benefit from Pierre's conduct.

18. Plaintiff did not receive commissions relating to the alleged transactions.

19. The devices at issue were owned by AT&T.

20. Plaintiff first learned of the alleged conduct only after notification from AT&T.

21. Upon learning of the alleged conduct, Plaintiff promptly terminated Pierre and notified law enforcement authorities.

22. Plaintiff contends Pierre's alleged conduct was unauthorized, unexpected, and adverse to Plaintiff's interests.

23. AT&T alleged Plaintiff failed to properly supervise and monitor Pierre's conduct and related transactions.

24. AT&T's claims against Plaintiff included allegations sounding in negligent supervision, negligent monitoring, and alleged contractual breaches arising from the alleged failure to detect Pierre's conduct.

25. The liability alleged against Plaintiff was, at most, vicarious and/or negligent in nature.

26. Plaintiff resolved the AT&T matter in good faith and in a commercially reasonable manner in order to mitigate substantial litigation exposure. The settlement was reasonable in light of the claims asserted and potential exposure alleged by AT&T.

27. The AT&T matter was resolved pursuant to a confidential settlement agreement without admission of liability by Plaintiff. Plaintiff expressly preserves all confidentiality protections applicable to the settlement agreement and related settlement communications.

28. Plaintiff incurred defense costs, attorneys' fees, and related expenses in connection with the AT&T matter.

## THE COVERAGE DISPUTE

29. Plaintiff timely notified Defendants of the AT&T claim and fully cooperated with the investigation.

30. Plaintiff provided Defendants with information and documentation reasonably requested in connection with Defendants' investigation and coverage evaluation.

31. Plaintiff kept Defendants informed regarding the status of the AT&T matter, including mediation posture and settlement discussions.

32. Plaintiff advised Defendants that settlement negotiations involved substantial potential exposure and opportunities for resolution.

33. Defendants did not request to participate in settlement negotiations, did not seek to attend mediation, did not request additional time to evaluate settlement authority, and did not instruct Plaintiff to refrain from resolving the matter pending completion of Defendants' investigation or coverage evaluation.

34. Defendants nevertheless offered only $10,000 to resolve Plaintiff's claims while continuing to reserve rights and deny coverage.

35. Defendants contended, among other things, that the AT&T claim did not involve covered "property damage" caused by an "occurrence" and further contended that various exclusions potentially barred coverage.

36. A true and correct copy of Defendants' denial correspondence is attached hereto as Exhibit "B."

37. Plaintiff disputed Defendants' coverage position and demanded reconsideration and indemnity.

38. Despite demand, Defendants failed and refused to indemnify Plaintiff for the covered loss.

## COUNT I

## DECLARATORY RELIEF

### (Against All Defendants)

39. Plaintiff realleges paragraphs 1 through 38 as if fully set forth herein.

40. An actual, present, and practical controversy exists between Plaintiff and Defendants regarding the parties' respective rights and obligations under the policies.

41. Plaintiff contends the AT&T matter constituted covered "property damage" because it involved alleged loss of use of tangible personal property, damage to tangible personal property, and/or loss of tangible personal property.

42. Plaintiff further contends the alleged loss was caused by an "occurrence" because, from Plaintiff's standpoint, the conduct was accidental, unintended, unauthorized, and unexpected.

43. Plaintiff further contends that no policy exclusion, limitation, condition, or other policy provision bars or limits coverage for the AT&T matter.

44. Plaintiff further contends that its resolution of the AT&T matter did not violate any voluntary payment, consent-to-settle, cooperation, no-action, or similar policy provision.

45. Plaintiff contends Defendants were provided notice of the AT&T matter, settlement discussions, and mediation opportunities, and were afforded a full and fair opportunity to investigate, evaluate, and participate in the matter.

46. Plaintiff further contends Defendants were not prejudiced by Plaintiff's resolution of the AT&T matter.

47. Defendants dispute the foregoing contentions and contend, among other things, that coverage is barred, limited, excluded, forfeited, or otherwise unavailable under the policies.

48. Accordingly, an actual, present, and practical controversy exists concerning the parties' respective rights and obligations under the policies.

WHEREFORE, Plaintiff requests that this Court enter judgment in its favor and against Defendants, and specifically:

A. Declaring that the AT&T claim and resulting settlement constitute a covered loss under the policies;

B. Declaring that the alleged loss constitutes covered "property damage" caused by an "occurrence" within the meaning of the policies;

C. Declaring that Defendants owed coverage and indemnity obligations to Plaintiff with respect to the AT&T matter;

D. Declaring that no exclusion, limitation, condition, voluntary payment provision, consent provision, no-action clause, cooperation provision, or other policy defense bars, limits, forfeits, or otherwise precludes coverage for the AT&T matter;

E. Declaring that Plaintiff's resolution of the AT&T matter did not violate the policies and did not relieve Defendants of their coverage obligations;

F. Declaring that Defendants were not prejudiced by Plaintiff's resolution of the AT&T matter;

G. Awarding Plaintiff damages, including amounts paid or incurred in connection with resolving the AT&T matter, together with prejudgment interest;

H. Awarding Plaintiff its reasonable attorneys' fees and taxable costs pursuant to sections 627.428 and 86.121, Florida Statutes, and any other applicable statutory, contractual, or equitable basis;  and

I. Granting such other and further relief as the Court deems just and proper.

## COUNT II

## BREACH OF CONTRACT

## (Against All Defendants)

49. Plaintiff realleges paragraphs 1 through 38 as if fully set forth herein.

50. Valid and enforceable insurance contracts existed between Plaintiff and Defendants.

51. Plaintiff complied with all material obligations, duties, and conditions under the policies, or such obligations, duties, and conditions were waived, excused, satisfied, or otherwise inapplicable.

52. The AT&T matter and resulting settlement constitute a covered loss under the policies.

53. Defendants owed Plaintiff contractual duties, including duties to provide coverage and indemnity for covered sums Plaintiff became legally obligated to pay because of covered property damage caused by an occurrence.

54. Plaintiff provided Defendants notice of the AT&T matter, opportunities to investigate and evaluate the matter, and opportunities to participate in settlement discussions and resolution efforts.

55. Plaintiff resolved the AT&T matter in good faith and in a commercially reasonable manner in light of the claims asserted and the potential exposure alleged.

56. Defendants breached the policies by, among other things:

a. wrongfully denying coverage and indemnity obligations owed to Plaintiff;

b. improperly contending that the AT&T matter did not involve covered property damage caused by an occurrence;

c. improperly asserting that exclusions, limitations, conditions, voluntary payment provisions, consent provisions, no-action clauses, cooperation provisions, or other policy defenses barred or limited coverage; and

d. failing and refusing to indemnify Plaintiff for covered amounts paid or incurred in resolving the AT&T matter.

57. Defendants' breaches were material and directly caused Plaintiff to sustain damages.

58. As a direct and proximate result of Defendants' breaches, Plaintiff suffered damages including, but not limited to amounts paid or incurred in resolving the AT&T matter;

defense costs attorneys' fees, and related expenses incurred in connection with the AT&T matter; prejudgment interest; and other contractual damages recoverable under Florida law.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages, prejudgment interest, attorneys' fees and taxable costs pursuant to sections 627.428 and 86.121, Florida Statutes and any other applicable law, and such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues so triable.

Dated: May 11, 2026

Respectfully submitted,

By: */s/ Lyle E. Shapiro*
Lyle Shapiro, Esq. (Fla. Bar No. 120324)
HERSKOWITZ SHAPIRO PLLC
9130 S Dadeland Blvd, Suite 1609
Miami, Florida 33156
lyle@hslawfl.com
Tel: (305) 423-1986

*ATTORNEYS FOR PLAINTIFF*

# Composite Exhibit A



# Certification

I, Javier Rivas, as a duly authorized representative of ALLIED PROPERTY AND CASUALTY INS COMPANY entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of ACP CAP3029795104 in effect on 06/05/2023 to 06/05/2024 was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.

_Javier Rivas_____

Javier Rivas

Supervisor, Claims Operations - Commerical Lines

12/23/2025

Date

INSURED COPY

ACP   30-2-9795104   45   0003925

LJPO   N

**ALLIED PROP AND CAS INS CO**

Named Insured:  **USA WIRELESS INC**

Address:  **8925 SW 148TH ST STE 110**
**PALMETTO BAY**           **FL  331768000**

★★★★★★★★        **IMPORTANT INSURANCE INFORMATION**        ★★★★★★★★

**IMPORTANT NOTICE FOR RENEWAL POLICIES**

In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy.  We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.  Please refer to your prior policies for printed copies of these forms.  If you desire copies, they are available upon request from your agent.

**IN 5017 (05-93)**

DIRECT BILL     LESL  23167                          INSURED          ACP CAP 3029795104                    45     0003926

**IN 74 29 12 15**

★ ★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA CUSTOMER SERVICE NOTIFICATION

We want to make it as easy as possible for you to be able to contact us when you have a claim or a question regarding your insurance.  Our aim is to provide you the service you need.

If you have a loss and need to report a claim – just call our 24-hour toll free **Claims Number** 1-800-421-3535 from anywhere in the country.

When you talk to someone about your policy(s) or any other insurance concern, please contact your agent.  His or her name and telephone number can be found on the Policy Declaration or a Billing Notice.

You may also write or call our Customer Service Department:

Nationwide Insurance Company
Attn: Customer Relations Department
One West Nationwide Bl
Columbus Oh 43215-2220
877-669-6877 (toll free)
Web:  www.nationwide.com

Written correspondence is preferable so that a record of your inquiry is maintained.  When contacting your agent or the company, have your policy number available.

Please keep this information with your insurance policy for handy reference.

**IN 74 29 12 15**                                                            Page **1** of **1**

ACP CAP 3029795104                           INSURED                           45   0003927

**IN 79 30 05 22**

★ ★ ★ ★ ★ ★ ★     IMPORTANT INSURANCE INFORMATION     ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA)

The FIGA Board of Directors may certify the need for an assessment on its member insurers to secure funds for the payment of covered claims related to new insolvencies in FIGA's Other Account.  When such an assessment is certified, member insurers collect an equivalent surcharge on new and renewal policies. If a surcharge applies to your policy it is shown in the Declarations.

**IN 79 30 05 22**                                                                                          **Page 1 of 1**

ACP CAP 3029795104                                    INSURED                                    45   0003928

**UMB 1 (12-98)**

**DECLARATIONS**

**RENEWAL**

**COMMERCIAL UMBRELLA LIABILITY INSURANCE POLICY**
ALLIED PROP AND CAS INS CO
1100 LOCUST ST DEPT 1100
DES MOINES IA          503912000

---

Policy Number: **ACP CAP 3029795104**

ITEM 1
Named Insured: **USA WIRELESS INC**
ITEM 2
Address:          **8925 SW 148TH ST STE 110**
                  **PALMETTO BAY          FL      331768000**

---

    Agent:  **KEYES COVERAGE INC**
  Address:  **TAMARAC FL                33321      45 09  59624  0002**
PRODUCER: **CAREY ALAN KEYES**
ITEM 3
Policy Period : From 12:01 A.M., **06/05/23**  to 12:01 A.M., **06/05/24**

---

ITEM 4
Schedule of Underlying Insurance:  See Endorsement No.  UMB 00 01

---

ITEM 5
Retained Limit Aggregate: **NONE**

---

ITEM 6
Limits of Insurance:          a)  **$3,000,000** Each Occurrence
                              b)  **$3,000,000** Products - Completed Operations Aggregate
                              c)  **$3,000,000** Other Aggregate

ITEM 7
Coverage          ☒  A - Excess Follow Form Liability Insurance
                  ☒  B - Umbrella Liability Insurance

---

ITEM 8
Premium :                              Amount
                                       **$9,589.00**
 **TOTAL SURCHARGES**                    **$191.77**

---

ITEM 9

| Endorsements: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMB0052 | 0115 | IN7429 | 1215 | UMB0001 | 0309 | UMB0002 | 0413 | UMB0900 | 0312 |
| UMB0905 | 0310 | UMB0028 | 0413 | UMB7010 | 0514 | UMB0043 | 1298 | IN7930 | 0522 |

---

Renewal or Replacement No. **ACP CAP 3019795104**

Countersigned By  _____
                  Authorized Representative

**UMB 1 (12-98)**

DECLARATIONS

SCHEDULE OF ASSESSMENTS AND SURCHARGES

Policy Period:   From   **06/05/23**   To  **06/05/24**

| | | |
|---|---|---|
| FL | **FLORIDA INSURANCE GUARANTY ASSOCIATIONS 2022** | **$67.12** |
| FL | **2022 B - FLORIDA INSURANCE GUARANTY ASSESSMENT** | **$124.65** |

**$191.77**

DIRECT BILL          LESL  23167                              INSURED                              12                              45     03930

UMB 2 (07-08)

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                                    PRESIDENT

ACP CAP 3029795104                              INSURED                              45   0003931

ALLIED PROP AND CAS INS CO

## COMMERCIAL EXCESS LIABILITY
## FORMS AND ENDORSEMENTS SUMMARY

Number: **ACP CAP** 3029795104

Period:
From **06/05/23** To **06/05/24**

| FORM/ENDORSEMENT | DATE | TITLE |
|---|---|---|
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| IN7930 | 0522 | FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA) |
| UMB0001 | 0309 | SCHEDULE OF UNDERLYING INSURANCE |
| UMB0002 | 0413 | COMMERCIAL UMBRELLA LIABILITY POLICY |
| UMB0028 | 0413 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES - COVERAGE B |
| UMB0043 | 1298 | UNIMPAIRED AGGREGATE LIMITS - (NON-CONCURRENCY) |
| UMB0052 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UMB0900 | 0312 | FLORIDA CHANGES  CANCELLATION AND NONRENEWAL |
| UMB0905 | 0310 | FLORIDA RACING EXCLUSION - COVERAGE A AND COVERAGE B |
| UMB7010 | 0514 | EXCLUSION-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL I |

17206 (10-88)

LESL  23156                          INSURED                          45    03932

Policy Number:   **ACP CAP 3029795104**
Policy Period:   **06/05/23**   to   **06/05/24**

ITEM 4.

Schedule Of Underlying Insurance (as identified by the entry of a company name, policy number, policy period and limits):

| | Limits ($) | |
|---|---|---|
| **X** Commercial General Liability  or | | |
| Businessowners Liability | **2000000** | General Aggregate |
| **DEPOSITORS** | **2000000** | Products-Completed Operations Aggregate |
| Policy Number:   **ACP GLDO 3029795104** | **1000000** | Personal and Advertising Injury |
| Policy Period:   **06/05/23**   to   **06/05/24** | **1000000** | Each Occurrence |

| | Limits ($) | |
|---|---|---|
| Commercial Auto Liability | | |
| | | Each Accident |
| Policy Number: | | |
| Policy Period:   to | | |

| | Limits ($) | |
|---|---|---|
| **X** Employer's Liability  or | | |
| Stop Gap Liability | | |
| **ASSOCIATED INDUSTRIES INS CO** | **1000000** | Bodily Injury by Accident - Each Accident |
| Policy Number:   **AWC1177517** | **1000000** | Bodily Injury by Disease – Each Employee |
| Policy Period:   **06/05/23**   to   **06/05/24** | **1000000** | Bodily Injury by Disease – Policy Limit |

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:   to | |

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:   to | |

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:   to | |

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:   to | |

IMPORTANT NOTICE: RESTRICTIONS, LIMITATIONS AND EXCLUSIONS TO THE ABOVE SCHEDULED UNDERLYING INSURANCE (OR ANY REPLACEMENTS THEREOF) WILL ACT AS RESTRICTIONS, LIMITATIONS AND EXCLUSIONS TO COVERAGE A OF THIS POLICY.

UMB 00 02 04 13

# QUICK REFERENCE

# COMMERCIAL UMBRELLA LIABILITY POLICY

READ YOUR POLICY CAREFULLY

Page Number

DECLARATIONS PAGE

    Named Insured Mailing Address
    Policy Period
    Coverages and Limits of Insurance
    Endorsements

INSURING AGREEMENTS                                             2

DEFENSE AND SUPPLEMENTARY PAYMENTS                             3

LIMITS OF INSURANCE                                            4

EXCLUSIONS                                                     5

DEFINITIONS                                                    12

CONDITIONS                                                     16

NUCLEAR ENERGY LIABILITY EXCLUSION                             19

ENDORSEMENTS – FOLLOWING THE LAST PAGE OF YOUR POLICY

UMB 00 02 04 13      Includes copyrighted material of Insurance Services Office, Inc.,      Page 1 of 20
with its permission.

ACP CAP 3029795104      INSURED      45   0003934

UMB 00 02 04 13

# COMMERCIAL UMBRELLA LIABILITY POLICY

Various provisions in this policy restrict coverage. Please read the entire policy and any "underlying insurance" carefully to determine rights, duties and what is covered and not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks are defined in this policy. These definitions are found in the Definitions section or the specific policy provision where they appear.

## INSURING AGREEMENTS

**A. Coverage A - Excess Follow Form Liability Insurance**

1. Under Coverage A, we will pay on behalf of the "insured" that part of "loss" covered by this insurance in excess of the total applicable limits of "underlying insurance", provided the injury or offense takes place during the Policy Period of this policy. The terms and conditions of "underlying insurance" are, with respect to Coverage A, made a part of this policy except with respect to:

   a. any contrary provision contained in this policy; or

   b. any provision in this policy for which a similar provision is not contained in "underlying insurance".

2. With respect to the exceptions stated above, the provisions of this policy will apply.

3. The amount we will pay for damages is limited as described in Limits of Insurance.

4. Notwithstanding anything to the contrary contained above, if "underlying insurance" does not cover "loss" for reasons other than exhaustion of an aggregate limit of insurance by payment of claims, then we will not cover such "loss".

5. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

6. If we are prevented by law from paying on behalf of the "insured" for coverage provided under this insurance, then we will indemnify the "insured".

7. With respect to any coverage provided by "underlying insurance" that is on a claims-made basis:

   a. this insurance does not apply to "injury or damage" which occurred before the Retroactive Date, if any, shown in the "underlying insurance", or which occurs after the policy period; and

   b. the aggregate limit shall not be reinstated on this insurance except by endorsement thereon.

**B. Coverage B - Umbrella Liability Insurance**

1. Under Coverage B, we will pay on behalf of the "insured" damages the "insured" becomes legally obligated to pay by reason of liability imposed by law because of "bodily injury", "property damage", or "personal and advertising injury" covered by this insurance which takes place during the Policy Period and is caused by an "occurrence". We will pay such damages in excess of the Retained Limit Aggregate specified in the Declarations or the amount payable by "other insurance", whichever is greater.

2. Damages because of "bodily injury" include damages claimed by any person or organization for care or loss of services resulting at any time from "bodily injury".

3. This coverage applies anywhere.

4. The amount we will pay is limited as described in Limits of Insurance.

5. Coverage B will not apply to any loss, claim or "suit" for which insurance is afforded under "underlying insurance" or would have been afforded except for the exhaustion of the limits of insurance of "underlying insurance".

6. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

7. If we are prevented by law from paying on behalf of the "insured" for coverage provided under this insurance, then we will indemnify the" insured".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

UMB 00 02 04 13

ACP CAP 3029795104                                    INSURED                                    45   0003935

UMB 00 02 04 13

8.  This insurance applies to "bodily injury" and "property damage" only if:

    a.  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    b.  The "bodily injury" or "property damage" occurs during the "policy period"; and

    c.  Prior to the "policy period", no "insured" and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the "policy period" will be deemed to have been known prior to the "policy period".

9.  "Bodily injury" or "property damage" which occurs during the "policy period" and was not, prior to the "policy period", known to have occurred by any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "policy period".

10. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    a.  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    b.  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    c.  Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

11. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the "policy period".

## DEFENSE AND SUPPLEMENTARY PAYMENTS

### Applicable to Coverage A and Coverage B

A.  We have the right and the duty to assume control of the investigation, settlement or defense of any claim or "suit" against the "insured" for damages covered by this policy:

    1.  under Coverage A, when the applicable limit of "underlying insurance" has been exhausted by payment of claims; or

    2.  under Coverage B, when damages are sought for "bodily injury", "property damage", or "personal and advertising injury" to which no "underlying insurance" or "other insurance" applies.

B.  In those circumstances where paragraph A. above applies, in addition to the applicable Limits of Insurance we will pay our expenses and the following to the extent that they are not included in "underlying insurance":

    1.  Up to $3,000 for the cost of bail bonds. We do not have to furnish these bonds.

    2.  The cost of bonds to release attachments, but only for bond amounts within the amount of insurance available. We do not have to furnish these bonds.

    3.  All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

    4.  All court costs taxed against the "insured" in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured";

    5.  Pre-judgment interest awarded against the "insured" on that part of the judgment we become obligated to pay. However, if we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

    6.  All interest awarded against the "insured" on that amount of any judgment that is within the applicable Limits of Insurance that we become obligated to pay that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court that part of the judgment we are obligated to pay.

        These Payments will not reduce the limits of insurance.

UMB 00 02 04 13     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 3 of 20

UMB 00 02 04 13

**C.** In those circumstances where paragraph **A.** above does not apply we do not have the duty to assume control of the investigation, settlement or defense of any claim or "suit" against the insured. We do, however, have the right to participate in the investigation, settlement or defense of any claim or "suit" that we feel may create liability on our part under the terms of this policy. If we exercise this right, we will do so at our expense.

We will not defend any "suit" after we have exhausted the applicable Limit of Insurance as stated in the Declarations.

If we are prevented by law or otherwise from carrying out the provisions of this section, DEFENSE AND SUPPLEMENTARY PAYMENTS, we will pay any expense incurred with our consent.

---

## LIMITS OF INSURANCE

**A. Applicable to Coverage A and Coverage B**

1. With respect to Coverage A and Coverage B, the Limits of Insurance shown in the Declarations and the rules below determine the most we will pay, regardless of the number of:

   a. "insureds";

   b. claims made or "suits" brought against any or all "insureds";

   c. coverages provided under this policy; or

   d. persons or organizations making claims or bringing "suits".

2. The Limits of Insurance of this policy will apply as follows:

   a. The limit for Each Occurrence stated in the Declarations is the most we will pay for all damages arising out of any one "occurrence" even if such damages are covered, in whole or in part, under both Coverage A and Coverage B.

   Any amount paid for damages arising out of an "occurrence" will reduce the amount of the applicable aggregate limit of insurance available for payment of damages arising out of any other "occurrence".

   If the applicable aggregate limit of insurance has been reduced by payment of damages to an amount that is less than the limit of Each Occurrence stated in the Declarations, the remaining aggregate limit of insurance is the most that will be available for payment of damages arising out of any other "occurrence".

   b. Subject to paragraph **2.a.** above, the limit stated in the Declarations for the Products-Completed Operations Aggregate is the most we will pay for all damages under the "products-completed operations hazard".

   c. Subject to paragraph **2.a.** above, the limit stated in the Declarations for the Other Aggregate is the most we will pay for all damages under Coverage A, or separately under Coverage B, except for:

      1) damage covered under the "products-completed operations hazard" or,

      2) damage covered under "underlying insurance" to which no underlying aggregate limit applies.

3. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes of determining the Limits of Insurance.

**B. Applicable to Coverage A Only**

1. With respect to Coverage A and subject to paragraphs **2.a.**, **2.b.** and **2.c.** above:

   a. if the limits of "underlying insurance" have been reduced by payment of "loss", this policy will immediately apply excess of the reduced underlying limit; or

   b. if the limits of "underlying insurance have been exhausted by payment of loss, this policy will continue in force as "underlying insurance".

2. The provisions of **1.a.** and **1.b.** above apply to injury or offense which takes place before the expiration of this policy or the underlying policy, whichever comes first.

---

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

ACP CAP 3029795104      INSURED      45   0003937

UMB 00 02 04 13

## EXCLUSIONS

### A. Applicable to Coverage A and Coverage B

Under Coverage A and Coverage B, this insurance does not apply to:

1. **Workers' Compensation And Similar Laws**

   Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

2. **E. R. I. S. A.**

   Any obligation of the insured under the Employees' Retirement Income Security Act of 1974 (E. R. I. S. A.), and any amendments thereto or any similar federal, state or local statute.

3. **Auto Coverages**

   Any loss, cost or expense payable under or resulting from any first-party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

4. **Abuse or Molestation**

   "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

   a. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

   b. The negligent:
      1) Employment;
      2) Investigation;
      3) Supervision;
      4) Reporting to the proper authorities, or failure to so report; or
      5) Retention;

      of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **a.** above.

5. **Cross Suits**

   "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" sustained by any Named insured shown in the Declarations arising out of the activities or operations of any other Named Insured shown in the Declarations.

6. **Damage To "Your Product"**

   "Injury or damage" or "property damage" to "your product" arising out of it or any part of it.

7. **Damage To "Your Work"**

   "Injury or damage" or "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

8. **Employment-related Practices**

   "Injury or damage", "bodily injury" or "personal and advertising injury" to:

   a. A person arising out of any:
      1) Refusal to employ that person;
      2) Termination of that person's employment; or
      3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "injury or damage", "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **1)**, **2)** or **3)** above is directed.

   This exclusion applies whether the injury-causing event described in Paragraph **1)**, **2)** or **3)** above occurs before employment, during employment or after employment of that person.

   This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

9. **Fungi Or Bacteria**

   a. "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents,

ACP CAP 3029795104                              INSURED                              45   0003938

UMB 00 02 04 13

regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such "injury or damage", "bodily injury", "property damage", or "personal and advertising injury".

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

10. Punitive Damages

Any punitive or exemplary damages, fines or penalties.

11. Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

12. Silica Or Silica-Related Dust

a. "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

13. Asbestos, Electronic Emissions, Lead or Radon

"Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

a. Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

b. Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

c. Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

d. Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

B. Applicable to Coverage A Only

The exclusions applicable to the "underlying insurance" also apply to this insurance. Additionally, this insurance does not apply to:

1. Damage To Property

"Injury or damage" to:

a. Property:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAP 3029795104                                    INSURED                                    45   0003939

UMB 00 02 04 13

1) You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

2) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**b.** Premises you sell, give away or abandon, if the "injury or damage" arises out of any part of those premises;

**c.** Property loaned to you;

**d.** Personal property in the care, custody or control of the insured;

**e.** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "injury or damage" arises out of those operations; or

**f.** That particular part of any property that must be restored, repaired or replaced because your work (as defined in the "underlying insurance") was incorrectly performed on it.

Paragraph **b.** of this exclusion does not apply if the premises are your work (as defined in the "underlying insurance") and were never occupied, rented or held for rental by you.

Paragraphs **a.2), c., d., e.** and **f.** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **c.** and **d.** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **f.** of this exclusion does not apply to "injury or damage" included in the "products-completed operations hazard".

**2. Auto Pollution**

"Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

1) Being transported or towed by, handled or handled for movement into, onto or from the "covered auto";

2) Otherwise in the course of transit by or on behalf of the "insured"; or

3) Being stored, disposed of, treated or processed in or upon the "covered auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the "covered auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the "covered auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the "covered auto" or its parts, if:

1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

2) The "injury or damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **10.b.** and **10.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "occurrences" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a "covered auto" if:

1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a "covered auto"; and

2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

ACP CAP 3029795104     INSURED     45   0003940

UMB 00 02 04 13

3. **Other Than Auto Pollution**

a. "Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

a) "Injury or damage" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

b) "Injury or damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

c) "Injury or damage" arising out of heat, smoke or fumes from a "hostile fire";

2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

3) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

a) Any insured; or

b) Any person or organization for whom you may be legally responsible; or

4) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

a) "Injury or damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "injury or damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

b) "Injury or damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

c) "Injury or damage" arising out of heat, smoke or fumes from a "hostile fire".

5) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   UMB 00 02 04 13

ACP CAP 3029795104                          INSURED                          45   0003941

UMB 00 02 04 13

b. Any loss, cost or expense arising out of any:

1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "injury or damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

## C. Applicable to Coverage B Only

Under Coverage B, this insurance does not apply to:

1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Contractual Liability

"Bodily injury", "property damage" or "personal and advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

3. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

a. Causing or contributing to the intoxication of any person;

b. The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

c. Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in:

1) The supervision, hiring, employment, training or monitoring of others by that "insured"; or

2) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in paragraph a., b., or c.

4. Auto Coverages

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" within the United States of America, including its possessions and territories; Puerto Rico; and Canada, or while "autos" are being transported between these places.

5. Employer's Liability

"Bodily injury" to:

a. An "employee" of the insured arising out of and in the course of:

1) Employment by the insured; or

2) Performing duties related to the conduct of the insured's business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

6. Aircraft Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property

ACP CAP 3029795104     INSURED     45   0003942

UMB 00 02 04 13

damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any "insured".

7. Racing Activities

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

8. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

9. Damage To Property

"Property damage" to:

a. Property:

1) You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

2) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

b. Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

c. Property loaned to you;

d. Personal property in the care, custody or control of the insured;

e. That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing

operations, if the "property damage" arises out of those operations; or

f. That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

10. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

a. A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

b. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

11. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

a. "Your product";

b. "Your work"; or

c. "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

12. Professional Services

"Bodily injury", "property damage" and "personal and advertising injury" due to the rendering of or failure to render any professional service. This includes but is not limited to:

a. Legal, accounting or advertising services;

b. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications;

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**  UMB 00 02 04 13

ACP CAP 3029795104  INSURED  45  0003943

UMB 00 02 04 13

c. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

d. Engineering services, including related supervisory or inspection services;

e. Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

f. Any health or therapeutic service treatment, advice or instruction;

g. Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

h. Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body-building or physical training programs;

i. Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

j. Body piercing or tattooing services;

k. Services in the practice of pharmacy;

l. Law enforcement or firefighting services; and

m. Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury", "property damage" or "personal and advertising injury" involved the rendering of or failure to render any professional service,

13. Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

14. "Personal and Advertising Injury"

a. Knowing Violation Of Rights Of Another

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. Material Published With Knowledge Of Falsity

Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. Material Published Prior To Policy Period

Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. Criminal Acts

Arising out of a criminal act committed by or at the direction of the insured.

e. Breach Of Contract

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

f. Quality Or Performance Of Goods – Failure To Conform To Statements

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

g. Wrong Description Of Prices

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

ACP CAP 3029795104                                    INSURED                                    45   0003944

UMB 00 02 04 13

h. Infringement Of Copyright, Patent, Trademark, Trade Secret Or Trade Name

Arising out of the infringement of copyright, patent, trademark, trade secret, trade name, or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

i. Insureds In Media And Internet Type Businesses

Committed by an insured whose business is:

1) Advertising, broadcasting, publishing or telecasting;

2) Designing or determining content of websites for others; or

3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **13.a.**, **b.** and **c.** of "personal and advertising injury" under the **DEFINITIONS** section, **C. Applicable to Coverage B Only**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

j. Electronic Chatrooms Or Bulletin Boards

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

k. Unauthorized Use Of Another's Name Or Product

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

15. **Pollution**

a. Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

b. Any loss, cost or expense arising out of any:

1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## DEFINITIONS

A. **Applicable to Coverage A and Coverage B**

As used in Coverage A and Coverage B:

1. "Auto" means:

a. a Land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or

b. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

2. "Covered auto" means only those "autos" to which "underlying insurance" applies.

3. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

4. "Loss" means those sums actually paid in the settlement or satisfaction of a claim

which the "insured" is legally obligated to pay as damages because of injury or offense, after making proper deductions for all recoveries and salvage.

5. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAP 3029795104                                    INSURED                                    45   0003945

UMB 00 02 04 13

b. vehicles maintained for use solely on or next to premises you own or rent;

c. vehicles that travel on crawler treads;

d. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    1) power cranes, shovels, loaders, diggers or drills; or

    2) road construction or resurfacing equipment such as graders, scrapers or rollers;

e. vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    1) air compressors, pumps and generators including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    2) cherry pickers and similar devices used to raise or lower workers;

f. vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    1) equipment designed primarily for:

        a) snow removal;

        b) road maintenance, but not construction or resurfacing; or

        c) street cleaning;

    2) cherry pickers, and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    3) air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

6. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

7. "Other insurance" means a policy of insurance affording coverage that this policy also affords. "Other insurance" includes any type of self-insurance or other mechanism by which an "insured" arranges for funding of legal liabilities.

"Other insurance" does not include "underlying insurance" or a policy of insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

8. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

9. "Products-completed operations hazard" means all "injury or damage", "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

a. products that are still in your physical possession; or

b. work that has not yet been completed or abandoned. "Your work" will be deemed completed at the earliest of the following times:

    1) when all of the work called for in your contract has been completed;

    2) when all the work to be one at the site has been completed if your contract calls for work at more than one site; or

    3) when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

This hazard does not include "injury or damage", "bodily injury" or "property damage" arising out of:

ACP CAP 3029795104      INSURED      45   0003946

UMB 00 02 04 13

1) the transportation of property, unless the "injury or damage" "bodily injury" or "property damage", arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by loading or unloading of that vehicle by any insured; or

2) the existence of tools, uninstalled equipment or abandoned or unused materials

10. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

11. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

12. "Suit" means a civil proceeding in which injuries or damages to which this insurance applies are alleged. "Suit" includes:

a. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

13. "Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy, including any type of self-insurance or alternative method by which the "insured" arranges for funding of legal liabilities that affords coverage that this policy covers.

"Underlying insurance" does not include any Extended Reporting Periods on the policies shown in the Declarations. Extended Reporting Periods must be endorsed onto this policy by us.

14. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of Underlying Insurance.

15. "Your product" means:

a. any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

1) you;

2) others trading under your name; or

3) a person or organization whose business or assets you have acquired; and

b. containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for use of others but not sold.

16. "Your work" means:

a. work or operations performed by you or on your behalf; and

b. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. the providing of or failure to provide warnings or instruction.

**B. Applicable to Coverage A Only**

As used in Coverage A:

1. "Injury or damage" means any injury or damage covered in the applicable "underlying insurance" arising from an "occurrence".

2. "Insured" means:

a. the Named Insured stated in the Declarations;

b. any person or organization, other than an additional insured, included as an "insured" in "underlying insurance"; and

c. any additional insured under any policy of "underlying insurance" will automatically be an "insured" under this insurance.

Subject to the LIMITS OF INSURANCE section, if coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAP 3029795104 INSURED 45   0003947

UMB 00 02 04 13

1) the minimum amount of insurance required by the contract or agreement, less any amounts payable by any "underlying insurance"; or

2) the amount of insurance available under the applicable Limits of Insurance shown in the Declarations:

whichever is less.

3. "Covered auto" means only those "autos" to which "underlying insurance" applies.

4. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**C. Applicable to Coverage B Only**

As used in Coverage B:

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Bodily injury" means physical injury, sickness or disease to a person and, if arising out of the foregoing, mental anguish, mental injury, shock or humiliation, including death at any time resulting therefrom.

3. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanctions or embargo by the United States of America.

4. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

5. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by laws or any other similar governing document.

6. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. you have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. the repair, replacement, adjustment or removal of "your product" or "your work";

   b. your fulfilling the terms of the contract or agreement.

7. "Insured" means:

   a. If you are designated in the Declarations as:

      1) An individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner.

      2) A partnership or joint venture, your members, partners and their spouses are also "insureds", but only with respect to the conduct of your business.

      3) A limited liability company, any member, but only with respect to the conduct of your business. Your managers are "insureds" but only with respect to their duties as your managers.

      4) An organization other than a partnership, joint venture or limited liability company, your "executive officers" and directors, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

   b. Any organization over which the Named Insured maintains majority interest and to which more specific insurance does not apply, other than one which you newly acquire or form;

   c. Any newly acquired or formed organization over which the Named Insured maintains majority interest and to which more specific insurance does not apply; provided that this policy does not apply to any injury or damage that took place before you acquired or formed the organization;

   d. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" are insureds for "bodily injury" or "personal and advertising injury":

ACP CAP 3029795104     INSURED     45   0003948

UMB 00 02 04 13

1) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business;

2) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph 1) above; or

3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph 1) or 2) above.

e. any person or organization while acting as your real estate manager; or

f. your legal representative if you die, but only with respect to duties as such.

No person or organization is an "insured" with respect to the conduct of any current, past or newly formed partnership or joint venture that is not designated within the Declarations of this policy as Named Insured.

8. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does include a "temporary worker".

9. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses committed in the course of your business:

a. false arrest, detention or imprisonment;

b. malicious prosecution;

c. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

e. oral or written publication of material that violates a person's right of privacy;

f. discrimination, unless insurance coverage therefore is prohibited by law or statute;

g. the use of another's advertising idea in your "advertisement"; or

h. infringing upon another's copyright, trade dress or slogan in your "advertisement".

10. "Property damage" means:

a. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

11. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

12. "Tort liability" means a liability that would be imposed by law in the absence of any contract or agreement.

## CONDITIONS

### Applicable to Coverage A and Coverage B

The following Conditions are applicable to both Coverage A and Coverage B.

1. Appeals

    At our option we can initiate or participate in an appeal of a judgment against any "insured" if the judgment is for more than the amount of the Retained Limit Aggregate stated in the Declarations or the Limits of Insurance of "underlying insurance". If we initiate or participate in an appeal, we will pay our costs of the appeal. These payments will be in addition to the Limits of Insurance of this policy.

2. Audit of Books and Records

    We may audit the "insured's" books and records at any time during the term of this insurance or within three years after expiration or termination.

3. Bankruptcy or Insolvency

    a. Bankruptcy or Insolvency of Insured

        Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of our obligations under this policy.

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**     UMB 00 02 04 13

ACP CAP 3029795104                                    INSURED                                    45   0003949

UMB 00 02 04 13

b. Bankruptcy or Insolvency of Underlying Insurer

Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this policy.

However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

4. Cancellation

a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

b. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

2) 30 days before the effective date of cancellation if we cancel for any other reason.

c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

e. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

5. Changes

Notice to any agent or knowledge possessed by any agent or by any other person will not effect a waiver or change in any part of this policy. This policy can only be changed by a written endorsement that becomes part of this policy.

6. Duties in the Event of "Occurrence", Claim or "Suit"

a. You must see to it that we and your "underlying insurers":

1) are notified as soon as possible of any "occurrence" which may result in a claim if the claim may involve this policy or any "underlying insurance";

2) receive notice of the claim or "suit" as soon as possible;

3) are helped, at our request, to enforce any right against any person or organization which may be liable to the "insured" because of injury or damage to which this insurance applies; and

4) receive the "insured's" full cooperation as stated in this policy or in any "underlying insurance".

b. Additionally, it is a requirement of this policy that:

1) the "insured" not make any admission of liability; and

2) the "insured" not, unless we agree, incur any expense or make any payment other than for first aid. Any such unauthorized expenses will be the "insured's" own cost.

7. First Named Insured

The person or organization first named in the Declarations is primarily responsible for the payment of all premiums. The first Named Insured will act on behalf of all other "insureds" for the giving and receiving of notice of cancellation and the receiving of any return premiums that become payable under this policy.

8. Inspections and Surveys

a. We have the right but are not obligated to:

1) make inspections and surveys at anytime;

2) give you reports on the conditions we find; and

3) recommend changes.

b. Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

ACP CAP 3029795104                               INSURED                               45   0003950

UMB 00 02 04 13

1) are safe or healthful; or

2) comply with laws, regulations, codes or standards.

c. This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

9. Maintenance of Underlying Insurance

a. While this policy is in effect you agree to maintain "underlying insurance" in full force. This means that:

1) "underlying insurance" may not be cancelled or non-renewed by either you or the insurance company without notifying us;

2) renewals or replacements of "underlying insurance" will not be more restrictive in coverage;

3) terms, conditions and endorsements of "underlying insurance" will not materially change;

4) collectability of "underlying insurance" limits as listed in the Schedule of Underlying Insurance, or replacements thereof, must be available regardless of the bankruptcy or insolvency of the "underlying insurers"; and

5) limits of "underlying insurance" will not change except for any reduction in the aggregate limits of insurance by payment of loss.

b. Your failure and/or your "underlying insurer's" failure to comply with this condition will not invalidate this policy, but in the event of such failure we will only be liable to the same extent as if there had been compliance with this condition.

10. "Other Insurance"

If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions of any "other insurance".

10. "Other Insurance"

If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions of any "other insurance".

11. Other Umbrella Liability Policies

If this policy and any other umbrella liability policy issued to you by us or any affiliated Company apply to the same "occurrence", the total maximum amount payable under all policies shall not exceed the highest applicable limit of liability under any one policy.

12. Policy Period

a. If the "underlying insurance" applies on a claims-made basis, this insurance will respond to injury or damage only if a claim for damages is first received and recorded, in the manner prescribed by the "underlying insurance", during the policy period of this insurance shown in the Declarations, including any Extended Reporting Period applicable to this insurance, regardless of any Extended Reporting Period applicable to "underlying insurance".

b. If the "underlying insurance" does not apply on a claims-made basis, this insurance will respond to injury or damage that occurs or arises from an offense committed during the policy period of this insurance shown in the Declarations.

13. Premium

The premium for this policy as stated in of the Declarations is a flat premium. It is not subject to adjustment unless an endorsement is attached to this policy.

14. Representations or Fraud

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us;

c. We issued this policy in reliance upon your representations; and

d. This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

UMB 00 02 04 13

ACP CAP 3029795104                                    INSURED                                    45   0003951

UMB 00 02 04 13

**15. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

**a.** as if each Named Insured were the only Named Insured; and

**b.** separately to each "insured" against whom claim is made or "suit" is brought.

**16. Transfer of Rights and Duties**

Your rights and duties under this insurance may not be transferred without our written consent. If you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is apportioned, anyone having temporary custody of your property will have your rights and duties, but only with respect to that property.

**17. Transfer of Rights of Recovery**

**a.** If the "insured" has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**b.** Any amount recovered will be appointed in the inverse order of payment of loss to the extent of actual payment. The expenses of all such recovery proceedings will be apportioned in the ratio of respective recoveries.

**18. When Loss is Payable**

This policy will not apply until the "insured", or the "insured's" "underlying insurer", is obligated to pay the full amount of the underlying limit or Retained Limit Aggregate. When the amount of "loss" has finally been determined, we will promptly pay on behalf of the "insured" the amount of "loss" which falls within the terms of this policy. The first Named Insured will promptly reimburse us for any amount within the Retained Limit Aggregate paid by us.

**1.** Under any Liability Coverage, to "bodily injury" or "property damage":

**a.** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**b.** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**2.** Under any Medical Payments Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**3.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**a.** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**b.** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

## NUCLEAR ENERGY LIABILITY EXCLUSION

**A.** The insurance does not apply:

UMB 002 04 13          Includes copyrighted material of Insurance Services Office, Inc., with its permission.                    Page 19 of 20

ACP CAP 3029795104                                    INSURED                                    45   0003952

UMB 00 02 04 13

c. The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

B. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed

primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

ACP CAP 3029795104                                    INSURED                                    45   0003953

UMB 00 28 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES – COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

This insurance only applies to "injury or damage" arising out of the ownership, maintenance or use of premises designated in the "underlying insurance" and any operations necessary or incidental to those premises.

Under **DEFINITIONS**, **A. Applicable to Coverage A and Coverage B**, definition **13.** "Underlying insurance: is replaced by the following:

**13.** "Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy.

"Underlying insurance" does not include any Extended Reporting Periods on the policies shown in the Schedule of Underlying Insurance. Extended Reporting Periods must be endorsed onto this policy by us.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAP 3029795104                                    INSURED                                    45   0003954

**UMB 00 43 (12-98)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**UNIMPAIRED AGGREGATE LIMITS**
**(NON-CONCURRENCY)**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

It is agreed that the underlying aggregate limits, where applicable, as shown in the Schedule of Underlying Insurance, shall be unimpaired at the effective date of this policy, and for the purpose of the insurance provided by this policy, only occurrences taking place during the term of this policy shall be considered in determining the extent of any exhaustion of the underlying aggregate limits.

All other terms and conditions remain unchanged.

**UMB 00 43 (12-98)**

ACP CAP 3029795104                                          INSURED                                          45   0003955

UMB 00 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance act exceed $100 billion in a Calendar Year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" included in the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under the Policy.

**All terms and conditions of this policy apply unless modified by this endorsement.**

UMB 00 52 01 15
Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.
Page 1 of 1

ACP CAP 3029795104
INSURED
45   0003956

UMB 09 00 03 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** Paragraph **b.** of **4.** Cancellation of the **CONDITIONS** section is replaced by the following:

**a.** Cancellation Of Policies In Effect

**1)** For 90 Days Or Less

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b)** 45 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**i)** A material misstatement or misrepresentation; or

**ii)** A failure to comply with the underwriting requirements established by the insurer.

**2)** For More Than 90 Days

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**a)** Nonpayment of premium;

**b)** The policy was obtained by a material misstatement;

**c)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**d)** A substantial change in the risk covered by the policy; or

**e)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**i)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**ii)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **b.2).**

**B.** Paragraph **e.** of **4.** Cancellation of the **CONDITIONS** section is replaced by the following:

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

Includes copyrighted material of Insurance Services Office, with its permission.

ACP CAP 3029795104　　　　　INSURED　　　　　45   0003957

**UMB 09 00 03 12**

**C.** The following condition is added to the **CONDITIONS** section:

When We Do Not Renew

**a.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**ACP CAP 3029795104**                    **INSURED**                    **45   0003958**

UMB 09 05 03 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA RACING EXCLUSION - COVERAGE A AND COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Under **EXCLUSIONS, C. Applicable to Coverage B Only**, exclusion **7. Racing Activities** is replaced by the following:

**7.** Racing Activities

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest by an insured.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAP 3029795104     INSURED     45   0003959

UMB 70 10 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** Under **Exclusions**, **A. Applicable to Coverage A and Coverage B**, Exclusion **11.** Electronic Data is replaced by the following:

This insurance does not apply to:

**11.** Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability

Damages and "personal and advertising injury" arising out of:

**a.** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**b.** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **a.** or **b.** above.

However, unless Paragraph **a,** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which

are used with electronically controlled equipment.

**B.** For the purposes of this endorsement, the following definitions are added to **Definitions**, **B. Applicable to Coverage A Only**:

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses committed in the course of your business:

**a.** false arrest, detention or imprisonment;

**b.** malicious prosecution;

**c.** the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

**e.** oral or written publication of material that violates a person's right of privacy;

**f.** discrimination, unless insurance cover-age therefore is prohibited by law or statute;

**g.** the use of another's advertising idea in your "advertisement"; or

**h.** infringing upon another's copyright, trade dress or slogan in your "advertisement".

**All terms and conditions of this policy apply unless modified by this endorsement.**

UMB 70 10 05 14          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**
with its permission.

59624

**ALLIED PROP AND CAS INS CO**
**1100 LOCUST ST DEPT 1100 DES MOINES, IA 50391-2000**

### CHANGE OF DECLARATIONS ENDORSEMENT - PLEASE READ CAREFULLY

| POLICY NUMBER  **ACP CAP 3029795104** | **COMMERCIAL EXCESS LIABILITY** |
|---|---|

| | |
|---|---|
| NAMED INSURED: | **USA WIRELESS INC** |
| MAILING ADDRESS: | **8925 SW 148TH ST STE 110** <br> **PALMETTO BAY       FL    331768000** |

| | |
|---|---|
| AGENT NAME: | **KEYES COVERAGE INC** |
| AGENT ADDRESS: | **5900 N HIATUS RD** <br> **TAMARAC FL          33321       45 09 59624 0002** |

| | |
|---|---|
| POLICY PERIOD: FROM  **06/05/23**  TO  **06/05/24** | 12:01 A.M. Standard Time |
| EFFECTIVE DATE OF CHANGE: **09/22/23** | 12:01 A.M. Standard Time |

| | PREMIUM |
|---|---:|
| *************************** **GENERAL CHANGES** *************************** <br> **CHANGED GENERAL INFORMATION** | |
| *************************** **DECLARATION CHANGES** *************************** <br> **CHANGED INCIDENT LIMIT** <br>     **FROM    $3,000,000** <br>     **TO        $5,000,000** | |
| **CHANGED AGGREGATE LIMIT** <br>     **FROM    $3,000,000** <br>     **TO        $5,000,000** | |
| **CHANGED PRODUCTS - COMPLETED OPERATIONS HAZARD AGGREGATE LIMIT** <br>     **FROM    $3,000,000** <br>     **TO        $5,000,000** | |
| **CHANGED DEPOSIT PREMIUM** <br>     **FROM    $9,589.00** <br>     **TO        $11,281.00** | |
| *************************** **COVERAGE CHANGES** *************************** <br> **CHANGED PREMIUM AMOUNT** <br>     **FROM    $5,641.00** <br>     **TO        $3,971.00** | **$1,670.00CR** |
| **CHANGED SURCHARGE AMOUNT** <br>     **FROM    $191.77** <br>     **TO        $154.94** | **$36.83CR** |
| **CHANGED PREMIUM AMOUNT** <br>     **FROM    $2,256.00** <br>     **TO        $1,588.00** | **$668.00CR** |
| **CHANGED PREMIUM AMOUNT** <br>     **FROM    $1,692.00** <br>     **TO        $1,191.00** | **$501.00CR** |
| **ADDED   COVERAGE** | **$596.00** |
| **ADDED   COVERAGE** | **$596.00** |

**THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT**

| | TOTAL PREMIUM | **$1,683.83CR** |
|---|---:|---:|

| | | | | | |
|---|---|---|---|---|---|
| DIRECT BILL <br> PES-1 (02-89) | LFEJ    23268 | | INSURED | 12    45    01663 | |

UMB 1 (12-98)

## DECLARATIONS

### AMENDMENT

**COMMERCIAL UMBRELLA LIABILITY INSURANCE POLICY**
ALLIED PROP AND CAS INS CO
1100 LOCUST ST DEPT 1100
DES MOINES IA          503912000

Policy Number: **ACP CAP 3029795104**

ITEM 1
Named Insured: **USA WIRELESS INC**
ITEM 2
Address:          **8925 SW 148TH ST STE 110**
                  **PALMETTO BAY          FL     331768000**

Agent:   **KEYES COVERAGE INC**
Address: **TAMARAC FL**                    **33321      45 09   59624   0002**

ITEM 3
Policy Period : From 12:01 A.M., **06/05/23**  to 12:01 A.M., **06/05/24**

ITEM 4
Schedule of Underlying Insurance:  See Endorsement No.  UMB 00 01

ITEM 5
Retained Limit Aggregate: **NONE**

ITEM 6
Limits of Insurance:          a)  **$5,000,000** Each Occurrence
                              b)  **$5,000,000** Products - Completed Operations Aggregate
                              c)  **$5,000,000** Other Aggregate

ITEM 7
Coverage          X  A - Excess Follow Form Liability Insurance
                  X  B - Umbrella Liability Insurance

ITEM 8
Premium :                              Amount
                                       **$11,281.00**
 **TOTAL SURCHARGES**                   **$154.94**

ITEM 9
Endorsements: UMB0052    0115   IN7429    1215   UMB0001   0309   UMB0002   0413   UMB0900   0312
              UMB0905    0310   UMB0028   0413   UMB7010   0514   UMB0043   1298   IN7930    0522

Renewal or Replacement No. **ACP CAP 3019795104**

Countersigned By  _____
                        Authorized Representative

UMB 1 (12-98)

DECLARATIONS

SCHEDULE OF ASSESSMENTS AND SURCHARGES

Policy Period:   From   **06/05/23**   To   **06/05/24**

**FL    FLORIDA INSURANCE GUARANTY ASSOCIATIONS 2022                        $55.60**
**FL    2022 B - FLORIDA INSURANCE GUARANTY ASSESSMENT                      $99.34**

**$154.94**

DIRECT BILL          LFEJ  23268                    INSURED                          12                        45    01665
    UMB 2 (07-08)

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.


SECRETARY                           PRESIDENT


**SP 00 03 10 17**                                                    **Page 1 of 1**

ACP CAP 3029795104                    INSURED                    45   0001666

**ALLIED PROP AND CAS INS CO**

## COMMERCIAL EXCESS LIABILITY
## FORMS AND ENDORSEMENTS SUMMARY

Period:

Number: **ACP CAP**   3029795104

From **06/05/23**   To **06/05/24**

| FORM/ENDORSEMENT | DATE | TITLE |
|---|---|---|
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| IN7930 | 0522 | FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA) |
| UMB0001 | 0309 | SCHEDULE OF UNDERLYING INSURANCE |
| UMB0002 | 0413 | COMMERCIAL UMBRELLA LIABILITY POLICY |
| UMB0028 | 0413 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES - COVERAGE B |
| UMB0043 | 1298 | UNIMPAIRED AGGREGATE LIMITS - (NON-CONCURRENCY) |
| UMB0052 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UMB0900 | 0312 | FLORIDA CHANGES  CANCELLATION AND NONRENEWAL |
| UMB0905 | 0310 | FLORIDA RACING EXCLUSION - COVERAGE A AND COVERAGE B |
| UMB7010 | 0514 | EXCLUSION-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL I |

17206 (10-88)

59624

**ALLIED PROP AND CAS INS CO**
**1100 LOCUST ST DEPT 1100 DES MOINES, IA 50391-2000**

### CHANGE OF DECLARATIONS ENDORSEMENT - PLEASE READ CAREFULLY

| POLICY NUMBER  **ACP CAP 3029795104** | **COMMERCIAL EXCESS LIABILITY** |
|---|---|

| NAMED INSURED: | **USA WIRELESS INC - DBA** |
|---|---|
| | **AT&T AUTHORIZED RETAILER** |

| MAILING ADDRESS: | **8925 SW 148TH ST STE 110** |
|---|---|
| | **PALMETTO BAY       FL    331768000** |

| AGENT NAME: | **KEYES COVERAGE INC** | | |
|---|---|---|---|
| AGENT ADDRESS: | **5900 N HIATUS RD** | | |
| | **TAMARAC FL** | **33321** | **45 09 59624 0002** |

| POLICY PERIOD:  FROM  **06/05/23**  TO  **06/05/24** | 12:01 A.M. Standard Time |
|---|---|
| EFFECTIVE DATE OF CHANGE: **04/19/24** | 12:01 A.M. Standard Time |

| | PREMIUM |
|---|---|

```
***************************   GENERAL CHANGES   ***************************
CHANGED GENERAL INFORMATION


**************************  NAMED INSURED CHANGES  **************************
CHANGED INSURED NAME
   FROM  USA WIRELESS INC
   TO     USA WIRELESS INC - DBA

ADDED   NAMED INSURED
   AT&T AUTHORIZED RETAILER
```

**THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT**

| **DIRECT BILL** | **LFR3    24114** | **INSURED** | **12    45    01308** |
|---|---|---|---|
| PES-1 (02-89) | | | |

UMB 1 (12-98)

**DECLARATIONS**

**AMENDMENT**

**COMMERCIAL UMBRELLA LIABILITY INSURANCE POLICY**
ALLIED PROP AND CAS INS CO
1100 LOCUST ST DEPT 1100
DES MOINES IA                503912000

---

Policy Number: **ACP CAP 3029795104**

ITEM 1
Named Insured: **USA WIRELESS INC - DBA**
ITEM 2 **AT&T AUTHORIZED RETAILER**
Address: **8925 SW 148TH ST STE 110**
**PALMETTO BAY          FL        331768000**

---

Agent: **KEYES COVERAGE INC**
Address: **TAMARAC FL**                **33321        45 09  59624  0002**

ITEM 3
Policy Period : From 12:01 A.M., **06/05/23** to 12:01 A.M., **06/05/24**

---

ITEM 4
Schedule of Underlying Insurance:  See Endorsement No.  UMB 00 01

---

ITEM 5
Retained Limit Aggregate: **NONE**

---

ITEM 6
Limits of Insurance:          a) **$5,000,000** Each Occurrence
                              b) **$5,000,000** Products - Completed Operations Aggregate
                              c) **$5,000,000** Other Aggregate

ITEM 7
Coverage          X  A - Excess Follow Form Liability Insurance
                  X  B - Umbrella Liability Insurance

---

ITEM 8
Premium :                                   Amount
                                      **$11,281.00**
**TOTAL SURCHARGES**                     **$154.94**

---

ITEM 9
Endorsements: **UMB0052      0115    IN7429      1215    UMB0001      0309    UMB0002      0413    UMB0900      0312**
**UMB0905      0310    UMB0028      0413    UMB7010      0514    UMB0043      1298    IN7930      0522**

---

Renewal or Replacement No. **ACP CAP 3019795104**

Countersigned By  _____
                        Authorized Representative

UMB 1 (12-98)

DIRECT BILL          LFR3  24114                          INSURED                    12                    45    01309

DECLARATIONS

SCHEDULE OF ASSESSMENTS AND SURCHARGES

Policy Period:   From   **06/05/23**      To   **06/05/24**

| | | |
|---|---|---|
| **FL** | **FLORIDA INSURANCE GUARANTY ASSOCIATIONS 2022** | **$55.60** |
| **FL** | **2022 B - FLORIDA INSURANCE GUARANTY ASSESSMENT** | **$99.34** |

**$154.94**

DIRECT BILL        LFR3  24114                    INSURED                    12                    45    01310
　　UMB 2 (07-08)

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                              PRESIDENT

**SP 00 03 10 17**                                                              **Page 1 of 1**

ACP CAP 3029795104                          INSURED                          45   0001311

ALLIED PROP AND CAS INS CO

## COMMERCIAL EXCESS LIABILITY
## FORMS AND ENDORSEMENTS SUMMARY

Period:

Number: **ACP CAP** 3029795104                    From **06/05/23** To **06/05/24**

| FORM/ENDORSEMENT | DATE | TITLE |
|---|---|---|
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| IN7930 | 0522 | FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA) |
| UMB0001 | 0309 | SCHEDULE OF UNDERLYING INSURANCE |
| UMB0002 | 0413 | COMMERCIAL UMBRELLA LIABILITY POLICY |
| UMB0028 | 0413 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES - COVERAGE B |
| UMB0043 | 1298 | UNIMPAIRED AGGREGATE LIMITS - (NON-CONCURRENCY) |
| UMB0052 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UMB0900 | 0312 | FLORIDA CHANGES  CANCELLATION AND NONRENEWAL |
| UMB0905 | 0310 | FLORIDA RACING EXCLUSION - COVERAGE A AND COVERAGE B |
| UMB7010 | 0514 | EXCLUSION-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL I |

17206 (10-88)

LFR3  24110                    INSURED                    45    01312



# Nationwide

## Certification

I, Javier Rivas, as a duly authorized representative of ALLIED PROPERTY AND CASUALTY INS COMPANY entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of   ACP CAP 3039795104   in effect on 06/05/2024  to 06/05/2025 was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.

_Javier Rivas_

Javier Rivas

Supervisor, Claims Operations - Commerical Lines

12/23/2025

Date

# COMMERCIAL EXCESS LIABILITY (ALLIED P & C)

TABPAGE (07-02)00

LA7N     N                    INSURED COPY                    ACP     30-3-9795104              45   0001133

**ALLIED PROP AND CAS INS CO**

Named Insured: **USA WIRELESS INC - DBA**
**AT&T AUTHORIZED RETAILER**
Address: **8925 SW 148TH ST STE 110**
**PALMETTO BAY                FL 331768000**

★★★★★★★★          **IMPORTANT INSURANCE INFORMATION**          ★★★★★★★★★

**IMPORTANT NOTICE FOR RENEWAL POLICIES**

In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy.  We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.  Please refer to your prior policies for printed copies of these forms.  If you desire copies, they are available upon request from your agent.

**IN 5017 (05-93)**

DIRECT BILL     LA7N  24170                                    INSURED          ACP CAP 3039795104                    45     0001134

IN 74 29 12 15

★ ★ ★ ★ ★ ★ ★     IMPORTANT INSURANCE INFORMATION     ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA CUSTOMER SERVICE NOTIFICATION

We want to make it as easy as possible for you to be able to contact us when you have a claim or a question regarding your insurance.  Our aim is to provide you the service you need.

If you have a loss and need to report a claim – just call our 24-hour toll free **Claims Number** 1-800-421-3535 from anywhere in the country.

When you talk to someone about your policy(s) or any other insurance concern, please contact your agent.  His or her name and telephone number can be found on the Policy Declaration or a Billing Notice.

You may also write or call our Customer Service Department:

Nationwide Insurance Company
Attn: Customer Relations Department
One West Nationwide Bl
Columbus Oh 43215-2220
877-669-6877 (toll free)
Web: www.nationwide.com

Written correspondence is preferable so that a record of your inquiry is maintained.  When contacting your agent or the company, have your policy number available.

Please keep this information with your insurance policy for handy reference.

IN 74 29 12 15                            Page **1** of **1**

ACP CAP 3039795104              INSURED              45   0001135

UMB 1 (12-98)

## DECLARATIONS
### RENEWAL

**COMMERCIAL UMBRELLA LIABILITY INSURANCE POLICY**
ALLIED PROP AND CAS INS CO
1100 LOCUST ST DEPT 1100
DES MOINES IA          503912000

---

Policy Number: **ACP CAP 3039795104**

ITEM 1
Named Insured: **USA WIRELESS INC - DBA**
ITEM 2 **AT&T AUTHORIZED RETAILER**
Address: **8925 SW 148TH ST STE 110**
**PALMETTO BAY     FL     331768000**

---

Agent: **KEYES COVERAGE INC**
Address: **TAMARAC FL          33321     45 09  59624  0002**
PRODUCER: **CAREY ALAN KEYES**
ITEM 3
Policy Period : From 12:01 A.M., **06/05/24** to 12:01 A.M., **06/05/25**

---

ITEM 4
Schedule of Underlying Insurance:  See Endorsement No.  UMB 00 01

---

ITEM 5
Retained Limit Aggregate: **NONE**

---

ITEM 6
Limits of Insurance:
a) **$5,000,000** Each Occurrence
b) **$5,000,000** Products - Completed Operations Aggregate
c) **$5,000,000** Other Aggregate

ITEM 7
Coverage
X A - Excess Follow Form Liability Insurance
¹ B - Umbrella Liability Insurance

---

ITEM 8
Premium :                          Amount
**$13,281.00**
**TOTAL SURCHARGES**              **$132.81**

---

ITEM 9
Endorsements: 

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMB0052 | 0115 | IN7429 | 1215 | UMB0001 | 0309 | UMB0002 | 0413 | UMB0900 | 0312 |
| UMB0905 | 0310 | UMB0028 | 0413 | UMB7010 | 0514 | UMB0043 | 1298 | | |

---

Renewal or Replacement No. **ACP CAP 3029795104**

Countersigned By  _____
Authorized Representative

**UMB 1 (12-98)**

DIRECT BILL          LA7N 24170                          INSURED                          12                    45    01136

DECLARATIONS

SCHEDULE OF ASSESSMENTS AND SURCHARGES

Policy Period:   From   **06/05/24**   To   **06/05/25**

**FL     2023A FLORIDA INSURANCE GUARANTY ASSOCIATION ASSES**                              **$132.81**

**$132.81**

DIRECT BILL          LA7N 24170                          INSURED                          12                          45     01137
UMB 2 (07-08)

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                                    PRESIDENT

**SP 00 03 10 17**                                                    **Page 1 of 1**

ACP CAP 3039795104                         INSURED                         45   0001138

**ALLIED PROP AND CAS INS CO**

## COMMERCIAL EXCESS LIABILITY
## FORMS AND ENDORSEMENTS SUMMARY

Number: **ACP CAP** 3039795104

Period:
From **06/05/24**   To **06/05/25**

| FORM/ENDORSEMENT | DATE | TITLE |
|---|---|---|
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| UMB0001 | 0309 | SCHEDULE OF UNDERLYING INSURANCE |
| UMB0002 | 0413 | COMMERCIAL UMBRELLA LIABILITY POLICY |
| UMB0028 | 0413 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES - COVERAGE B |
| UMB0043 | 1298 | UNIMPAIRED AGGREGATE LIMITS - (NON-CONCURRENCY) |
| UMB0052 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UMB0900 | 0312 | FLORIDA CHANGES  CANCELLATION AND NONRENEWAL |
| UMB0905 | 0310 | FLORIDA RACING EXCLUSION - COVERAGE A AND COVERAGE B |
| UMB7010 | 0514 | EXCLUSION-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL I |

17206 (10-88)

LA7N 24157                                                INSURED                                             45    01139

Policy Number:   **ACP CAP 3039795104**
Policy Period:   **06/05/24**   to   **06/05/25**

---

ITEM 4.
Schedule Of Underlying Insurance (as identified by the entry of a company name, policy number, policy period and limits):

---

| | Limits ($) | |
|---|---|---|
| **X** Commercial General Liability  or | | |
| Businessowners Liability | **2000000** | General Aggregate |
| **DEPOSITORS** | **2000000** | Products-Completed Operations Aggregate |
| Policy Number:   **ACP GLDO 3039795104** | **1000000** | Personal and Advertising Injury |
| Policy Period:   **06/05/24**   to   **06/05/25** | **1000000** | Each Occurrence |

---

| | Limits ($) | |
|---|---|---|
| Commercial Auto Liability | | |
| | | Each Accident |
| Policy Number: | | |
| Policy Period:   to | | |

---

| | Limits ($) | |
|---|---|---|
| **X** Employer's Liability  or | | |
| Stop Gap Liability | | |
| **ASSOCIATED INDUSTRIES INS CO** | **1000000** | Bodily Injury by Accident - Each Accident |
| Policy Number:   **AWC1177517** | **1000000** | Bodily Injury by Disease – Each Employee |
| Policy Period:   **06/05/24**   to   **06/05/25** | **1000000** | Bodily Injury by Disease – Policy Limit |

---

| | Limits ($) | |
|---|---|---|
| **EMPLOYERS LIABILITY** | | |
| **ASSOCIATED INDUSTRIES INS CO** | **1000000** | **EACH EMPLOYEE** |
| Policy Number:   **AWC1161030** | **1000000** | **POLICY LIMIT** |
| Policy Period:   **06/05/24**   to   **06/05/25** | **1000000** | **POLICY LIMIT** |

---

| | Limits ($) | |
|---|---|---|
| Policy Number: | | |
| Policy Period:   to | | |

---

| | Limits ($) | |
|---|---|---|
| Policy Number: | | |
| Policy Period:   to | | |

---

| | Limits ($) | |
|---|---|---|
| Policy Number: | | |
| Policy Period:   to | | |

---

IMPORTANT NOTICE: RESTRICTIONS, LIMITATIONS AND EXCLUSIONS TO THE ABOVE SCHEDULED UNDERLYING INSURANCE (OR ANY REPLACEMENTS THEREOF) WILL ACT AS RESTRICTIONS, LIMITATIONS AND EXCLUSIONS TO COVERAGE A OF THIS POLICY.

UMB 00 02 04 13

# QUICK REFERENCE

# COMMERCIAL UMBRELLA LIABILITY POLICY

READ YOUR POLICY CAREFULLY

|                                                    | Page Number |
| -------------------------------------------------- | ----------- |
| DECLARATIONS PAGE                                  |             |
|     Named Insured Mailing Address |           |
|     Policy Period              |             |
|     Coverages and Limits of Insurance |       |
|     Endorsements               |             |
| INSURING AGREEMENTS                                | 2           |
| DEFENSE AND SUPPLEMENTARY PAYMENTS                 | 3           |
| LIMITS OF INSURANCE                                | 4           |
| EXCLUSIONS                                         | 5           |
| DEFINITIONS                                        | 12          |
| CONDITIONS                                         | 16          |
| NUCLEAR ENERGY LIABILITY EXCLUSION                 | 19          |
| ENDORSEMENTS – FOLLOWING THE LAST PAGE OF YOUR POLICY |          |

UMB 00 02 04 13     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 1 of 20

ACP CAP 3039795104     INSURED     45   0001141

UMB 00 02 04 13

# COMMERCIAL UMBRELLA LIABILITY POLICY

Various provisions in this policy restrict coverage. Please read the entire policy and any "underlying insurance" carefully to determine rights, duties and what is covered and not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks are defined in this policy. These definitions are found in the Definitions section or the specific policy provision where they appear.

## INSURING AGREEMENTS

A. **Coverage A - Excess Follow Form Liability Insurance**

1. Under Coverage A, we will pay on behalf of the "insured" that part of "loss" covered by this insurance in excess of the total applicable limits of "underlying insurance", provided the injury or offense takes place during the Policy Period of this policy. The terms and conditions of "underlying insurance" are, with respect to Coverage A, made a part of this policy except with respect to:

   a. any contrary provision contained in this policy; or

   b. any provision in this policy for which a similar provision is not contained in "underlying insurance".

2. With respect to the exceptions stated above, the provisions of this policy will apply.

3. The amount we will pay for damages is limited as described in Limits of Insurance.

4. Notwithstanding anything to the contrary contained above, if "underlying insurance" does not cover "loss" for reasons other than exhaustion of an aggregate limit of insurance by payment of claims, then we will not cover such "loss".

5. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

6. If we are prevented by law from paying on behalf of the "insured" for coverage provided under this insurance, then we will indemnify the "insured".

7. With respect to any coverage provided by "underlying insurance" that is on a claims-made basis:

   a. this insurance does not apply to "injury or damage" which occurred before the Retroactive Date, if any, shown in the "underlying insurance", or which occurs after the policy period; and

   b. the aggregate limit shall not be reinstated on this insurance except by endorsement thereon.

B. **Coverage B - Umbrella Liability Insurance**

1. Under Coverage B, we will pay on behalf of the "insured" damages the "insured" becomes legally obligated to pay by reason of liability imposed by law because of "bodily injury", "property damage", or "personal and advertising injury" covered by this insurance which takes place during the Policy Period and is caused by an "occurrence". We will pay such damages in excess of the Retained Limit Aggregate specified in the Declarations or the amount payable by "other insurance", whichever is greater.

2. Damages because of "bodily injury" include damages claimed by any person or organization for care or loss of services resulting at any time from "bodily injury".

3. This coverage applies anywhere.

4. The amount we will pay is limited as described in Limits of Insurance.

5. Coverage B will not apply to any loss, claim or "suit" for which insurance is afforded under "underlying insurance" or would have been afforded except for the exhaustion of the limits of insurance of "underlying insurance".

6. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

7. If we are prevented by law from paying on behalf of the "insured" for coverage provided under this insurance, then we will indemnify the" insured".

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

ACP CAP 3039795104

INSURED

45   0001142

UMB 00 02 04 13

8. This insurance applies to "bodily injury" and "property damage" only if:

   a. The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   b. The "bodily injury" or "property damage" occurs during the "policy period"; and

   c. Prior to the "policy period", no "insured" and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the "policy period" will be deemed to have been known prior to the "policy period".

9. "Bodily injury" or "property damage" which occurs during the "policy period" and was not, prior to the "policy period", known to have occurred by any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "policy period".

10. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    a. Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    b. Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    c. Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

11. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the "policy period".

---

## DEFENSE AND SUPPLEMENTARY PAYMENTS

**Applicable to Coverage A and Coverage B**

A. We have the right and the duty to assume control of the investigation, settlement or defense of any claim or "suit" against the "insured" for damages covered by this policy:

   1. under Coverage A, when the applicable limit of "underlying insurance" has been exhausted by payment of claims; or

   2. under Coverage B, when damages are sought for "bodily injury", "property damage", or "personal and advertising injury" to which no "underlying insurance" or "other insurance" applies.

B. In those circumstances where paragraph A. above applies, in addition to the applicable Limits of Insurance we will pay our expenses and the following to the extent that they are not included in "underlying insurance":

   1. Up to $3,000 for the cost of bail bonds. We do not have to furnish these bonds.

   2. The cost of bonds to release attachments, but only for bond amounts within the amount of insurance available. We do not have to furnish these bonds.

   3. All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   4. All court costs taxed against the "insured" in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured";

   5. Pre-judgment interest awarded against the "insured" on that part of the judgment we become obligated to pay. However, if we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

   6. All interest awarded against the "insured" on that amount of any judgment that is within the applicable Limits of Insurance that we become obligated to pay that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court that part of the judgment we are obligated to pay.

   These Payments will not reduce the limits of insurance.

ACP CAP 3039795104                              INSURED                              45   0001143

UMB 00 02 04 13

**C.** In those circumstances where paragraph **A.** above does not apply we do not have the duty to assume control of the investigation, settlement or defense of any claim or "suit" against the insured. We do, however, have the right to participate in the investigation, settlement or defense of any claim or "suit" that we feel may create liability on our part under the terms of this policy. If we exercise this right, we will do so at our expense.

We will not defend any "suit" after we have exhausted the applicable Limit of Insurance as stated in the Declarations.

If we are prevented by law or otherwise from carrying out the provisions of this section, DEFENSE AND SUPPLEMENTARY PAYMENTS, we will pay any expense incurred with our consent.

---

## LIMITS OF INSURANCE

**A. Applicable to Coverage A and Coverage B**

1. With respect to Coverage A and Coverage B, the Limits of Insurance shown in the Declarations and the rules below determine the most we will pay, regardless of the number of:

   **a.** "insureds";

   **b.** claims made or "suits" brought against any or all "insureds";

   **c.** coverages provided under this policy; or

   **d.** persons or organizations making claims or bringing "suits".

2. The Limits of Insurance of this policy will apply as follows:

   **a.** The limit for Each Occurrence stated in the Declarations is the most we will pay for all damages arising out of any one "occurrence" even if such damages are covered, in whole or in part, under both Coverage A and Coverage B.

   Any amount paid for damages arising out of an "occurrence" will reduce the amount of the applicable aggregate limit of insurance available for payment of damages arising out of any other "occurrence".

   If the applicable aggregate limit of insurance has been reduced by payment of damages to an amount that is less than the limit of Each Occurrence stated in the Declarations, the remaining aggregate limit of insurance is the most that will be available for payment of damages arising out of any other "occurrence".

   **b.** Subject to paragraph **2.a.** above, the limit stated in the Declarations for the Products-Completed Operations Aggregate is the most we will pay for all damages under the "products-completed operations hazard".

   **c.** Subject to paragraph **2.a.** above, the limit stated in the Declarations for the Other Aggregate is the most we will pay for all damages under Coverage A, or separately under Coverage B, except for:

   1) damage covered under the "products-completed operations hazard" or,

   2) damage covered under "underlying insurance" to which no underlying aggregate limit applies.

3. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes of determining the Limits of Insurance.

**B. Applicable to Coverage A Only**

1. With respect to Coverage A and subject to paragraphs **2.a.**, **2.b.** and **2.c.** above:

   **a.** if the limits of "underlying insurance" have been reduced by payment of "loss", this policy will immediately apply excess of the reduced underlying limit; or

   **b.** if the limits of "underlying insurance have been exhausted by payment of loss, this policy will continue in force as "underlying insurance".

2. The provisions of **1.a.** and **1.b.** above apply to injury or offense which takes place before the expiration of this policy or the underlying policy, whichever comes first.

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

UMB 00 02 04 13

ACP CAP 3039795104                    INSURED                    45   0001144

UMB 00 02 04 13

## EXCLUSIONS

### A. Applicable to Coverage A and Coverage B

Under Coverage A and Coverage B, this insurance does not apply to:

1. **Workers' Compensation And Similar Laws**

   Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

2. **E. R. I. S. A.**

   Any obligation of the insured under the Employees' Retirement Income Security Act of 1974 (E. R. I. S. A.), and any amendments thereto or any similar federal, state or local statute.

3. **Auto Coverages**

   Any loss, cost or expense payable under or resulting from any first-party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

4. **Abuse or Molestation**

   "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

   a. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

   b. The negligent:
      1) Employment;
      2) Investigation;
      3) Supervision;
      4) Reporting to the proper authorities, or failure to so report; or
      5) Retention;

      of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **a.** above.

5. **Cross Suits**

   "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" sustained by any Named insured shown in the Declarations arising out of the activities or operations of any other Named Insured shown in the Declarations.

6. **Damage To "Your Product"**

   "Injury or damage" or "property damage" to "your product" arising out of it or any part of it.

7. **Damage To "Your Work"**

   "Injury or damage" or "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

8. **Employment-related Practices**

   "Injury or damage", "bodily injury" or "personal and advertising injury" to:

   a. A person arising out of any:
      1) Refusal to employ that person;
      2) Termination of that person's employment; or
      3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "injury or damage", "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **1), 2)** or **3)** above is directed.

   This exclusion applies whether the injury-causing event described in Paragraph **1), 2)** or **3)** above occurs before employment, during employment or after employment of that person.

   This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

9. **Fungi Or Bacteria**

   a. "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents,

---

UMB 00 02 04 13 | **Includes copyrighted material of Insurance Services Office, Inc., with its permission.** | Page 5 of 20

ACP CAP 3039795104 | INSURED | 45  0001145

UMB 00 02 04 13

regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such "injury or damage", "bodily injury", "property damage", or "personal and advertising injury".

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

10. Punitive Damages

Any punitive or exemplary damages, fines or penalties.

11. Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

12. Silica Or Silica-Related Dust

a. "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

13. Asbestos, Electronic Emissions, Lead or Radon

"Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

a. Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

b. Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

c. Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

d. Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

B. Applicable to Coverage A Only

The exclusions applicable to the "underlying insurance" also apply to this insurance. Additionally, this insurance does not apply to:

1. Damage To Property

"Injury or damage" to:

a. Property:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED

UMB 00 02 04 13

1) You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

2) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

b. Premises you sell, give away or abandon, if the "injury or damage" arises out of any part of those premises;

c. Property loaned to you;

d. Personal property in the care, custody or control of the insured;

e. That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "injury or damage" arises out of those operations; or

f. That particular part of any property that must be restored, repaired or replaced because your work (as defined in the "underlying insurance") was incorrectly performed on it.

Paragraph b. of this exclusion does not apply if the premises are your work (as defined in the "underlying insurance") and were never occupied, rented or held for rental by you.

Paragraphs a.2), c., d., e. and f. of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs c. and d. of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph f. of this exclusion does not apply to "injury or damage" included in the "products-completed operations hazard".

2. **Auto Pollution**

"Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

1) Being transported or towed by, handled or handled for movement into, onto or from the "covered auto";

2) Otherwise in the course of transit by or on behalf of the "insured"; or

3) Being stored, disposed of, treated or processed in or upon the "covered auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the "covered auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the "covered auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the "covered auto" or its parts, if:

1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

2) The "injury or damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **10.b.** and **10.c.** of the definition of "mobile equipment".

Paragraphs b. and c. above of this exclusion do not apply to "occurrences" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a "covered auto" if:

1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a "covered auto"; and

2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

ACP CAP 3039795104                                    INSURED                                    45   0001147

UMB 00 02 04 13

3. **Other Than Auto Pollution**

a. "Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

a) "Injury or damage" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

b) "Injury or damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

c) "Injury or damage" arising out of heat, smoke or fumes from a "hostile fire";

2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

3) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

a) Any insured; or

b) Any person or organization for whom you may be legally responsible; or

4) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any

insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

a) "Injury or damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "injury or damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

b) "Injury or damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

c) "Injury or damage" arising out of heat, smoke or fumes from a "hostile fire".

5) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAP 3039795104 INSURED 45   0001148

UMB 00 02 04 13

b. Any loss, cost or expense arising out of any:

1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "injury or damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

C. **Applicable to Coverage B Only**

Under Coverage B, this insurance does not apply to:

1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Contractual Liability

"Bodily injury", "property damage" or "personal and advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

3. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

a. Causing or contributing to the intoxication of any person;

b. The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

c. Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in:

1) The supervision, hiring, employment, training or monitoring of others by that "insured"; or

2) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in paragraph a., b., or c.

4. Auto Coverages

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" within the United States of America, including its possessions and territories; Puerto Rico; and Canada, or while "autos" are being transported between these places.

5. Employer's Liability

"Bodily injury" to:

a. An "employee" of the insured arising out of and in the course of:

1) Employment by the insured; or

2) Performing duties related to the conduct of the insured's business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

6. Aircraft Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property

ACP CAP 3039795104                                    INSURED                                    45   0001149

UMB 00 02 04 13

damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any "insured".

7. **Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

8. **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

9. **Damage To Property**

"Property damage" to:

a. Property:

1) You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

2) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

b. Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

c. Property loaned to you;

d. Personal property in the care, custody or control of the insured;

e. That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing

operations, if the "property damage" arises out of those operations; or

f. That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

10. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

a. A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

b. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

11. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

a. "Your product";

b. "Your work"; or

c. "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

12. **Professional Services**

"Bodily injury", "property damage" and "personal and advertising injury" due to the rendering of or failure to render any professional service. This includes but is not limited to:

a. Legal, accounting or advertising services;

b. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   UMB 00 02 04 13

ACP CAP 3039795104                                    INSURED                                    45   0001150

UMB 00 02 04 13

c. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

d. Engineering services, including related supervisory or inspection services;

e. Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

f. Any health or therapeutic service treatment, advice or instruction;

g. Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

h. Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body-building or physical training programs;

i. Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

j. Body piercing or tattooing services;

k. Services in the practice of pharmacy;

l. Law enforcement or firefighting services; and

m. Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury", "property damage" or "personal and advertising injury" involved the rendering of or failure to render any professional service,

13. Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

14. "Personal and Advertising Injury"

a. Knowing Violation Of Rights Of Another

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. Material Published With Knowledge Of Falsity

Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. Material Published Prior To Policy Period

Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. Criminal Acts

Arising out of a criminal act committed by or at the direction of the insured.

e. Breach Of Contract

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

f. Quality Or Performance Of Goods – Failure To Conform To Statements

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

g. Wrong Description Of Prices

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

ACP CAP 3039795104                                    INSURED                                    45   0001151

UMB 00 02 04 13

h. **Infringement Of Copyright, Patent, Trademark, Trade Secret Or Trade Name**

Arising out of the infringement of copyright, patent, trademark, trade secret, trade name, or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

i. **Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

1) Advertising, broadcasting, publishing or telecasting;

2) Designing or determining content of websites for others; or

3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **13.a.**, **b.** and **c.** of "personal and advertising injury" under the **DEFINITIONS** section, **C. Applicable to Coverage B Only**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

j. **Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

k. **Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

15. **Pollution**

a. Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

b. Any loss, cost or expense arising out of any:

1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## DEFINITIONS

A. **Applicable to Coverage A and Coverage B**

As used in Coverage A and Coverage B:

1. "Auto" means:

a. a Land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or

b. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

2. "Covered auto" means only those "autos" to which "underlying insurance" applies.

3. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

4. "Loss" means those sums actually paid in the settlement or satisfaction of a claim which the "insured" is legally obligated to pay as damages because of injury or offense, after making proper deductions for all recoveries and salvage.

5. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

**INSURED**

UMB 00 02 04 13

b. vehicles maintained for use solely on or next to premises you own or rent;

c. vehicles that travel on crawler treads;

d. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   1) power cranes, shovels, loaders, diggers or drills; or

   2) road construction or resurfacing equipment such as graders, scrapers or rollers;

e. vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   1) air compressors, pumps and generators including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   2) cherry pickers and similar devices used to raise or lower workers;

f. vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   1) equipment designed primarily for:

      a) snow removal;

      b) road maintenance, but not construction or resurfacing; or

      c) street cleaning;

   2) cherry pickers, and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   3) air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

   However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

6. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

7. "Other insurance" means a policy of insurance affording coverage that this policy also affords. "Other insurance" includes any type of self-insurance or other mechanism by which an "insured" arranges for funding of legal liabilities.

   "Other insurance" does not include "underlying insurance" or a policy of insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

8. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

9. "Products-completed operations hazard" means all "injury or damage", "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   a. products that are still in your physical possession; or

   b. work that has not yet been completed or abandoned. "Your work" will be deemed completed at the earliest of the following times:

      1) when all of the work called for in your contract has been completed;

      2) when all the work to be one at the site has been completed if your contract calls for work at more than one site; or

      3) when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   This hazard does not include "injury or damage", "bodily injury" or "property damage" arising out of:

ACP CAP 3039795104          INSURED          45   0001153

UMB 00 02 04 13

1) the transportation of property, unless the "injury or damage" "bodily injury" or "property damage", arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by loading or unloading of that vehicle by any insured; or

2) the existence of tools, uninstalled equipment or abandoned or unused materials

10. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

11. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

12. "Suit" means a civil proceeding in which injuries or damages to which this insurance applies are alleged. "Suit" includes:

a. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

13. "Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy, including any type of self-insurance or alternative method by which the "insured" arranges for funding of legal liabilities that affords coverage that this policy covers.

"Underlying insurance" does not include any Extended Reporting Periods on the policies shown in the Declarations. Extended Reporting Periods must be endorsed onto this policy by us.

14. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of Underlying Insurance.

15. "Your product" means:

a. any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

1) you;

2) others trading under your name; or

3) a person or organization whose business or assets you have acquired; and

b. containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for use of others but not sold.

16. "Your work" means:

a. work or operations performed by you or on your behalf; and

b. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. the providing of or failure to provide warnings or instruction.

B. **Applicable to Coverage A Only**

As used in Coverage A:

1. "Injury or damage" means any injury or damage covered in the applicable "underlying insurance" arising from an "occurrence".

2. "Insured" means:

a. the Named Insured stated in the Declarations;

b. any person or organization, other than an additional insured, included as an "insured" in "underlying insurance"; and

c. any additional insured under any policy of "underlying insurance" will automatically be an "insured" under this insurance.

Subject to the LIMITS OF INSURANCE section, if coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAP 3039795104                                    INSURED                                    45   0001154

UMB 00 02 04 13

1) the minimum amount of insurance required by the contract or agreement, less any amounts payable by any "underlying insurance"; or

2) the amount of insurance available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

3. "Covered auto" means only those "autos" to which "underlying insurance" applies.

4. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

## C. Applicable to Coverage B Only

As used in Coverage B:

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Bodily injury" means physical injury, sickness or disease to a person and, if arising out of the foregoing, mental anguish, mental injury, shock or humiliation, including death at any time resulting therefrom.

3. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanctions or embargo by the United States of America.

4. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

5. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by laws or any other similar governing document.

6. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. you have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. the repair, replacement, adjustment or removal of "your product" or "your work";

   b. your fulfilling the terms of the contract or agreement.

7. "Insured" means:

   a. If you are designated in the Declarations as:

   1) An individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner.

   2) A partnership or joint venture, your members, partners and their spouses are also "insureds", but only with respect to the conduct of your business.

   3) A limited liability company, any member, but only with respect to the conduct of your business. Your managers are "insureds" but only with respect to their duties as your managers.

   4) An organization other than a partnership, joint venture or limited liability company, your "executive officers" and directors, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

   b. Any organization over which the Named Insured maintains majority interest and to which more specific insurance does not apply, other than one which you newly acquire or form;

   c. Any newly acquired or formed organization over which the Named Insured maintains majority interest and to which more specific insurance does not apply; provided that this policy does not apply to any injury or damage that took place before you acquired or formed the organization;

   d. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" are insureds for "bodily injury" or "personal and advertising injury":

ACP CAP 3039795104     INSURED     45  0001155

UMB 00 02 04 13

1) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business;

2) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **1)** above: or

3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **1)** or **2)** above.

e. any person or organization while acting as your real estate manager; or

f. your legal representative if you die, but only with respect to duties as such.

No person or organization is an "insured" with respect to the conduct of any current, past or newly formed partnership or joint venture that is not designated within the Declarations of this policy as Named Insured.

8. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does include a "temporary worker".

9. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses committed in the course of your business:

a. false arrest, detention or imprisonment;

b. malicious prosecution;

c. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

e. oral or written publication of material that violates a person's right of privacy;

f. discrimination, unless insurance coverage therefore is prohibited by law or statute;

g. the use of another's advertising idea in your "advertisement"; or

h. infringing upon another's copyright, trade dress or slogan in your "advertisement".

10. "Property damage" means:

a. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

11. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

12. "Tort liability" means a liability that would be imposed by law in the absence of any contract or agreement.

## CONDITIONS

### Applicable to Coverage A and Coverage B

The following Conditions are applicable to both Coverage A and Coverage B.

1. Appeals

   At our option we can initiate or participate in an appeal of a judgment against any "insured" if the judgment is for more than the amount of the Retained Limit Aggregate stated in the Declarations or the Limits of Insurance of "underlying insurance". If we initiate or participate in an appeal, we will pay our costs of the appeal. These payments will be in addition to the Limits of Insurance of this policy.

2. Audit of Books and Records

   We may audit the "insured's" books and records at any time during the term of this insurance or within three years after expiration or termination.

3. Bankruptcy or Insolvency

   a. Bankruptcy or Insolvency of Insured

      Bankruptcy or insolvency of the "insured' or the "insured's" estate will not relieve us of our obligations under this policy.

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

UMB 00 02 04 13

**INSURED**

UMB 00 02 04 13

b. Bankruptcy or Insolvency of Underlying Insurer

Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this policy.

However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

4. Cancellation

a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

b. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

2) 30 days before the effective date of cancellation if we cancel for any other reason.

c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

e. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

5. Changes

Notice to any agent or knowledge possessed by any agent or by any other person will not effect a waiver or change in any part of this policy. This policy can only be changed by a written endorsement that becomes part of this policy.

6. Duties in the Event of "Occurrence", Claim or "Suit"

a. You must see to it that we and your "underlying insurers":

1) are notified as soon as possible of any "occurrence" which may result in a claim if the claim may involve this policy or any "underlying insurance";

2) receive notice of the claim or "suit" as soon as possible;

3) are helped, at our request, to enforce any right against any person or organization which may be liable to the "insured" because of injury or damage to which this insurance applies; and

4) receive the "insured's" full cooperation as stated in this policy or in any "underlying insurance".

b. Additionally, it is a requirement of this policy that:

1) the "insured" not make any admission of liability; and

2) the "insured" not, unless we agree, incur any expense or make any payment other than for first aid. Any such unauthorized expenses will be the "insured's" own cost.

7. First Named Insured

The person or organization first named in the Declarations is primarily responsible for the payment of all premiums. The first Named Insured will act on behalf of all other "insureds" for the giving and receiving of notice of cancellation and the receiving of any return premiums that become payable under this policy.

8. Inspections and Surveys

a. We have the right but are not obligated to:

1) make inspections and surveys at anytime;

2) give you reports on the conditions we find; and

3) recommend changes.

b. Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

ACP CAP 3039795104     INSURED     45   0001157

UMB 00 02 04 13

1) are safe or healthful; or

2) comply with laws, regulations, codes or standards.

c. This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

9. Maintenance of Underlying Insurance

   a. While this policy is in effect you agree to maintain "underlying insurance" in full force. This means that:

   1) "underlying insurance" may not be cancelled or non-renewed by either you or the insurance company without notifying us;

   2) renewals or replacements of "underlying insurance" will not be more restrictive in coverage;

   3) terms, conditions and endorsements of "underlying insurance" will not materially change;

   4) collectability of "underlying insurance" limits as listed in the Schedule of Underlying Insurance, or replacements thereof, must be available regardless of the bankruptcy or insolvency of the "underlying insurers"; and

   5) limits of "underlying insurance" will not change except for any reduction in the aggregate limits of insurance by payment of loss.

   b. Your failure and/or your "underlying insurer's" failure to comply with this condition will not invalidate this policy, but in the event of such failure we will only be liable to the same extent as if there had been compliance with this condition.

10. "Other Insurance"

    If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions of any "other insurance".

10. "Other Insurance"

    If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions of any "other insurance".

11. Other Umbrella Liability Policies

    If this policy and any other umbrella liability policy issued to you by us or any affiliated Company apply to the same "occurrence", the total maximum amount payable under all policies shall not exceed the highest applicable limit of liability under any one policy.

12. Policy Period

    a. If the "underlying insurance" applies on a claims-made basis, this insurance will respond to injury or damage only if a claim for damages is first received and recorded, in the manner prescribed by the "underlying insurance", during the

       policy period of this insurance shown in the Declarations, including any Extended Reporting Period applicable to this insurance, regardless of any Extended Reporting Period applicable to "underlying insurance".

    b. If the "underlying insurance" does not apply on a claims-made basis, this insurance will respond to injury or damage that occurs or arises from an offense committed during the policy period of this insurance shown in the Declarations.

13. Premium

    The premium for this policy as stated in of the Declarations is a flat premium. It is not subject to adjustment unless an endorsement is attached to this policy.

14. Representations or Fraud

    By accepting this policy, you agree:

    a. The statements in the Declarations are accurate and complete;

    b. Those statements are based upon representations you made to us;

    c. We issued this policy in reliance upon your representations; and

    d. This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAP 3039795104                                    INSURED                                    45   0001158

UMB 00 02 04 13

**15.** Separation of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

**a.** as if each Named Insured were the only Named Insured; and

**b.** separately to each "insured" against whom claim is made or "suit" is brought.

**16.** Transfer of Rights and Duties

Your rights and duties under this insurance may not be transferred without our written consent. If you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is apportioned, anyone having temporary custody of your property will have your rights and duties, but only with respect to that property.

**17.** Transfer of Rights of Recovery

**a.** If the "insured" has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**b.** Any amount recovered will be appointed in the inverse order of payment of loss to the extent of actual payment. The expenses of all such recovery proceedings will be apportioned in the ratio of respective recoveries.

**18.** When Loss is Payable

This policy will not apply until the "insured", or the "insured's" "underlying insurer", is obligated to pay the full amount of the underlying limit or Retained Limit Aggregate. When the amount of "loss" has finally been determined, we will promptly pay on behalf of the "insured" the amount of "loss" which falls within the terms of this policy. The first Named Insured will promptly reimburse us for any amount within the Retained Limit Aggregate paid by us.

**1.** Under any Liability Coverage, to "bodily injury" or "property damage":

**a.** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**b.** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**2.** Under any Medical Payments Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**3.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**a.** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**b.** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

---

## NUCLEAR ENERGY LIABILITY EXCLUSION

**A.** The insurance does not apply:

---

ACP CAP 3039795104     INSURED     45   0001159

UMB 00 02 04 13

   **c.** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

**B.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed

primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   UMB 00 02 04 13

ACP CAP 3039795104   INSURED   45   0001160

UMB 00 28 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES – COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

This insurance only applies to "injury or damage" arising out of the ownership, maintenance or use of premises designated in the "underlying insurance" and any operations necessary or incidental to those premises.

Under **DEFINITIONS**, **A. Applicable to Coverage A and Coverage B**, definition **13.** "Underlying insurance: is replaced by the following:

**13.** "Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy.

"Underlying insurance" does not include any Extended Reporting Periods on the policies shown in the Schedule of Underlying Insurance. Extended Reporting Periods must be endorsed onto this policy by us.

**All terms and conditions of this policy apply unless modified by this endorsement.**

UMB 00 28 04 13          Includes copyrighted material of Insurance Services Office, Inc., with its permission          **Page 1 of 1**

**UMB 00 43 (12-98)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**UNIMPAIRED AGGREGATE LIMITS**
**(NON-CONCURRENCY)**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

It is agreed that the underlying aggregate limits, where applicable, as shown in the Schedule of Underlying Insurance, shall be unimpaired at the effective date of this policy, and for the purpose of the insurance provided by this policy, only occurrences taking place during the term of this policy shall be considered in determining the extent of any exhaustion of the underlying aggregate limits.

All other terms and conditions remain unchanged.

**UMB 00 43 (12-98)**

ACP CAP 3039795104                                         INSURED                                         45   0001162

UMB 00 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance act exceed $100 billion in a Calendar Year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" included in the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under the Policy.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAP 3039795104        INSURED        45   0001163

UMB 09 00 03 12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** Paragraph **b.** of **4.** Cancellation of the **CONDITIONS** section is replaced by the following:

  **a.** Cancellation Of Policies In Effect

    **1)** For 90 Days Or Less

    If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

      **a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **b)** 45 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

        **i)** A material misstatement or misrepresentation; or

        **ii)** A failure to comply with the underwriting requirements established by the insurer.

    **2)** For More Than 90 Days

    If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

      **a)** Nonpayment of premium;

      **b)** The policy was obtained by a material misstatement;

      **c)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

      **d)** A substantial change in the risk covered by the policy; or

      **e)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

  **i)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

  **ii)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **b.2).**

**B.** Paragraph **e.** of **4.** Cancellation of the **CONDITIONS** section is replaced by the following:

  **e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

UMB 09 00 03 12      Includes copyrighted material of Insurance Services Office, with its permission.      **Page 1 of 2**

**UMB 09 00 03 12**

**C.** The following condition is added to the **CONDITIONS** section:

When We Do Not Renew

**a.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAP 3039795104      INSURED      45   0001165

UMB 09 05 03 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA RACING EXCLUSION - COVERAGE A AND COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Under **EXCLUSIONS, C. Applicable to Coverage B Only**, exclusion **7. Racing Activities** is replaced by the following:

**7.** Racing Activities

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest by an insured.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAP 3039795104                                    INSURED                                    45   0001166

UMB 70 10 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** Under **Exclusions**, **A. Applicable to Coverage A and Coverage B**, Exclusion **11.** Electronic Data is replaced by the following:

This insurance does not apply to:

**11.** Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability

Damages and "personal and advertising injury" arising out of:

**a.** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**b.** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **a.** or **b.** above.

However, unless Paragraph **a,** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** For the purposes of this endorsement, the following definitions are added to **Definitions**, **B. Applicable to Coverage A Only**:

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses committed in the course of your business:

**a.** false arrest, detention or imprisonment;

**b.** malicious prosecution;

**c.** the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

**e.** oral or written publication of material that violates a person's right of privacy;

**f.** discrimination, unless insurance cover-age therefore is prohibited by law or statute;

**g.** the use of another's advertising idea in your "advertisement"; or

**h.** infringing upon another's copyright, trade dress or slogan in your "advertisement".

**All terms and conditions of this policy apply unless modified by this endorsement.**

| UMB 70 10 05 14 | Includes copyrighted material of Insurance Services Office, Inc., with its permission. | Page 1 of 1 |



**Nationwide**

# Certification

I, Javier Rivas, as a duly authorized representative of DEPOSITORS INSURANCE COMPANY entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of ACP GLDO3029795104 in effect on 06/05/2023 to 06/05/2024 was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.

_Javier Rivas_____

Javier Rivas

Supervisor, Claims Operations - Commerical Lines

12/23/2025
Date

**COMM'L GENERAL LIABILITY (DEPOSITORS)**

TABPAGE (07-02)00

LJPO     N          INSURED COPY          ACP     30-2-9795104          45   0003532

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

Named Insured:   **USA WIRELESS INC**

Address:   **8925 SW 148TH ST STE 110**
**PALMETTO BAY**           **FL  33176-8000**

★★★★★★★★          **IMPORTANT INSURANCE INFORMATION**          ★★★★★★★★

**IMPORTANT NOTICE FOR RENEWAL POLICIES**

In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy.  We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.  Please refer to your prior policies for printed copies of these forms.  If you desire copies, they are available upon request from your agent.

**IN 5017 (05-93)**

DIRECT BILL    LJPO  23167                              INSURED COPY                ACP  GLDO 3029795104        810775532      45      0003533

**IN 74 29 12 15**

★★★★★★★   IMPORTANT INSURANCE INFORMATION   ★★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA CUSTOMER SERVICE NOTIFICATION

We want to make it as easy as possible for you to be able to contact us when you have a claim or a question regarding your insurance.  Our aim is to provide you the service you need.

If you have a loss and need to report a claim – just call our 24-hour toll free **Claims Number** 1-800-421-3535 from anywhere in the country.

When you talk to someone about your policy(s) or any other insurance concern, please contact your agent.  His or her name and telephone number can be found on the Policy Declaration or a Billing Notice.

You may also write or call our Customer Service Department:

Nationwide Insurance Company
Attn: Customer Relations Department
One West Nationwide Bl
Columbus Oh 43215-2220
877-669-6877 (toll free)
Web:  www.nationwide.com

Written correspondence is preferable so that a record of your inquiry is maintained.  When contacting your agent or the company, have your policy number available.

Please keep this information with your insurance policy for handy reference.

**IN 74 29 12 15**                                                                                 Page **1** of **1**

ACP  GLDO 3029795104        DIRECT BILL LJPO2316        INSURED COPY        7810775532        45   0003534

IN 78 09 11 15

★★★★★★★  IMPORTANT INSURANCE INFORMATION  ★★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# DATA BREACH & IDENTITY RECOVERY SERVICES

### Data Breach Services Information:

Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRiskHub®.  The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:
- Incident Response Plan Roadmap – suggested steps your business can take following data breach incident.  Having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation.
- Online Training Modules – ready-to-use training for your business on privacy best practices and Red Flag Rules.
- Risk Management Tools- assist your business in managing data breach exposures including self-assessments and state breach notification laws.
- eRisk Resources – a directory to quickly find external resources on pre and post-breach disciplines.
- News Center – cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links.
- Learning Center – best practices and white papers written by leading authorities.

To access the eRiskHub®portal:
- Enter https://www.eriskhub.com/nationwide  in your browser.
- Complete the information, including your name and company. Your User ID and Password are case-sensitive.
- Enter your assigned access code: **12116-73**.
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup.
- You can now login to the portal.

You also have access to a help-line to answer breach related questions.  Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line.  Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information.  The breach preparedness help-line is 877-800-5028.

IN 78 09 11 15                                                                                    Page 1 of 2

ACP  GLDO 3029795104        DIRECT BILL LJPO2316        INSURED COPY        7810775532        45  0003535

IN 78 09 11 15

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

## Identity Recovery Services Information:

Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own. The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members. The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including:

- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

IN 78 09 11 15

**IN 78 90 11 18**

★ ★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# CLAIMS REPORTING INFORMATION

Thank you for being a Nationwide® member.  Your business is important to us.

Effective November 1, 2018:  For any **General Liability, Professional Liability, and Abuse or Molestation** claim, please report your claim to the Specialty Care Services (SCS) Casualty Claims Team's telephone number below:

**1-877-680-0057**

We request that you report your General Liability, Professional Liability, and Abuse or Molestation claims to the above number so your claims are reported directly to the SCS casualty claims team that handles specialized claims.  Immediate claims reporting is important, especially with these types of complex claims.  All members of this Nationwide claims team have law degrees with most having prior experience in the medical, senior living, non-profit and human services fields.  They can "speak your language" and know how to manage your claims in the toughest jurisdictions across the United States.  This is a dedicated team of claims professionals who understand the industry trends arising in the market place and are prepared to provide you with quality claims service.

With this change in claims reporting, you will receive the same responsive claims service that you expect from all of our Nationwide claims adjusters.

This change only affects General Liability, Professional Liability, and Abuse or Molestation claims.  **All other types of claims should continue to be reported via normal reporting methods by phone 1-800-421-3535, fax 1-800-554-2899 or email at enewloss@nationwide.com**.

Please direct any questions to your agent.  We appreciate your business and look forward to serving your insurance needs in the future.

**IN 78 90 11 18**                                                                                           **Page 1 of 1**

ACP  GLDO 3029795104        DIRECT BILL LJPO2316          INSURED COPY              7810775532                    45   0003537

IN 79 30 05 22

★ ★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA)

The FIGA Board of Directors may certify the need for an assessment on its member insurers to secure funds for the payment of covered claims related to new insolvencies in FIGA's Other Account.  When such an assessment is certified, member insurers collect an equivalent surcharge on new and renewal policies. If a surcharge applies to your policy it is shown in the Declarations.

**IN 79 30 05 22**                                                                                                    **Page 1 of 1**

ACP  GLDO 3029795104        DIRECT BILL LJPO2316        INSURED COPY            7810775532                    45  0003538

BR 9955 (06 15)

**PREMIUM AUDIT NOTICE**
PLEASE READ THIS NOTICE CAREFULLY!

The following information is intended to explain the premium base on policies written "Subject to Audit."

This policy was issued with an estimated premium which requires an adjustment after the policy expires. Premium bases for this type of policy vary according to such factors as payroll, sales receipts, cost of work, gallons, etc. incurred during the term of the policy. After the policy expires and the actual amount of these variables can be determined, the estimated premium is adjusted to develop the final premium. If the final premium is less than the estimated premium, the difference will be refunded. If it is more, you will receive a bill for the additional premium.

An accurate Premium Audit is a benefit to you and your business. We recommend the person(s) in charge of keeping your financial records be aware of insurance auditor needs. Records that are accurate and properly maintained allow us to complete the audit and to apply, when applicable, certain premium saving rules and/or ensure that you are paying the correct amount for your coverage needs.

**WHO WILL CONDUCT THE AUDIT?**
When the policy expires a final audit will be requested. This will be done by one of the following methods:
    1) Mailing a premium audit form and/or notification to you; and
    2) A premium auditor representing our company will call you for a telephone audit of your records; or
    3) A premium auditor representing our company will visit you for a physical audit of your records.

This audit of your records will pertain to the variable factors that apply to your policy. You are assured of complete confidentiality by the auditor and the insurance company personnel.

**WHAT RECORDS WILL BE NEEDED?**
The basis of premium for a Workers Compensation or General Liability policy may be total remuneration, including wages and other considerations given to an employee for services rendered.

The Premium Auditor will examine and audit all of your records that relate to your policy. The required records will vary depending upon the type of coverage you have. In most cases, the auditor will be able to obtain the necessary audit data from two or more of the following records:

Payroll Journals with monthly/quarterly totals
Quarterly Tax Reports
General Ledgers
Individual Earning Cards with monthly/quarterly totals
Certificates of Insurance for sub-contractors
Vehicle descriptions (include purchase date and date sold)

In the course of the audit, the Auditor may ask some questions about your records and personally observe the various aspects of your business operations. This will assist the Auditor in properly classifying your operations and employees. If a new operation is revealed or an existing operation was unknown to us, additional classifications and exposure bases will be added to your policy and audit. This will affect the premium charged for your insurance coverage.

**HOW SHOULD YOUR RECORDS BE KEPT?**
**Payroll:** Many of the premiums for your insurance are based on payroll which is defined as total remuneration. Remuneration includes:

| | |
|---|---|
| Wages | Vacation Pay |
| Commissions | Sick Pay |
| Bonuses | Payment for Piece Work |
| Overtime Pay | Other Dollar Substitutes |
| Holiday Pay | |

BR 9955 (06 15)                                                                                                   **Page 1 of 2**

**BR 9955 (06 15)**

**Overtime:** The amount paid in excess of straight time can be deducted if the excess can be verified by your records. Your records must show overtime separately by employee and totaled monthly and quarterly. THIS IS NOT APPLICABLE IN PA (WC) or DE (WC).

**Division of Payroll:** Division of an individual employee's payroll to more than one classification is not allowed. Exception: For construction or erection operations, the payroll of an employee may be allocated to each type of work performed if proper records are kept. Payroll **cannot** be divided between construction and office or sales classifications.

**Gross Sales:** Another premium base for insurance is gross sales. Sales information must be kept separately for each location with monthly and quarterly totals by the type of product sold.

***IMPORTANT***

**Subcontractors:** Most state Workers Compensation laws will hold you responsible for injuries sustained by an employee of an uninsured subcontractor. You may also be responsible for the legal liability of your subcontractors. To protect yourself, be sure to secure a CERTIFICATE OF INSURANCE for
- General Liability coverage from all subcontractors.
- Workers Compensation coverage from all subcontractors that are not exempt from your state's Workers Compensation laws.

If **no** evidence of insurance is available, the subcontractor's payroll may be added to your premium base. Depending on state law, if a person is claimed to be a subcontractor, but they do not have their own employees and their duties closely resemble those of an employee of yours, that person may be considered an employee for audit purposes. Adequate insurance means the subcontractor carries liability insurance with coverage comparable to yours (e.g., premises-operations and products-completed operations) limits of liability which are no less than $1,000,000 each occurrence/$2,000,000 general aggregate/$2,000,000 products-completed operations aggregate for the period of time work was performed for you. Any limit less than the above will be considered inadequate and a payroll charge will be included on your audit.

NOTE: If you do not provide the information required to complete the Premium Audit, we will use estimated information that will result in additional premium owed us.

**We recommend you bring any questions concerning your insurance to the attention of your Agent.**

ACP GLDO3029795104        LJPO       23167                    INSURED COPY                                        45   0003540

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624
**RENEWAL**

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

Policy Number: **ACP  GLDO 3029795104**

Named Insured:  **USA WIRELESS INC**

Address:  **8925 SW 148TH ST STE 110**
**PALMETTO BAY**            **FL  33176-8000**

Agent: **KEYES COVERAGE INC**                          **09-59624-002**
Address: **TAMARAC FL**            **33321**    PRODUCER: **CAREY ALAN KEYES**

Policy Period:   From **06/05/23**  to **06/05/24**   12:01 A.M. standard time at the address of the named insured as stated herein.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

## LIMITS OF INSURANCE

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT (other than products-completed operations) | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT (any one premises) | $ 100,000 |
| MEDICAL EXPENSE LIMIT (any one person) | $ 5,000 |

Retroactive Date (CG0002 only)

The Named Insured is:  **CORPORATION**
Business of the Named Insured is:  **AT&T RETAILER**
Audit Period:  **ANNUAL**

ENDORSEMENTS ATTACHED TO THIS POLICY

**SEE COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS SCHEDULE**

| | | |
|---|---|---:|
| ADVANCE PREMIUM | $ | 34,569.00 |
| SURCHARGES/ASSESSMENTS | $ | 725.95 |
| TOTAL ADVANCE PREMIUM | $ | 35,294.95 |

Replacement or
Renewal Number   **ACP  GLDO3019795104**
**A PACKAGE MODIFICATION FACTOR HAS BEEN APPLIED**

Countersigned By _____
                              Authorized Representative

**GL-D (10-98)**

DIRECT BILL   LJPO  23167                    INSURED COPY          ACP  GLDO 3029795104        810775532      45      0003541

**DEPOSITORS INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                    PRESIDENT

**SP 00 04 10 17**                                                         **Page 1 of 1**

ACP  GLDO 3029795104                        INSURED COPY              810775532              45   0003542

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES 40,000,000 | PER THOUSAND .427 | .401 | $17,094 | $16,034 |
| CG2291 8925 SW 148TH ST STE  212 PALMETTO BAY FL331768084 | | | | | | |
| 002A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 1317 SW 107TH AVE MIAMI FL331742515 | | | | | | |
| 003A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 11441 SW 40TH ST MIAMI FL331653311 | | | | | | |
| 004A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 4238 SW 152ND AVE UN IT 4280 MIAMI FL331855252 | | | | | | |
| "CHANGED ADDRESS EFF ECTIVE 10/31/22" | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY              ACP  GLDO 3029795104        810775532      45      0003543

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 005A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>2720 S DIXIE HWY # F<br>-1<br>MIAMI<br>FL331333786 | | | | | | |
| 006A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>3201 GRAND AVE<br><br>MIAMI<br>FL331335010 | | | | | | |
| 007A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>1556 S DIXIE HWY<br><br>MIAMI<br>FL331463001 | | | | | | |
| 008A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>11769 S DIXIE HWY<br><br>MIAMI<br>FL331564438 | | | | | | |
| 009A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                          INSURED COPY                          ACP  GLDO 3029795104      810775532     45     0003544

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**20439 OLD CUTLER RD**

**CUTLER BAY**
**FL331891833**

**010A      FL-002      18575      GROSS SALES         PER  THOUSAND**
**TELECOMMUNICATION EQ                IF ANY          .427      .401**
**UIPMENT PROVIDERS**

**CG2291**
**9858 CLINT MOORE RD**
**STE C-116**
**BOCA RATON**
**FL334961034**

**011A      FL-001      18575      GROSS SALES         PER  THOUSAND**
**TELECOMMUNICATION EQ                IF ANY          .427      .401**
**UIPMENT PROVIDERS**

**CG2291**
**12030 SW 127TH AVE**

**MIAMI**
**FL331866454**

**012A      FL-001      18575      GROSS SALES         PER  THOUSAND**
**TELECOMMUNICATION EQ                IF ANY          .427      .401**
**UIPMENT PROVIDERS**

**CG2291**
**1448 W 49TH ST**

**HIALEAH**
**FL330123219**

**013A      FL-002      18575      GROSS SALES         PER  THOUSAND**
**TELECOMMUNICATION EQ                IF ANY          .427      .401**
**UIPMENT PROVIDERS**

**CG2291**
**1956 NE 5TH AVE STE**
**4**
**BOCA RATON**
**FL334317772**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 014A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427        .401 | | | |
| CG2291<br>1730 S CONGRESS AVE<br><br>PALM SPRINGS<br>FL334612140 | | | | | | |
| 015A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427        .401 | | | |
| CG2291<br>13860 WELLINGTON TRC<br>E STE 12<br>WELLINGTON<br>FL334148500 | | | | | | |
| 016A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427        .401 | | | |
| CG2291<br>10636 SW VILLAGE PKW<br>Y # C-3C<br>PORT ST LUCIE<br>FL349872358 | | | | | | |
| 017A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427        .401 | | | |
| CG2291<br>11060 PINES BLVD UNI<br>T C7<br>PEMBROKE PINES<br>FL330265209 | | | | | | |
| 018A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427        .401 | | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates OTHER | Rates PR/CO | Advance Premium OTHER | Advance Premium PR/CO |
|---|---|---|---|---|---|---|
| **15731 PINES BLVD** | | | | | | |
| **PEMBROKE PINES** **FL330271206** | | | | | | |
| **019A   FL-001** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **7177 SW 117TH AVE** | | | | | | |
| **MIAMI** **FL331832807** | | | | | | |
| **020A   FL-001** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **900 S MIAMI AVE STE** **152** **MIAMI** **FL331303051** | | | | | | |
| **021A   FL-006** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **3108 SW MARTIN DOWNS** **BLVD** **PALM CITY** **FL349902641** | | | | | | |
| **022A   FL-002** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **455 NE 5TH AVE STE C** | | | | | | |
| **DELRAY BEACH** **FL334835658** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 023A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>1095 SE PORT ST LUCI<br>E BLVD # E2<br>PORT ST LUCIE<br>FL349525303 | | | | | | |
| 025A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>3980 W HILLSBORO BLV<br>D<br>DEERFIELD BEACH<br>FL334429415 | | | | | | |
| 026A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>14851 LYONS RD STE 1<br>10<br>DELRAY BEACH<br>FL334469010 | | | | | | |
| 027A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>6832 MAIN ST STE 32<br>MIAMI LAKES<br>FL330142051<br>"DELETED EFFECTIVE 0<br>8/10/22" | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 028A      FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>58 CURTISS PKWY<br><br>MIAMI SPRINGS<br>FL331665219 | | | | | | |
| 029A      FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>17100 COLLINS AVE ST<br>E 108<br>SUNNY ISLES BEACH<br>FL331603675 | | | | | | |
| 030A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>9519 WESTVIEW DR<br><br>CORAL SPRINGS<br>FL330762512 | | | | | | |
| 031A      FL-004<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>18017 HIGHWOODS PRESERVE PKWY<br>TAMPA<br>FL336471761 | | | | | | |
| 032A      FL-004<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                              INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0003549

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **15000 N DALE MABRY HWY**<br>**TAMPA**<br>**FL336181815** | | | | | | |
| **033A     FL-001**<br>**TELECOMMUNICATION EQUIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **.427** | **.401** | | |
| **CG2291**<br>**7520 NW 104TH AVE UNIT A102**<br>**DORAL**<br>**FL331783375** | | | | | | |
| **034A     FL-006**<br>**TELECOMMUNICATION EQUIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **.427** | **.401** | | |
| **CG2291**<br>**11784 US HIGHWAY 301**<br>**DADE CITY**<br>**FL335256024** | | | | | | |
| **035A     FL-002**<br>**TELECOMMUNICATION EQUIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **.427** | **.401** | | |
| **CG2291**<br>**3273 HOLLYWOOD BLVD**<br>**HOLLYWOOD**<br>**FL330216906** | | | | | | |
| **036A     FL-006**<br>**TELECOMMUNICATION EQUIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **.427** | **.401** | | |
| **CG2291**<br>**13174 CORTEZ BLVD**<br>**BROOKSVILLE**<br>**FL346134896** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 037A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 4391 COMMERCIAL WAY | | | | | | |
| SPRING HILL FL346061963 | | | | | | |
| 038A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 2379 SE FEDERAL HWY | | | | | | |
| STUART FL349944528 | | | | | | |
| 040A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 7040 SEMINOLE PRATT WHITNEY RD # 26-27 LOXAHATCHEE FL334705714 | | | | | | |
| 041A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 2048 TREASURE COAST PLZ VERO BEACH FL329600921 | | | | | | |
| 042A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**2400 PGA BLVD**

**PALM BEACH GARDENS**
**FL334103504**

| 043A      FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427      .401 | | | |

**CG2291**
**11081 SOUTHERN BLVD**
**STE 150**
**ROYAL PALM BEACH**
**FL334114253**

| 044A      FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427      .401 | | | |

**CG2291**
**8983 OKEECHOBEE BLVD**
** STE 200**
**WEST PALM BEACH**
**FL334115145**

| 045A      FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427      .401 | | | |

**CG2291**
**5177 LAKE WORTH RD**

**GREENACRES**
**FL334633359**

| 046A      FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427      .401 | | | |

**CG2291**
**2511 NW FEDERAL HWY**

**STUART**
**FL349949315**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                                    INSURED COPY                     ACP  GLDO 3029795104        810775532        45        0003552

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 047A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 9569 HARDING AVE SURFSIDE FL331542501 | | | | | | |
| 048A FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 5210 US 1 UNIT 101 VERO BEACH FL329677619 | | | | | | |
| 049A FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 8261 LITTLE RD NEW PORT RICHEY FL346545407 | | | | | | |
| 050A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 5940 S STATE ROAD 7 STE C LAKE WORTH FL334495412 | | | | | | |
| 051A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE: For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY                    ACP  GLDO 3029795104      810775532    45    0003553

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**1790 BISCAYNE BLVD**

**MIAMI**
**FL331321129**

| 052A      FL-002      18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427      .401 | | | |

**CG2291**
**6501 NOVA DR**

**DAVIE**
**FL333177401**

| 053A      FL-006      18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427      .401 | | | |

**CG2291**
**1517 ALTON RD**

**MIAMI**
**FL326010000**

| 054A      FL-004      18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427      .401 | | | |

**CG2291**
**33125 US HIGHWAY 19**
**N**
**PALM HARBOR**
**FL346843126**

| 055A      FL-002      18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427      .401 | | | |

**CG2291**
**1300 CORAL RIDGE DR**

**CORAL SPRINGS**
**FL330715419**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY              ACP  GLDO 3029795104      810775532      45      0003554

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 056A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 13628 SW 88TH ST MIAMI FL331861567 | | | | | | |
| 057A   FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 14177 LAKE NONA BLVD  STE 1060 ORLANDO FL328247421 | | | | | | |
| 058A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 20445 BISCAYNE BLVD UNIT H-1 MIAMI FL331801526 | | | | | | |
| 059A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 19975 NW 2ND AVE UNIT 5 MIAMI FL331692911 | | | | | | |
| 060A   FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0003555

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 8085 W IRLO BRONSON MEMORIAL HWY UNIT 2 KISSIMMEE FL347470016 | | | | | | |
| 061A    FL-006    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 16412 NEW INDEPENDEN CE PKWY STE 120 WINTER GARDEN FL347878132 | | | | | | |
| 062A    FL-002    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 5417 W ATLANTIC BLVD MARGATE FL330635210 | | | | | | |
| 063A    FL-002    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 105 N US HIGHWAY 1 TEQUESTA FL334692737 | | | | | | |
| 064A    FL-002    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 1736 MAIN ST STE D6 WESTON FL333263673 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0003556

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 065A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427        .401 | | | |
| CG2291 10833 S JOG RD BOYNTON BEACH FL334370914 | | | | | | |
| 066A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427        .401 | | | |
| CG2291 4101 W TOWN CENTER B LVD UNIT 181501 ORLANDO FL328375846 | | | | | | |
| 067A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427        .401 | | | |
| CG2291 801 VILLAGE BLVD STE  305 WEST PALM BEACH FL334091935 | | | | | | |
| 068A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427        .401 | | | |
| CG2291 2424 N FEDERAL HWY FORT LAUDERDALE FL333052541 | | | | | | |
| 069A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427        .401 | | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **152 S FEDERAL HWY** | | | | | | |
| **BOCA RATON** **FL334324920** | | | | | | |
| **070A    FL-006    18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **45 W MITCHELL HAMMOC** **K RD STE 1331** **OVIEDO** **FL327656957** | | | | | | |
| **071A    FL-001    18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **130 NW 42ND AVE** | | | | | | |
| **MIAMI** **FL331265433** | | | | | | |
| **072A    FL-001    18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **650 CRANDON BLVD** | | | | | | |
| **KEY BISCAYNE** **FL331492008** | | | | | | |
| **073A    FL-001    18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |
| **CG2291** **9533 NE 2ND AVE** | | | | | | |
| **MIAMI SHORES** **FL331382704** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY                    ACP  GLDO 3029795104    810775532    45    0003558

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 074A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 935 DURBIN PAVILION DR STE 101 ST JOHNS FL322594139 | | | | | | |
| 075A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 2309 E HALLANDALE BEACH BLVD HALLANDALE BEACH FL330094851 | | | | | | |
| 076A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 10630 PINES BLVD STE E102 PEMBROKE PINES FL330263966 | | | | | | |
| 077A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 2514 PGA BLVD PALM BEACH GARDENS FL334102902 | | | | | | |
| 078A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**5781 SW 40TH ST**

**MIAMI**
**FL331555301**

| 079A     FL-002 | 18575 | GROSS SALES | | | | |
| TELECOMMUNICATION EQ | | IF ANY | .427 | .401 | | |
| UIPMENT PROVIDERS | | | | | | |

**CG2291**
**8773 BOYNTON BEACH B**
**LVD UNIT 510**
**BOYNTON BEACH**
**FL334724481**

| 080A     FL-004 | 18575 | GROSS SALES | | | | |
| TELECOMMUNICATION EQ | | IF ANY | .427 | .401 | | |
| UIPMENT PROVIDERS | | | | | | |

**CG2291**
**1300 4TH ST N**

**PETERSBURG**
**FL337011118**

| 081A     FL-002 | 18575 | GROSS SALES | | | | |
| TELECOMMUNICATION EQ | | IF ANY | .427 | .401 | | |
| UIPMENT PROVIDERS | | | | | | |

**CG2291**
**566 E WOOLBRIGHT RD**

**BOYNTON BEACH**
**FL334356033**

| 082A     FL-006 | 18575 | GROSS SALES | | | | |
| TELECOMMUNICATION EQ | | IF ANY | .427 | .401 | | |
| UIPMENT PROVIDERS | | | | | | |

**CG2291**
**5427 LITTLE RD**

**NEW PORT RICHEY**
**FL346551107**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 083A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 1184 E STATE ROAD 43 4 WINTER SPRINGS FL327082715 | | | | | | |
| 084A     FL-004 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 13998 W HILLSBOROUGH  AVE STE 103 TAMPA FL336359409 | | | | | | |
| 085A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 1440 NW NORTH RIVER DR STE 192 MIAMI FL331252894 | | | | | | |
| 086A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 10095 CLEARY BLVD BA Y 47 PLANTATION FL333241064 | | | | | | |
| ADDED EFFECTIVE 07/0 9/2021 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 087A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>694 W YAMATO RD STE<br>1<br>BOCA RATON<br>FL334314411 | | | | | | |
| ADDED EFFECTIVE<br>11/11/2021 | | | | | | |
| 088A    FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>250 SE 1ST ST<br>MIAMI<br>FL331311902 | | | | | | |
| ADDED EFFECTIVE<br>11/11/2021 | | | | | | |
| 089A    FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>4125 9TH ST SW STE 1<br>04<br>VERO BEACH<br>FL329684881 | | | | | | |
| 090A    FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL   LJPO  23167                        INSURED COPY                        ACP  GLDO 3029795104      810775532     45     0003562

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 2305 S US HIGHWAY 1 STE A FORT PIERCE FL349825924 | | | | | | |
| 091A    FL-002    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 1622 SHERIDAN ST | | | | | | |
| HOLLYWOOD FL330202306 | | | | | | |
| ADDED EFFECTIVE 01/2 0/22 | | | | | | |
| 092A    FL-004    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 4810 S MANHATTAN AVE | | | | | | |
| TAMPA FL336112310 | | | | | | |
| 093A    FL-006    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 9457 S SUNCOAST BLVD  UNIT 6A HOMOSASSA FL344465033 | | | | | | |
| 094A    FL-002    18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS | | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                           INSURED COPY              ACP  GLDO 3029795104       810775532     45     0003563

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 21228 SAINT ANDREWS BLVD<br>BOCA RATON<br>FL334332435 | | | | | | |
| 095A    FL-002    18575<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427    .401 | | | |
| CG2291<br>1299 S FEDERAL HWY UNIT B<br>POMPANO BEACH<br>FL330627038 | | | | | | |
| ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 096A    FL-002    18575<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427    .401 | | | |
| CG2291<br>10119 W OAKLAND PARK BLVD<br>SUNRISE<br>FL333516917 | | | | | | |
| ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 098A    FL-006    18575<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427    .401 | | | |
| CG2291<br>6421 RALEIGH ST<br>ORLANDO<br>FL328355739 | | | | | | |
| ADDED EFFECTIVE<br>03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE: For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 099A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 6970 N SR-7. SUITE 104 COCNUT CREEK FL330730000 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 101A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 2600 GRIFFIN RD FORT LAUDERDALE FL333125935 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 102A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 1587 W LANTANA RD LANTANA FL334621537 ADDED EFFECTIVE 03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0003565

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 103A    FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 201 TOWNE CENTER CIR SANFORD FL327717409 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 104A    FL-005 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 9585 REGENCY SQUARE BLVD N STE 1 JACKSONVILLE FL322258174 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 105A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 6290 W SAMPLE RD STE   104 CORAL SPRINGS FL330673101 ADDED EFFECTIVE 03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY                    ACP  GLDO 3029795104      810775532      45      0003566

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 106A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 6346 LANTANA RD STE 65 LAKE WORTH FL334636664 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 107A    FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 865 HIBERNIA RD STE 101 JACKSONVILLE FL320038707 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 108A    FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 916 LEE RD ORLANDO FL328105527 ADDED EFFECTIVE 03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY              ACP  GLDO 3029795104        810775532      45      0003567

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 109A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 254 N ORLANDO AVE | | | | | | |
| MAITLAND FL327515506 | | | | | | |
| ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 111A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 411 S FEDERAL HWY ST E A DEERFIELD BEACH FL334414170 | | | | | | |
| ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 112A     FL-005 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 2771 MONUMENT RD | | | | | | |
| JACKSONVILLE FL322255549 | | | | | | |
| ADDED EFFECTIVE 03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 113A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 7736 W MCNAB RD NORTH LAUDERDALE FL330685499 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 114A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 7458 US HIGHWAY 1 N STE 104 ST AUGUSTINE FL320958472 | | | | | | |
| 115A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 8777 HYPOLUXO RD STE 1 LAKE WORTH FL334675318 | | | | | | |
| 116A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 7263 PARK BLVD N UNIT 2 PINELLAS PARK FL337812920 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                       INSURED COPY              ACP  GLDO 3029795104     810775532    45    0003569

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 117A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 5030 CHAMPION BLVD S TE F6 BOCA RATON FL334962476 | | | | | | |
| 118A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 4744 N DALE MABRY HWY TAMPA FL336146509 | | | | | | |
| 119A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 7790 LAKE UNDERHILL RD STE 103 ORLANDO FL328228216 | | | | | | |
| 120A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 4665 GULF BLVD ST PETERSBERG BEACH FL337062405 | | | | | | |
| 121A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**2400 W 60TH ST**

**HIALEAH**
**FL330164418**

**2400-2490 W 60 STREE**
**T, HIALEAH, FL 3301**
**6**

| | | | | | | |
|---|---|---|---|---|---|---|
| **122A    FL-001** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |

**CG2291**
**15125 NW 67TH AVE**

**MIAMI LAKES**
**FL330142106**

| | | | | | | |
|---|---|---|---|---|---|---|
| **123A    FL-006** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |

**CG2291**
**30933 MIRANDA BLVD**

**SAN ANTONIO**
**FL335760000**

| | | | | | | |
|---|---|---|---|---|---|---|
| **124A    FL-001** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |

**CG2291**
**2899 W 4TH AVE**

**HIALEAH**
**FL330101303**

| | | | | | | |
|---|---|---|---|---|---|---|
| **126A    FL-001** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES** **IF ANY** | **.427** | **.401** | | |

**CG2291**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY              ACP  GLDO 3029795104        810775532      45      0003571

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**18248 NW 27TH AVE**

**MIAMI GARDENS**
**FL330563501**

| 127A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |

**CG2291**
**11500 S MILITARY TRL**

**BOYNTON BEACH**
**FL334367274**

| 128A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |

**CG2291**
**1687 N HANCOCK RD ST**
**E 301**
**MINNEOLA**
**FL347158190**

| 129A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |

**CG2291**
**8800 STATE ROAD 52**

**HUDSON**
**FL346676741**

| 130A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .427 | .401 | | |

**CG2291**
**6375 N WICKHAM RD ST**
**E 102**
**MELBOURNE**
**FL329402013**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  23167                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0003572

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 131A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>2240 SW 22ND ST<br><br>MIAMI<br>FL331453509 | | | | | | |
| 132A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>5069 N DIXIE HWY<br><br>OAKLAND PARK<br>FL333344000 | | | | | | |
| 133A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>616 N UNIVERSITY DR<br><br>PEMBROKE PINES<br>FL330246731 | | | | | | |
| 134A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>4240 N STATE ROAD 7<br><br>CORAL SPRINGS<br>FL330733803 | | | | | | |
| 135A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 2965 SW 160TH AVE ST<br>E 160<br>MIRAMAR<br>FL330274212 | | | | | | |
| 136A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>3005 NORTHLAKE BLVD<br><br>PALM BEACH GARDENS<br>FL334031910 | | | | | | |
| 137A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>520 LINTON BLVD STE<br>103<br>DELRAY BEACH<br>FL334448144 | | | | | | |
| 138A    FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>8941 SW 107TH AVE<br><br>MIAMI<br>FL331761412 | | | | | | |
| 139A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427 | .401 | | |
| CG2291<br>333 S STATE ROAD 7 U<br>NIT B<br>HOLLYWOOD<br>FL330236761 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 140A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427     .401 | | | |
| CG2291<br>3300 PUBLIX CORPORAT<br>E PKWY<br>LAKELAND<br>FL338113311 | | | | | | |
| 141A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.427     .401 | | | |
| CG2291<br>457 AVALON PARK BLVD<br> S STE 300<br>ORLANDO<br>FL328286700 | | | | | | |
| 004B     FL-133<br>CG7003 | 6603000 | | | | $441 | |
| 001C     FL-001<br>COMMERCIAL GENERAL<br>LIABILITY<br>ENHANCEMENT<br>INCLUDING MEDICAL<br>PAYMENTS<br><br>CG7212 | 77429 | FLAT CHARGE | | | $1,000 | |

Total Advance Other and PR/CO        **$18,535**        **$16,034**

TOTAL ADVANCE PREMIUM        **$34,569**

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE OF INSUREDS

POLICY     Number: **ACP GLDO3029795104**          POLICY   Period:  From **06-05-23**   To **06-05-24**

Named Insured: **USA WIRELESS INC**

Insured Names

**001 USA WIRELESS INC**

**GL-DI (06-90)**

DIRECT BILL    LJPO  23167                              INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0003576

## COMMERCIAL GENERAL LIABILITY DECLARATIONS
## SCHEDULE OF ASSESSMENTS AND SURCHARGES

Policy Period:

Policy Number: **ACP GLDO 3029795104**          From **06/05/23**   To **06/05/24**

| STATE | SURCHARGE/ASSESSMENT DESCRIPTION | AMOUNT |
|-------|-----------------------------------|--------|
| FL | **FL STATE FIRE MARSHAL SURCHARGE** | $ 34.57 |
| FL | **FLORIDA INSURANCE GUARANTY ASSOCIATIONS 2022** | $ 241.98 |
| FL | **2022 B - FLORIDA INSURANCE GUARANTY ASSESSMENT** | $ 449.40 |

**TOTAL AMOUNT**                                              $    725.95

**GL-D1 (07-08)**

DIRECT BILL    LJPO  23167                   INSURED COPY              ACP  GLDO 3029795104       810775532      45      0003577

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 11**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS

Number: **ACP GLDO 3029795104**          Period:   From **06/05/23**  To **06/05/24**

Named Insured:  **USA WIRELESS INC**

| Form | Date | Title |
|------|------|-------|
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0220 | 0312 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CG2106 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG2144 | 0798 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG2147 | 1207 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2167 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CG2170 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2291 | 0413 | EXCLUSION - TELECOMMUNICATION EQUIPMENT OR SERVICE PROVIDERS ERRORS AND OMISSI( |
| CG7003 | 1212 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG7023 | 1096 | EXCL-ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON |
| CG7033 | 0393 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| CG7212 | 1216 | COMMERCIAL GENERAL LIABILITY COVERAGE ENHANCEMENT ENDORSEMENT INCLUDING MEDI( |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION |

IMPORTANT NOTICES

| | | |
|------|------|-------|
| IN5017 | 0593 | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |
| IN7890 | 1118 | CLAIMS REPORTING INFORMATION |
| IN7930 | 0522 | FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA) |

**GLDF (02-93)**

DIRECT BILL    LJPO  23167                              INSURED COPY              ACP  GLDO 3029795104        810775532        45        0003578

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III – Limits Of Insurance.**

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance;** and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  © Insurance Services Office, Inc., 2012  CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

---

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   © Insurance Services Office, Inc., 2012   CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

    f. The use of another's advertising idea in your "advertisement"; or

    g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        (a) When all of the work called for in your contract has been completed.

        (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 © Insurance Services Office, Inc., 2011 **CG 02 20 03 12**

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

CG 21 06 05 14                          © Insurance Services Office, Inc., 2013                          Page 1 of 1

CG 21 44 (07-98)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR
PROJECT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Premises:**
**ALL LOCATIONS SPECIFICALLY SCHEDULED ON THE POLICY**

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury," "property damage," "personal and advertising injury" and medical expenses arising out of:

1.   The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.   The project shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1997

CG 21 44 (07-98)

ACP GLDO3029795104       LJPO      23167              INSURED COPY                                      45    0003579

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

    © ISO Properties, Inc.,  2003      ▢

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 22 91 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – TELECOMMUNICATION EQUIPMENT OR SERVICE PROVIDERS ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** An error, omission, defect or deficiency in any evaluation, consultation or advice given by or on behalf of any insured concerning telecommunication equipment or services;

**b.** Any advice, consultation, evaluation, inspection, supervision, quality control or phone network set-up, including central office cabling, done by you or for you on a project on which you serve as a telecommunication equipment or service provider; or

**c.** The failure of any insured to adequately provide telecommunication services.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **a., b.** or **c.**

CG 22 91 04 13 © Insurance Services Office, Inc., 2012 **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 70 03 12 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The insurance provided under **Section I – Coverages – Coverage A – Bodily Injury and Property Damage Liability** is amended to include:

**A. Hired Auto Liability**

1. The insurance provided under the **Section I – Coverages – Coverage A – Bodily Injury and Property Damage Liability** coverage applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**B. Non-Owned Auto Liability**

1. The insurance provided under the **Section I – Coverage A – Bodily Injury and Property Damage Liability** coverage applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person in the course of your business.

**C. Hired Auto Liability and Non-Owned Auto Liability Changes**

For the insurance provided by this endorsement only:

1. The following **Section I – Coverage A – Bodily Injury and Property Damage Liability** exclusions do not apply:

   **b.** Contractual Liability

   **c.** Liquor Liability

   **e.** Employer's Liability

   **g.** Aircraft, Auto Or Watercraft

   **h.** Mobile Equipment

   **j.** Damage To Property

   **k.** Damage To Your Product

   **l.** Damage To Your Work

   **m.** Damage To Impaired Property Or Property Not Physically Injured; and

   **n.** Recall Of Products, Work Or Impaired Property.

2. **Section I – Coverage A – Bodily Injury and Property Damage Liability 2. Exclusions f. Pollution** Paragraph **(1)** is amended to include:

   **(f)** That are, or that are contained in any property that is:

   **(i)** Being transported or towed by, handled or handled for movement into, onto or from the "hired auto" or "non-owned auto";

   **(ii)** Otherwise in the course of transit by or on behalf of the "insured"; or

   **(iii)** Being stored, disposed of, treated or processed in or upon the "hired auto" or "non-owned auto";

   **(g)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the "hired auto" or "non-owned auto"; or

   **(h)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the "hired auto" or "non-owned auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

   Paragraph **(f.)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the "hired auto" or "non-owned auto" or its parts, if:

   **(i)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**CG 70 03 12 12**

**(ii)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **12.e.(1).** and **12.e.(2).** of the definition of "mobile equipment".

Paragraphs **(g)** and **(h)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a "hired auto" or "non-owned auto" if:

**(i)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a "hired auto" or "non-owned auto"; and

**(ii)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**3.** The following **Section I – Coverage A – Bodily Injury and Property Damage Liability** exclusions are added:

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**b.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother, or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" to domestic "employees" not entitled to workers' compensation benefits.

**c.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody, or control of the insured.

**4.** **Section II - Who is an insured** is replaced by the following:

**1.** Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You,

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto":

**1)** Any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

**2)** Any "employee" of yours, if the "employee" does not own the "non-owned auto", no member of the "employee's" household owns the "non-owned auto", and only while the "non-owned auto" is being used in your business.

**d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under Paragraph **a., b. or c.** above.

**2.** None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-

CG 70 03 12 12

"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

b. Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

c. Any person while employed in or otherwise engaged in duties in connection with an "auto business" you operate.

d. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

e. Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**D. Limits of Insurance**

For the purpose of this endorsement only, the **Section III Limits of Insurance** is replaced by the following:

**Limits of Insurance**

Regardless of the number of "hired autos", "non-owned autos", insureds, premiums paid, claims made or vehicles involved in the "occurrence", the most we will pay for all damages resulting from any one "occurrence" is the applicable Limit of Insurance shown in the "schedule" of this endorsement or in the Declarations.

**E.** For the purposes of this endorsement only, paragraph **4. Other Insurance** in **Section IV – Commercial General Liability Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**F. Additional Definitions**

For the purpose of this endorsement only, the definition of "insured contract" in **Section V – Definitions** is amended by the addition of the following:

9. "Insured contract" means:

g. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract does not include that part of any contract or agreement:

a. That pertains to loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

b. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of an "auto" over a route or territory that person or organization is authorized to serve by public authority.

For the purpose of this endorsement only, the following definitions are added to **Section V – Definitions**:

1. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", your partners or your "executive officers", or members of their households.

3. "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in the connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or personal affairs.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CG 70 23 (10–96)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

EXCLUSION – ASBESTOS, ELECTRO–MAGNETIC RADIATION, LEAD AND RADON

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy does not apply to any claims arising out of or alleged to have arisen out of any of the following:

1.   Asbestos or any asbestos–related injury or damage including, but not limited to, any injury or damage arising out of, or alleged to have arisen out of, any act, error, omission, [failure to warn or failure to disclose the presence of asbestos,] or other duty involving asbestos, its use, exposure, existence, detection, removal, elimination or avoidance.

2.   Electro–magnetic emissions or radiation–related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn or other duty involving any electro–magnetic emissions or radiation from use, exposure, existence, detection, removal, elimination or avoidance of electrical energy.

3.   Lead or any lead–related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving lead or lead products, their use, exposure, existence, detection, removal, elimination or avoidance.

4.   Radon or any other radioactive emissions, manmade or natural, or any related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving radon or any other radioactive emissions, their use, exposure, existence, detection, removal, elimination or avoidance.

"We" shall not have a duty to defend any insured against a claim or suit seeking damage to which this insurance does not apply.

CG 70 33 (03–93)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

ENDORSEMENT – TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following condition is added to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:

10.  Two or More Coverage Forms or Policies Issued by Us.

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence," the aggregate maximum limit of insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

CG 70 33 (03–93)

COMMERCIAL GENERAL LIABILITY
CG 72 12 12 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
# COMMERCIAL GENERAL LIABILITY COVERAGE ENHANCEMENT ENDORSEMENT INCLUDING MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended as follows:

1.  Paragraph **(2)(a)** of Exclusion **g. Aircraft, Auto Or Watercraft** is replaced with:

    **(a)** Less than 51 feet long; and

2.  The following is added to Exclusion **j. Damage To Property**:

    (a) Paragraphs **(3)** and **(4)** does not apply to "property damage" to borrowed equipment while not in use, while at the insured's premises or a job site; or

    (b) Paragraph **(4)** does not apply "property damage" to customers goods while on the insured's premises for the purpose of being worked on or used in a manufacturing process.

    **Limit of Insurance** - The most we will pay for damages for "property damage" coverage provided by this coverage in any one "occurrence" is $10,000.

    **Deductible** - Our obligation to pay for a covered loss applies only to the amount of loss in excess of $500. We will pay the deductible amount to effect settlement of any claim or "suit" and, upon notification of this action having been taken, you shall promptly reimburse us for the deductible as has been paid by us. This insurance is excess over any other valid and collectible insurance.

3.  The last paragraph of **2. Exclusions** is replaced with:

    If **Damage To Premises Rented To You** is not otherwise excluded, exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or sprinkler leakage to premises while rented to you or temporarily occupied by you rented to you or temporarily occupied by you

with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

**SECTION I – COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is amended as follows:

1.  Paragraph **1. b**. is replaced with:

    **b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

2.  Paragraph **1. d**. is replaced with:

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**SECTION II – WHO IS AN INSURED** is amended as follows:

1.  Paragraph **3. a**. is replaced with:

    **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

2.  The following is added:

    4.  **Additional Insured – Automatic Status When Required In An Agreement With You**

        **Who Is An Insured** includes person(s) or organization(s) described in Paragraphs **a. – i.** below with whom you have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy.

        **a. Co-Owners Of Insured Premises –** with respect to their liability as co-owner of the premises.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**CG 72 12 12 16**

However, their status as additional insured under this policy ends when you cease to co-own such premises with that person or organization.

b. **Controlling Interest** – with respect to their liability arising out of their financial control of you; or premises they own, maintain, or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

However, their status as additional insured under this policy ends when they cease to have such controlling interest.

c. **Grantor of Franchise or License** – with respect to their liability as grantor of a franchise or license to you.

However, their status as additional insured under this policy ends:

(1) when their contract or agreement with you granting the franchise or license ends or expires; or

(2) when your license is terminated or revoked prior to expiration of the license as stipulated by the contract or agreement.

d. **Lessors of Leased Equipment** – with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s). This insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

However, their status as additional insured under this policy ends when their lease, contract, or agreement with you for such leased equipment ends.

e. **Managers, or Lessors of Premises** – with respect to liability arising out of the ownership, maintenance, or use of that part of the premises leased to you.

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to be a tenant in that premises.

Structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization.

However, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

f. **Mortgagee, Assignee, or Receiver** – with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you.

This insurance does not apply to structural alterations, new constructions, and demolition operations performed by or for that person or organization.

However, their status as additional insured under this policy ends when their status as mortgagee, assignee, or receiver ends.

g. **Owners or Other Interest from Whom Land has been Leased** – with respect to their liability arising out of the ownership, maintenance, or use of that part of the land leased to you.

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to lease the land; or

(2) Structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization.

However, their status as additional insured under this policy ends when you cease to lease that land.

h. **State or Political Subdivisions – Permits Relating to Premises** – with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent, or control and to which this insurance applies:

(1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal

CG 72 12 12 16

holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**(2)** The construction, erection, or removal of elevators; or

**(3)** The ownership, maintenance or use of any elevators covered by this insurance.

This insurance does not apply to:

**(1)** "Bodily injury" or "property damage" or "personal or advertising injury" arising out of operations performed for the state or municipality; or

**(2)** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

However, such state or political subdivision's status as additional insured under this policy ends when the permit ends.

**i.** **Vendors** – but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

**(1)** The insurance afforded the vendor does not apply to:

**(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(b)** Any express warranty unauthorized by you;

**(c)** Any physical or chemical change in the product made intentionally by the vendor;

**(d)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the

manufacturer, and then repackaged in the original container;

**(e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(f)** Demonstration, installation, servicing, or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**(h)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(i)** The exceptions contained in Subparagraphs **d.** or **f.**; or

**(ii)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(2)** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

CG 72 12 12 16

With respect to the insurance afforded to such additional insureds **a. – d**. described above the following is added to the **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

However, this insurance afforded to such additional insureds **a. – i**. described above:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**SECTION III – LIMITS OF INSURANCE**

1. The following is added to Paragraph **2**:

   The General Aggregate Limit applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

2. Paragraph **6**. is replaced with:

   6. Subject to **5**. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke, or sprinkler leakage, while rented to or temporarily occupied by you with permission of the owner. The limit is increased to $1,000,000.

3. Paragraph **7**. is replaced with:

   7. Subject to **5**. above, the higher of:

      a. $10,000; or

      b. The amount shown in the Declarations for Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by one person.

This coverage does not apply if Coverage **C - Medical Payments** is excluded either by the provisions of any coverage forms attached to the policy or by endorsement.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Condition 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is amended to include:

   e. Knowledge of an "occurrence", offense, claim or "suit" by an agent or employee of any insured shall not in itself constitute knowledge of the insured unless you, a partner, if you are a partnership; or an executive officer or insurance manager, if you are a corporation receives such notice of an "occurrence", offense, claim or "suit" from the agent or employee.

2. Paragraph **b. Excess Insurance (1) (b) (ii)** of condition **4. Other Insurance** is replaced with:

   (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

3. **Condition 6. Representations** is amended to include:

   d. Your failure to disclose all hazards or prior "occurrences" or offenses existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" or offenses is not intentional. This provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

4. **Condition 8. Transfer Of Rights Of Recovery Against Others To Us** is amended to include:

   If required by a written contract executed prior to loss, we waive any right of subrogation we may have against the contracting person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

5. The following condition is added:

   **10. Liberalization**

   If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**CG 72 12 12 16**

**SECTION V – DEFINITIONS**

1.  Definition **3.** "Bodily Injury" is replaced with:

    **3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish, mental injury, shock, fright or death resulting from any of these at any time.

2.  The following definition is added:

    "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway, or right-of-way of a railroad.

**All terms and conditions apply unless modified by this endorsement.**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98                Copyright, Insurance Services Office, Inc., 1998                Page 1 of 1       □

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08                    © ISO Properties, Inc., 2007                    **Page 1 of 2**    ☐

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

   © ISO Properties, Inc., 2007   **IL 00 21 09 08**   ☐

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|
| Named Insured & Address | USA WIRELESS INC<br><br>8925 SW 148TH ST STE 110<br>PALMETTO BAY        FL   33176 |
| Policy Period: Covers From: 06/05/23    TO 06/05/24    12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: 06/05/23        12:01 A.M. Standard Time | |
| Agent Address | KEYES COVERAGE INC                          09-59624-002<br><br>5900 N HIATUS RD<br>TAMARAC FL                    33321 |

This policy is changed as follows:

```
                                            _____ PREMIUMS _____
                                            OTHER            PR/CO


**************************** HAZARD DELETED ****************************
ITEM                              PREMIUM -------- RATES --
 NO   DESCRIPTION                  BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 007  TELECOMMUNICATION EQ   18575 IF ANY        0.000    0.000
      UIPMENT PROVIDERS


**************************** HAZARD DELETED ****************************
ITEM                              PREMIUM -------- RATES --
 NO   DESCRIPTION                  BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 021  TELECOMMUNICATION EQ   18575 IF ANY        0.000    0.000
      UIPMENT PROVIDERS


**************************** HAZARD DELETED ****************************
ITEM                              PREMIUM -------- RATES --
 NO   DESCRIPTION                  BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 027  TELECOMMUNICATION EQ   18575 IF ANY        0.000    0.000
      UIPMENT PROVIDERS


********************* OTHER DESCRIPTIONS DELETED *********************
ITEM
 NO         DESCRIPTION
 027A    TO "DELETED EFFECTIVE 08/10/22"

              THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

GL AM EN (06-90)

DIRECT BILL    LAYA  23192                    INSURED COPY        ACP GLDO 3029795104    810775532    45    0002619

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|
| Named Insured & Address | USA WIRELESS INC<br><br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL   33176 |
| Policy Period: Covers From: **06/05/23**    TO **06/05/24**    12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **06/05/23**          12:01 A.M. Standard Time | |
| Agent Address | KEYES COVERAGE INC          09-59624-002<br><br>5900 N HIATUS RD<br>TAMARAC FL                 33321 |

This policy is changed as follows:

```
                                              _____ PREMIUMS _____
                                              OTHER              PR/CO


************************** HAZARD DELETED ****************************
ITEM                            PREMIUM -------- RATES --
 NO   DESCRIPTION               BASIS    OTHER    PR/CO
                                GROSS SALES     PER THOUSAND
 065  TELECOMMUNICATION EQ   18575 IF ANY       0.000    0.000
      UIPMENT PROVIDERS


************************** HAZARD DELETED ****************************
ITEM                            PREMIUM -------- RATES --
 NO   DESCRIPTION               BASIS    OTHER    PR/CO
                                GROSS SALES     PER THOUSAND
 103  TELECOMMUNICATION EQ   18575 IF ANY       0.000    0.000
      UIPMENT PROVIDERS


******************** OTHER DESCRIPTIONS DELETED ********************
ITEM
 NO      DESCRIPTION
 103A    TO ADDED EFFECTIVE     03/01/2022

************************** HAZARD ADDED   ****************************
ITEM                            PREMIUM -------- RATES --
 NO   DESCRIPTION               BASIS    OTHER    PR/CO
                                GROSS SALES     PER THOUSAND
 142  TELECOMMUNICATION EQ   18575 IF ANY       0.427    0.401
      UIPMENT PROVIDERS
         1234 S DIXIE HWY                   CORAL GABLES      FL 331462902
          THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LAYA  23192                    INSURED COPY          ACP GLDO 3029795104      810775532    45    0002620

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|

| Named Insured & Address | USA WIRELESS INC |
|---|---|
| | 8925 SW 148TH ST STE 110 |
| | PALMETTO BAY          FL  33176 |

| Policy Period: Covers From: **06/05/23**   TO **06/05/24**   12:01 A.M. Standard Time |
|---|
| Effective Date of This Endorsement: **06/05/23**   12:01 A.M. Standard Time |

| Agent Address | KEYES COVERAGE INC | 09-59624-002 |
|---|---|---|
| | 5900 N HIATUS RD | |
| | TAMARAC FL          33321 | |

This policy is changed as follows:

```
                                                    _____ PREMIUMS _____
                                                    OTHER              PR/CO


**************************** HAZARD ADDED   ****************************
ITEM                          PREMIUM -------- RATES --
 NO  DESCRIPTION                BASIS    OTHER    PR/CO
                              GROSS SALES     PER THOUSAND
 143 TELECOMMUNICATION EQ   18575 IF ANY       0.427    0.401
     UIPMENT PROVIDERS

         620 E OAKLAND PARK BLVD STE 200        OAKLAND PARK        FL 333342881

********************************* TOTAL *********************************
                                          NO CHARGE

          THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LAYA  23192                        INSURED COPY          ACP  GLDO 3029795104     810775532    45    0002621

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|
| Named Insured & Address | USA WIRELESS INC<br><br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL  33176 |
| Policy Period: Covers From: **06/05/23**   TO **06/05/24**   12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **06/05/23**    12:01 A.M. Standard Time | |
| Agent Address | KEYES COVERAGE INC                    09-59624-002<br><br>5900 N HIATUS RD<br>TAMARAC FL               33321 |

This policy is changed as follows:

```
                                                 _____ PREMIUMS _____
                                                OTHER           PR/CO
```

```
************************** HAZARD ADDED   **************************
ITEM                               PREMIUM -------- RATES --
 NO  DESCRIPTION                    BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 144 TELECOMMUNICATION EQ   18575 IF ANY       0.427    0.401
     UIPMENT PROVIDERS

        4749 W ATLANTIC AVE               DELRAY BEACH       FL 334453838

******************** OTHER DESCRIPTIONS ADDED   ********************
ITEM
 NO          DESCRIPTION
 144A        ADDED EFFECTIVE      09/01/2023

************************** HAZARD ADDED   **************************
ITEM                               PREMIUM -------- RATES --
 NO  DESCRIPTION                    BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 145 TELECOMMUNICATION EQ   18575 IF ANY       0.427    0.401
     UIPMENT PROVIDERS

        14661 BISCAYNE BLVD               NORTH MIAMI BEACH    FL 331811211

******************** OTHER DESCRIPTIONS ADDED   ********************
ITEM
 NO          DESCRIPTION
 145A        ADDED EFFECTIVE      09/01/2023

              THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LHE8  23249                    INSURED COPY         ACP GLDO 3029795104    810775532    45    0003064

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|

| Named Insured & Address | USA WIRELESS INC |
|---|---|
| | 8925 SW 148TH ST STE 110 |
| | PALMETTO BAY          FL   33176 |

| Policy Period: Covers From: **06/05/23**   TO **06/05/24**   12:01 A.M. Standard Time |
|---|
| Effective Date of This Endorsement: **06/05/23**          12:01 A.M. Standard Time |

| Agent Address | KEYES COVERAGE INC | 09-59624-002 |
|---|---|---|
| | 5900 N HIATUS RD | |
| | TAMARAC FL          33321 | |

This policy is changed as follows:

```
                                                    _____ PREMIUMS _____
                                                    OTHER            PR/CO
```

```
**************************** HAZARD ADDED   ****************************
ITEM                              PREMIUM -------- RATES --
 NO  DESCRIPTION                   BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 146 TELECOMMUNICATION EQ   18575 IF ANY        0.427     0.401
     UIPMENT PROVIDERS

        5650 S FLAMINGO RD                    COOPER CITY          FL 333303236

********************* OTHER DESCRIPTIONS ADDED   *********************
ITEM
 NO        DESCRIPTION
146A        ADDED EFFECTIVE      09/01/2023

**************************** HAZARD ADDED   ****************************
ITEM                              PREMIUM -------- RATES --
 NO  DESCRIPTION                   BASIS    OTHER    PR/CO
                                  GROSS SALES      PER THOUSAND
 147 TELECOMMUNICATION EQ   18575 IF ANY        0.427     0.401
     UIPMENT PROVIDERS

        2610 W BROWARD BLVD                   FORT LAUDERDALE      FL 333121311

********************* OTHER DESCRIPTIONS ADDED   *********************
ITEM
 NO        DESCRIPTION
147A        ADDED EFFECTIVE      09/01/2023

            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LHE8  23249                    INSURED COPY          ACP GLDO 3029795104        810775532    45    0003065

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 | |
|---|---|---|
| Named Insured & Address | USA WIRELESS INC<br><br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL  33176 | |
| Policy Period: Covers From: 06/05/23    TO 06/05/24    12:01 A.M. Standard Time | | |
| Effective Date of This Endorsement: 06/05/23      12:01 A.M. Standard Time | | |
| Agent Address | KEYES COVERAGE INC<br><br>5900 N HIATUS RD<br>TAMARAC FL          33321 | 09-59624-002 |

This policy is changed as follows:

```
                                                       _____ PREMIUMS _____
                                                       OTHER              PR/CO


************************** HAZARD ADDED   **************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER    PR/CO
                             GROSS SALES     PER THOUSAND
 148 TELECOMMUNICATION EQ  18575 IF ANY      0.427    0.401
     UIPMENT PROVIDERS

     888 N MIAMI BEACH BLVD              NORTH MIAMI BEACH   FL 331623701

********************* OTHER DESCRIPTIONS ADDED   *********************
ITEM
 NO       DESCRIPTION
148A      ADDED EFFECTIVE      09/01/2023

************************** HAZARD ADDED   **************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER    PR/CO
                             GROSS SALES     PER THOUSAND
 149 TELECOMMUNICATION EQ  18575 IF ANY      0.427    0.401
     UIPMENT PROVIDERS

     2850 RED RD                         MIRAMAR          FL 330251969

********************* OTHER DESCRIPTIONS ADDED   *********************
ITEM
 NO       DESCRIPTION
149A      ADDED EFFECTIVE      09/01/2023

            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL   LHE8  23249                    INSURED COPY          ACP GLDO 3029795104      810775532    45    0003066

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 | |
|---|---|---|
| Named Insured & Address | **USA WIRELESS INC**<br><br>**8925 SW 148TH ST STE 110**<br>**PALMETTO BAY**          **FL  33176** | |
| Policy Period: Covers From: **06/05/23**    TO **06/05/24** | 12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **06/05/23** | 12:01 A.M. Standard Time | |
| Agent Address | **KEYES COVERAGE INC**<br><br>**5900 N HIATUS RD**<br>**TAMARAC FL**          33321 | 09-59624-002 |

This policy is changed as follows:

```
                                                 _____ PREMIUMS _____
                                                 OTHER           PR/CO


************************** HAZARD ADDED  ***************************
ITEM                            PREMIUM -------- RATES --
 NO  DESCRIPTION                 BASIS    OTHER    PR/CO
                                GROSS SALES      PER THOUSAND
 150 TELECOMMUNICATION EQ  18575 IF ANY       0.427    0.401
     UIPMENT PROVIDERS

        3011 W 16TH AVE                    HIALEAH         FL 330124607

******************* OTHER DESCRIPTIONS ADDED   ********************
ITEM
 NO         DESCRIPTION
 150A       ADDED EFFECTIVE    09/01/2023

******************************* TOTAL *****************************
                                               NO CHARGE
            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LHE8  23249                    INSURED COPY            ACP  GLDO 3029795104        810775532    45    0003067

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 | |
|---|---|---|
| Named Insured & Address | **USA WIRELESS INC**<br><br>**8925 SW 148TH ST STE 110**<br>**PALMETTO BAY**     **FL   33176** | |
| Policy Period: Covers From: **06/05/23**   TO **06/05/24** | 12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **06/05/23** | 12:01 A.M. Standard Time | |
| Agent Address | **KEYES COVERAGE INC**<br><br>**5900 N HIATUS RD**<br>**TAMARAC FL**          **33321** | **09-59624-002** |

This policy is changed as follows:

```
                                              _____ PREMIUMS _____
                                              OTHER           PR/CO
```

```
**************************** HAZARD DELETED ****************************
ITEM                           PREMIUM ------- RATES --
  NO  DESCRIPTION               BASIS    OTHER    PR/CO
                               GROSS SALES      PER THOUSAND
 009 TELECOMMUNICATION EQ   18575 IF ANY      0.000    0.000
     UIPMENT PROVIDERS


********************************* TOTAL *********************************
                                         NO CHARGE

          THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|

| Named Insured & Address | USA WIRELESS INC |
|---|---|
| | 8925 SW 148TH ST STE 110 PALMETTO BAY    FL  33176 |

| Policy Period: Covers From: **06/05/23**  TO **06/05/24**  12:01 A.M. Standard Time |
|---|

| Effective Date of This Endorsement: **06/05/23**    12:01 A.M. Standard Time |
|---|

| Agent Address | KEYES COVERAGE INC | 09-59624-002 |
|---|---|---|
| | 5900 N HIATUS RD TAMARAC FL    33321 | |

This policy is changed as follows:

                                                        _____ PREMIUMS _____
                                                        OTHER              PR/CO

```
**************************** HAZARD ADDED   ***************************
ITEM                             PREMIUM ------- RATES --
 NO  DESCRIPTION                  BASIS    OTHER    PR/CO
                                 GROSS SALES     PER THOUSAND
 151 TELECOMMUNICATION EQ   18575 IF ANY      0.427    0.401
     UIPMENT PROVIDERS

     20915 OLD CUTLER RD UNIT D103         MIAMI            FL 331892469

********************************* TOTAL *********************************
                                        NO CHARGE

       THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LA8V  23262                    INSURED COPY        ACP  GLDO 3029795104    810775532    45    0001898

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 | |
|---|---|---|
| Named Insured & Address | **USA WIRELESS INC**<br><br>**8925 SW 148TH ST STE 110**<br>**PALMETTO BAY**　　　**FL　33176** | |
| Policy Period: Covers From: **06/05/23**　　TO **06/05/24**　　12:01 A.M. Standard Time | | |
| Effective Date of This Endorsement: **06/05/23**　　　12:01 A.M. Standard Time | | |
| Agent Address | **KEYES COVERAGE INC**<br><br>**5900 N HIATUS RD**<br>**TAMARAC FL**　　　**33321** | **09-59624-002** |

This policy is changed as follows:

```
                                              _____ PREMIUMS _____
                                              OTHER            PR/CO

*************************** HAZARD ADDED   ***************************
ITEM                              PREMIUM -------- RATES --
 NO  DESCRIPTION                   BASIS    OTHER    PR/CO
                                  GROSS SALES       PER THOUSAND
 152 TELECOMMUNICATION EQ   18575 IF ANY       0.427     0.401
     UIPMENT PROVIDERS

         7028 W PALMETTO PARK RD STE 104       BOCA RATON        FL 334333436

******************** OTHER DESCRIPTIONS ADDED   ********************
ITEM
 NO        DESCRIPTION
 152A      ADDED EFFECTIVE      09/19/2023

******************************* TOTAL *******************************
                                          NO CHARGE
           THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| **Policy Number** | ACP GLDO 3029795104 |
| Named Insured & Address | **USA WIRELESS INC**<br><br>**8925 SW 148TH ST STE 110**<br>**PALMETTO BAY**      **FL   33176** |
| Policy Period: Covers From: **06/05/23**   TO **06/05/24**   12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **06/05/23**      12:01 A.M. Standard Time | |
| Agent Address | **KEYES COVERAGE INC**                    09-59624-002<br><br>**5900 N HIATUS RD**<br>**TAMARAC FL**           33321 |

This policy is changed as follows:

```
                                                    _____ PREMIUMS _____
                                                    OTHER              PR/CO


*************************** HAZARD ADDED   ***************************
ITEM                            PREMIUM -------- RATES --
 NO  DESCRIPTION                  BASIS    OTHER    PR/CO
                                GROSS SALES      PER THOUSAND
 153 TELECOMMUNICATION EQ   18575 IF ANY      0.427    0.401
     UIPMENT PROVIDERS

        5417 US HIGHWAY 19 STE 101          NEW PORT RICHEY    FL 346523908

******************** OTHER DESCRIPTIONS ADDED   ********************
ITEM
 NO       DESCRIPTION
 153A   TO ADDED EFFECTIVE    01/31/2024

****************************** TOTAL ******************************
                                        NO CHARGE
         THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL   LKT4  24032                    INSURED COPY          ACP  GLDO 3029795104      810775532    45    0000326

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3029795104 |
|---|---|
| Named Insured & Address | USA WIRELESS INC - DBA<br>AT&T AUTHORIZED RETAILER<br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL   33176 |
| Policy Period: Covers From: **06/05/23**   TO **06/05/24**   12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **04/19/24**   12:01 A.M. Standard Time | |
| Agent Address | KEYES COVERAGE INC          09-59624-002<br><br>5900 N HIATUS RD<br>TAMARAC FL          33321 |

This policy is changed as follows:

```
                                          _____ PREMIUMS _____
                                          OTHER              PR/CO
```

```
************************** INSURED NAME CHANGED **************************
FROM: #USA WIRELESS INC
  TO: #USA WIRELESS INC - DBA

************************** INSURED NAME ADDED   **************************
      #AT&T AUTHORIZED RETAILER

******************************* TOTAL *******************************
                                        NO CHARGE
            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LFR3  24114                    INSURED COPY          ACP  GLDO 3029795104      810775532      45      0001300

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

**AUDIT**

## COMMERCIAL GENERAL LIABILITY AUDIT REPORT

| | |
|---|---|
| Policy Number: | **ACP GLDO 3029795104** |

| | |
|---|---|
| Named Insured: | **USA WIRELESS INC - DBA**<br>**AT&T AUTHORIZED RETAILER** |
| Address: | **8925 SW 148TH ST STE 110**<br>**PALMETTO BAY        FL  33176-8000** |

| | | |
|---|---|---|
| Agent: | **KEYES COVERAGE INC** | **09-59624-002** |
| Address: | **TAMARAC FL        33321** | |

Policy Period:   From **06/05/23**   to **06/05/24**

Audit Period:   From **06/05/23**   to **06/05/24**

| Premium Summary | | | |
|---|---|---|---|
| | Other | | PR/CO |
| FINAL POLICY PREMIUM | $ **21,825.00** | $ | **19,121.00** |
| ORIGINAL EST PREMIUM | $ **18,535.00** | $ | **16,034.00** |
| ADDITIONAL PREMIUM | $ **3,290.00** | $ | **3,087.00** |
| RETURN PREMIUM | | | |
| | | | |
| ADDITIONAL FLORIDA SURCHARGE | | $ | **133.92** |
| | | | |
| TOTAL ADDITIONAL PREMIUM | | $ | **6,510.92** |

**THIS AUDIT EARNED PREMIUM HAS BEEN REPORTED TO THE DIRECT BILL SYSTEM FOR YOUR ACCOUNT.**
**IF YOU HAVE PAID AN EXCESS PREMIUM WE WILL REFUND THE BALANCE OR CREDIT YOUR ACCOUNT. IF**
**THE PREMIUM YOU HAVE PAID IS INSUFFICIENT WE WILL BILL YOU FOR THE REMAINING BALANCE DUE.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   AUDIT DESCRIPTION   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
YOUR POLICY HAS BEEN UPDATED WITH THE RESULTS FROM YOUR MOST
RECENT PREMIUM AUDIT. FOR BILLING QUESTIONS: 888.508.8622.
PLEASE REFER AUDIT QUESTIONS TO:        MIKE SIGWALT
        380-251-6411 | SIGWALM@NATIONWIDE.COM

**GL-DA (06-90)**

DIRECT BILL    LJPO  24198                    INSURED COPY            ACP  GLDO 3029795104        810775532      45      0000003

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES 47,700,024 | PER THOUSAND .427 | .401 | $20,384 | $19,121 |
| 002A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 003A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 004A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 005A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 006A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 008A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 010A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 011A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 012A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 013A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 014A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 015A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 016A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 017A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 018A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 019A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 020A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL   LJPO  24198                          INSURED COPY               ACP  GLDO 3029795104        810775532     45      0000005

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 022A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 023A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 025A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 026A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 028A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 029A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 030A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 031A     FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 032A     FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                    INSURED COPY              ACP  GLDO 3029795104        810775532      45      0000006

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 033A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 034A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 035A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 036A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 037A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 038A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 040A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 041A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 042A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 043A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 044A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 045A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 046A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 047A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 048A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 049A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 050A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 051A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0000008

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 052A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 053A   FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 054A   FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 055A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 056A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 057A   FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 058A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 059A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 060A   FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 061A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 062A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 063A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 064A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 066A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 067A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 068A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 069A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 070A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0000010

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 071A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 072A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 073A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 074A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 075A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 076A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 077A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 078A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 079A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0000011

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 080A    FL-004<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 081A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 082A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 083A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 084A    FL-004<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 085A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 086A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 087A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 088A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                          INSURED COPY                          ACP  GLDO 3029795104        810775532      45      0000012

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 089A     FL-006<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 090A     FL-006<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 091A     FL-002<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 092A     FL-004<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 093A     FL-006<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 094A     FL-002<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 095A     FL-002<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 096A     FL-002<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 098A     FL-006<br>TELECOMMUNICATION EQ UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 099A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 101A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 102A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 104A      FL-005 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 105A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 106A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 107A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 108A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 109A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 111A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 112A      FL-005 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 113A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 114A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 115A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 116A      FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 117A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 118A      FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 119A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 120A      FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 121A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 122A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 123A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 124A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 126A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 127A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 128A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 129A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                                      INSURED COPY                          ACP  GLDO 3029795104        810775532     45     0000016

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 130A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 131A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 132A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 133A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 134A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 135A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 136A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 137A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |
| 138A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND .427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL   LJPO  24198                    INSURED COPY            ACP  GLDO 3029795104        810775532     45     0000017

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 139A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 140A    FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 141A    FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 142A    FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 143A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 144A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 145A    FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 146A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 147A    FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LJPO  24198                                    INSURED COPY                    ACP  GLDO 3029795104        810775532      45      0000018

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3029795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 148A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 149A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 150A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 151A    FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 152A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 153A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/23 TO 06/05/24 | 18575 | GROSS SALES | PER THOUSAND<br>.427 | .401 | | |
| 004B    FL-133<br>CG7003<br>06/05/23 TO 06/05/24 | 6603000 | | | | $441 | |
| 001C    FL-001<br>COMMERCIAL GENERAL LIABILITY ENHANCEMENT INCLUDING MEDICAL PAYMENTS<br>06/05/23 TO 06/05/24 | 77429 | FLAT CHARGE | | | $1,000 | |

Total Advance Other and PR/CO        **$21,825**        **$19,121**

TOTAL ADVANCE PREMIUM        **$40,946**

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**



## Nationwide

# Certification

I, Javier Rivas, as a duly authorized representative of DEPOSITORS INSURANCE COMPANY entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of  ACP GLDO3039795104  in effect on 06/05/2024  to 06/05/2025 was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.


*Javier Rivas*
_____

Javier Rivas
Supervisor, Claims Operations - Commerical Lines

12/23/2025
Date

**COMM'L GENERAL LIABILITY (DEPOSITORS)**

TABPAGE (07-02)00

LA7N     N          INSURED COPY               ACP     30-3-9795104          45   0000720

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

Named Insured:  **USA WIRELESS INC - DBA**
                **AT&T AUTHORIZED RETAILER**
     Address:  **8925 SW 148TH ST STE 110**
               **PALMETTO BAY            FL  33176-8000**

★★★★★★★★         **IMPORTANT INSURANCE INFORMATION**         ★★★★★★★★★

**IMPORTANT NOTICE FOR RENEWAL POLICIES**

In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy.  We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.  Please refer to your prior policies for printed copies of these forms.  If you desire copies, they are available upon request from your agent.

**IN 5017 (05-93)**

DIRECT BILL     LLUI   24170                           INSURED COPY          ACP  GLDO 3039795104       810775532      45      0000721

**IN 74 29 12 15**

★ ★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA CUSTOMER SERVICE NOTIFICATION

We want to make it as easy as possible for you to be able to contact us when you have a claim or a question regarding your insurance. Our aim is to provide you the service you need.

If you have a loss and need to report a claim – just call our 24-hour toll free **Claims Number** 1-800-421-3535 from anywhere in the country.

When you talk to someone about your policy(s) or any other insurance concern, please contact your agent. His or her name and telephone number can be found on the Policy Declaration or a Billing Notice.

You may also write or call our Customer Service Department:

Nationwide Insurance Company
Attn: Customer Relations Department
One West Nationwide Bl
Columbus Oh 43215-2220
877-669-6877 (toll free)
Web: www.nationwide.com

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent or the company, have your policy number available.

Please keep this information with your insurance policy for handy reference.

ACP  GLDO 3039795104        DIRECT BILL LLUI2417        INSURED COPY            0810775532            45   0000722

IN 78 09 11 15

★ ★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# DATA BREACH & IDENTITY RECOVERY SERVICES

### Data Breach Services Information:

Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRiskHub®.  The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:
- Incident Response Plan Roadmap – suggested steps your business can take following data breach incident.  Having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation.
- Online Training Modules – ready-to-use training for your business on privacy best practices and Red Flag Rules.
- Risk Management Tools- assist your business in managing data breach exposures including self-assessments and state breach notification laws.
- eRisk Resources – a directory to quickly find external resources on pre and post-breach disciplines.
- News Center – cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links.
- Learning Center – best practices and white papers written by leading authorities.

To access the eRiskHub®portal:
- Enter https://www.eriskhub.com/nationwide in your browser.
- Complete the information, including your name and company. Your User ID and Password are case-sensitive.
- Enter your assigned access code: **12116-73**.
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup.
- You can now login to the portal.

You also have access to a help-line to answer breach related questions.  Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line.  Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information.  The breach preparedness help-line is 877-800-5028.

IN 78 09 11 15                                                                                           Page 1 of 2

ACP  GLDO 3039795104        DIRECT BILL LLUI2417        INSURED COPY        0810775532        45  0000723

IN 78 09 11 15

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

### Identity Recovery Services Information:

Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own.  The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members.  The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including:

- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

ACP GLDO30 3 9795104      LLUI     24170              INSURED COPY           IN7809111501    0000              45   0000724

**IN 78 90 11 18**

★★★★★★★   IMPORTANT INSURANCE INFORMATION   ★★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# CLAIMS REPORTING INFORMATION

Thank you for being a Nationwide® member.  Your business is important to us.

Effective November 1, 2018:  For any **General Liability, Professional Liability, and Abuse or Molestation** claim, please report your claim to the Specialty Care Services (SCS) Casualty Claims Team's telephone number below:

**1-877-680-0057**

We request that you report your General Liability, Professional Liability, and Abuse or Molestation claims to the above number so your claims are reported directly to the SCS casualty claims team that handles specialized claims.  Immediate claims reporting is important, especially with these types of complex claims.  All members of this Nationwide claims team have law degrees with most having prior experience in the medical, senior living, non-profit and human services fields.  They can "speak your language" and know how to manage your claims in the toughest jurisdictions across the United States.  This is a dedicated team of claims professionals who understand the industry trends arising in the market place and are prepared to provide you with quality claims service.

With this change in claims reporting, you will receive the same responsive claims service that you expect from all of our Nationwide claims adjusters.

This change only affects General Liability, Professional Liability, and Abuse or Molestation claims.  **All other types of claims should continue to be reported via normal reporting methods by phone 1-800-421-3535, fax 1-800-554-2899 or email at enewloss@nationwide.com**.

Please direct any questions to your agent.  We appreciate your business and look forward to serving your insurance needs in the future.

---

**IN 78 90 11 18**                                                                 **Page 1 of 1**

ACP  GLDO 3039795104        DIRECT BILL LLUI2417        INSURED COPY            0810775532              45   0000725

**IN 79 30 05 22**

★ ★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA)

The FIGA Board of Directors may certify the need for an assessment on its member insurers to secure funds for the payment of covered claims related to new insolvencies in FIGA's Other Account.  When such an assessment is certified, member insurers collect an equivalent surcharge on new and renewal policies. If a surcharge applies to your policy it is shown in the Declarations.

**IN 79 30 05 22**                                                                                                   **Page 1 of 1**

ACP  GLDO 3039795104          DIRECT BILL LLUI2417          INSURED COPY          0810775532          45  0000726

IN 79 31 10 22

★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# NOTICE TO POLICY HOLDERS

# PFC/PFAS EXCLUSION DISCLOSURE

A PFC/PFAS Exclusion is included in this policy, which may not have been in your previous policy whether such policy was with us or another insurance company.  This endorsement clarifies that there is no coverage contemplated for Perfluoralkyl or Polyfluoralkyl related substances within your policy.

We acknowledge that the terms, conditions and coverages in this policy have been negotiated in good faith with you.  You have agreed to accept such terms, conditions and coverages.  Your payment of the policy premium will constitute your acceptance of our policy including the PFC/PFAS Exclusion.  Please read this exclusion carefully so that you will be familiar with its provisions.

IN 79 31 10 22    Page 1 of 1

ACP  GLDO 3039795104    DIRECT BILL LLUI2417    INSURED COPY    0810775532    45  0000727

BR 9955 (06 15)

**PREMIUM AUDIT NOTICE**
PLEASE READ THIS NOTICE CAREFULLY!

The following information is intended to explain the premium base on policies written "Subject to Audit."

This policy was issued with an estimated premium which requires an adjustment after the policy expires. Premium bases for this type of policy vary according to such factors as payroll, sales receipts, cost of work, gallons, etc. incurred during the term of the policy. After the policy expires and the actual amount of these variables can be determined, the estimated premium is adjusted to develop the final premium. If the final premium is less than the estimated premium, the difference will be refunded. If it is more, you will receive a bill for the additional premium.

An accurate Premium Audit is a benefit to you and your business. We recommend the person(s) in charge of keeping your financial records be aware of insurance auditor needs. Records that are accurate and properly maintained allow us to complete the audit and to apply, when applicable, certain premium saving rules and/or ensure that you are paying the correct amount for your coverage needs.

**WHO WILL CONDUCT THE AUDIT?**
When the policy expires a final audit will be requested. This will be done by one of the following methods:
      1) Mailing a premium audit form and/or notification to you; and
      2) A premium auditor representing our company will call you for a telephone audit of your records; or
      3) A premium auditor representing our company will visit you for a physical audit of your records.

This audit of your records will pertain to the variable factors that apply to your policy. You are assured of complete confidentiality by the auditor and the insurance company personnel.

**WHAT RECORDS WILL BE NEEDED?**
The basis of premium for a Workers Compensation or General Liability policy may be total remuneration, including wages and other considerations given to an employee for services rendered.

The Premium Auditor will examine and audit all of your records that relate to your policy. The required records will vary depending upon the type of coverage you have. In most cases, the auditor will be able to obtain the necessary audit data from two or more of the following records:

Payroll Journals with monthly/quarterly totals
Quarterly Tax Reports
General Ledgers
Individual Earning Cards with monthly/quarterly totals
Certificates of Insurance for sub-contractors
Vehicle descriptions (include purchase date and date sold)

In the course of the audit, the Auditor may ask some questions about your records and personally observe the various aspects of your business operations. This will assist the Auditor in properly classifying your operations and employees. If a new operation is revealed or an existing operation was unknown to us, additional classifications and exposure bases will be added to your policy and audit. This will affect the premium charged for your insurance coverage.

**HOW SHOULD YOUR RECORDS BE KEPT?**
**Payroll:** Many of the premiums for your insurance are based on payroll which is defined as total remuneration. Remuneration includes:

| | |
|---|---|
| Wages | Vacation Pay |
| Commissions | Sick Pay |
| Bonuses | Payment for Piece Work |
| Overtime Pay | Other Dollar Substitutes |
| Holiday Pay | |

BR 9955 (06 15)                                                      **Page 1 of 2**

**BR 9955 (06 15)**

**Overtime:** The amount paid in excess of straight time can be deducted if the excess can be verified by your records. Your records must show overtime separately by employee and totaled monthly and quarterly. THIS IS NOT APPLICABLE IN PA (WC) or DE (WC).

**Division of Payroll:** Division of an individual employee's payroll to more than one classification is not allowed. Exception: For construction or erection operations, the payroll of an employee may be allocated to each type of work performed if proper records are kept. Payroll **cannot** be divided between construction and office or sales classifications.

**Gross Sales:** Another premium base for insurance is gross sales. Sales information must be kept separately for each location with monthly and quarterly totals by the type of product sold.

***IMPORTANT***

**Subcontractors:** Most state Workers Compensation laws will hold you responsible for injuries sustained by an employee of an uninsured subcontractor. You may also be responsible for the legal liability of your subcontractors. To protect yourself, be sure to secure a CERTIFICATE OF INSURANCE for
- General Liability coverage from all subcontractors.
- Workers Compensation coverage from all subcontractors that are not exempt from your state's Workers Compensation laws.

If **no** evidence of insurance is available, the subcontractor's payroll may be added to your premium base. Depending on state law, if a person is claimed to be a subcontractor, but they do not have their own employees and their duties closely resemble those of an employee of yours, that person may be considered an employee for audit purposes. Adequate insurance means the subcontractor carries liability insurance with coverage comparable to yours (e.g., premises-operations and products-completed operations) limits of liability which are no less than $1,000,000 each occurrence/$2,000,000 general aggregate/$2,000,000 products-completed operations aggregate for the period of time work was performed for you. Any limit less than the above will be considered inadequate and a payroll charge will be included on your audit.

NOTE: If you do not provide the information required to complete the Premium Audit, we will use estimated information that will result in additional premium owed us.

**We recommend you bring any questions concerning your insurance to the attention of your Agent.**

ACP GLDO3039795104      LLUI      24170            **INSURED COPY**                                          45    0000729

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624
**RENEWAL**

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

Policy Number: **ACP  GLDO 3039795104**

| | |
|---|---|
| Named Insured: | **USA WIRELESS INC - DBA** |
| | **AT&T AUTHORIZED RETAILER** |
| Address: | **8925 SW 148TH ST STE 110** |
| | **PALMETTO BAY          FL  33176-8000** |

Agent: **KEYES COVERAGE INC**                                        **09-59624-002**
Address: **TAMARAC FL**              **33321**    PRODUCER: **CAREY ALAN KEYES**

Policy Period:    From **06/05/24**  to **06/05/25**   12:01 A.M. standard time at the address of the named insured as stated herein.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT (other than products-completed operations) | $ | 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ | 1,000,000 |
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT (any one premises) | $ | 100,000 |
| MEDICAL EXPENSE LIMIT (any one person) | $ | 5,000 |

Retroactive Date (CG0002 only)

The Named Insured is:  **CORPORATION**
Business of the Named Insured is:  **AT&T RETAILER**
Audit Period:  **ANNUAL**

ENDORSEMENTS ATTACHED TO THIS POLICY

**SEE COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS SCHEDULE**

| | | |
|---|---|---|
| ADVANCE PREMIUM | $ | 54,141.00 |
| SURCHARGES/ASSESSMENTS | $ | 595.55 |
| TOTAL ADVANCE PREMIUM | $ | 54,736.55 |

Replacement or
Renewal Number    **ACP  GLDO 3029795104**
**A PACKAGE MODIFICATION FACTOR HAS BEEN APPLIED**

Countersigned By _____
                                      Authorized Representative

**GL-D (10-98)**

DIRECT BILL    LLUI   24170                              INSURED COPY              ACP  GLDO 3039795104      810775532    45    0000730

**DEPOSITORS INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY

PRESIDENT

**SP 00 04 10 17**

**Page 1 of 1**

ACP  GLDO 3039795104                                INSURED COPY               810775532                        45   0000731

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES 40,000,000 | PER THOUSAND .680 | .637 | $27,202 | $25,498 |
| CG2291 8925 SW 148TH ST STE  212 PALMETTO BAY FL331768084 | | | | | | |
| 002A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 1317 SW 107TH AVE MIAMI FL331742515 | | | | | | |
| 003A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 11441 SW 40TH ST MIAMI FL331653311 | | | | | | |
| 004A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 4280 SW 152ND AVE MIAMI FL331855253 | | | | | | |
| "CHANGED ADDRESS EFF ECTIVE 10/31/22" | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 005A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 2720 S DIXIE HWY # F -1 MIAMI FL331333786 | | | | | | |
| 006A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 3201 GRAND AVE MIAMI FL331335010 | | | | | | |
| 007A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 11769 S DIXIE HWY MIAMI FL331564438 | | | | | | |
| 008A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 9858 CLINT MOORE RD STE C-116 BOCA RATON FL334961034 | | | | | | |
| 009A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                    INSURED COPY                    ACP  GLDO 3039795104      810775532    45    0000733

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**12030 SW 127TH AVE**

**MIAMI**
**FL331866454**

| | | | | | | |
|---|---|---|---|---|---|---|
| 010A   FL-001   18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**1448 W 49TH ST**

**HIALEAH**
**FL330123219**

| | | | | | | |
|---|---|---|---|---|---|---|
| 011A   FL-002   18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**1956 NE 5TH AVE STE**
**4**
**BOCA RATON**
**FL334317772**

| | | | | | | |
|---|---|---|---|---|---|---|
| 012A   FL-002   18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**1730 S CONGRESS AVE**

**PALM SPRINGS**
**FL334612140**

| | | | | | | |
|---|---|---|---|---|---|---|
| 013A   FL-002   18575<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**13860 WELLINGTON TRC**
**E STE 12**
**WELLINGTON**
**FL334148500**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 017A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 7177 SW 117TH AVE  MIAMI FL331832807 | | | | | | |
| 018A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 900 S MIAMI AVE STE 152 MIAMI FL331303051 | | | | | | |
| 019A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 455 NE 5TH AVE STE C  DELRAY BEACH FL334835658 | | | | | | |
| 020A    FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 1095 SE PORT ST LUCI E BLVD # E2 PORT ST LUCIE FL349525303 | | | | | | |
| 021A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                                  INSURED COPY                      ACP  GLDO 3039795104       810775532     45     0000735

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **3980 W HILLSBORO BLV D** <br> **DEERFIELD BEACH** <br> **FL334429415** | | | | | | |
| **022A    FL-002** <br> **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** <br> **IF ANY** | **.680** | **.637** | | |
| **CG2291** <br> **14851 LYONS RD STE 1 10** <br> **DELRAY BEACH** <br> **FL334469010** | | | | | | |
| **023A    FL-001** <br> **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** <br> **IF ANY** | **.680** | **.637** | | |
| **CG2291** <br> **58 CURTISS PKWY** <br> **MIAMI SPRINGS** <br> **FL331665219** | | | | | | |
| **024A    FL-001** <br> **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** <br> **IF ANY** | **.680** | **.637** | | |
| **CG2291** <br> **17100 COLLINS AVE ST E 108** <br> **SUNNY ISLES BEACH** <br> **FL331603675** | | | | | | |
| **025A    FL-002** <br> **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** <br> **IF ANY** | **.680** | **.637** | | |
| **CG2291** <br> **9519 WESTVIEW DR** <br> **CORAL SPRINGS** <br> **FL330762512** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                      INSURED COPY               ACP  GLDO 3039795104      810775532    45    0000736

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 026A     FL-004<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>18017 HIGHWOODS PRES<br>ERVE PKWY<br>TAMPA<br>FL336471761 | | | | | | |
| 027A     FL-004<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>15000 N DALE MABRY H<br>WY<br>TAMPA<br>FL336181815 | | | | | | |
| 028A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>7520 NW 104TH AVE UN<br>IT A102<br>DORAL<br>FL331783375 | | | | | | |
| 029A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>11784 US HIGHWAY 301<br><br>DADE CITY<br>FL335256024 | | | | | | |
| 030A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                    INSURED COPY                    ACP  GLDO 3039795104        810775532      45      0000737

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**3273 HOLLYWOOD BLVD**

**HOLLYWOOD**
**FL330216906**

| | | | | | | |
|---|---|---|---|---|---|---|
| **031A    FL-006** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES IF ANY** | **PER THOUSAND** .680 | .637 | | |

**CG2291**
**13174 CORTEZ BLVD**

**BROOKSVILLE**
**FL346134896**

| | | | | | | |
|---|---|---|---|---|---|---|
| **032A    FL-006** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES IF ANY** | **PER THOUSAND** .680 | .637 | | |

**CG2291**
**4391 COMMERCIAL WAY**

**SPRING HILL**
**FL346061963**

| | | | | | | |
|---|---|---|---|---|---|---|
| **033A    FL-006** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES IF ANY** | **PER THOUSAND** .680 | .637 | | |

**CG2291**
**2379 SE FEDERAL HWY**

**STUART**
**FL349944528**

| | | | | | | |
|---|---|---|---|---|---|---|
| **034A    FL-002** TELECOMMUNICATION EQ UIPMENT PROVIDERS | **18575** | **GROSS SALES IF ANY** | **PER THOUSAND** .680 | .637 | | |

**CG2291**
**7040 SEMINOLE PRATT**
**WHITNEY RD # 26-27**
**LOXAHATCHEE**
**FL334705714**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                                    INSURED COPY                    ACP  GLDO 3039795104        810775532      45      0000738

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 035A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680        .637 | | | |
| CG2291<br>2048 TREASURE COAST<br>PLZ<br>VERO BEACH<br>FL329600921 | | | | | | |
| 037A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680        .637 | | | |
| CG2291<br>11081 SOUTHERN BLVD<br>STE 150<br>ROYAL PALM BEACH<br>FL334114253 | | | | | | |
| 038A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680         .637 | | | |
| CG2291<br>8983 OKEECHOBEE BLVD<br> STE 200<br>WEST PALM BEACH<br>FL334115145 | | | | | | |
| 039A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680        .637 | | | |
| CG2291<br>5177 LAKE WORTH RD<br><br>GREENACRES<br>FL334633359 | | | | | | |
| 040A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680        .637 | | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL   LLUI   24170                        INSURED COPY                ACP  GLDO 3039795104        810775532     45      0000739

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **2511 NW FEDERAL HWY** | | | | | | |
| **STUART** **FL349949315** | | | | | | |
| **041A      FL-001      18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291** **9569 HARDING AVE** | | | | | | |
| **SURFSIDE** **FL331542501** | | | | | | |
| **042A      FL-006      18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291** **5210 US 1 UNIT 101** | | | | | | |
| **VERO BEACH** **FL329677619** | | | | | | |
| **043A      FL-006      18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291** **8261 LITTLE RD** | | | | | | |
| **NEW PORT RICHEY** **FL346545407** | | | | | | |
| **045A      FL-001      18575** **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291** **1790 BISCAYNE BLVD** | | | | | | |
| **MIAMI** **FL331321129** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 046A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>6501 NOVA DR<br><br>DAVIE<br>FL333177401 | | | | | | |
| 047A      FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>1517 ALTON RD<br><br>MIAMI<br>FL326010000 | | | | | | |
| 048A      FL-004<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>33125 US HIGHWAY 19 N<br>PALM HARBOR<br>FL346843126 | | | | | | |
| 049A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>1300 CORAL RIDGE DR<br><br>CORAL SPRINGS<br>FL330715419 | | | | | | |
| 051A      FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                                   INSURED COPY                      ACP  GLDO 3039795104        810775532     45     0000741

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| `14177 LAKE NONA BLVD`<br>` STE 1060`<br>`ORLANDO`<br>`FL328247421` | | | | | | |
| `052A    FL-001`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`20445 BISCAYNE BLVD`<br>`UNIT H-1`<br>`MIAMI`<br>`FL331801526` | | | | | | |
| `053A    FL-001`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`19975 NW 2ND AVE UNI`<br>`T 5`<br>`MIAMI`<br>`FL331692911` | | | | | | |
| `054A    FL-006`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`8085 W IRLO BRONSON`<br>`MEMORIAL HWY UNIT 2`<br>`KISSIMMEE`<br>`FL347470016` | | | | | | |
| `055A    FL-006`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`16412 NEW INDEPENDEN`<br>`CE PKWY STE 120`<br>`WINTER GARDEN`<br>`FL347878132` | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                    INSURED COPY                    ACP  GLDO 3039795104       810775532     45     0000742

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 056A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>5417 W ATLANTIC BLVD<br><br>MARGATE<br>FL330635210 | | | | | | |
| 057A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>163 N US HIGHWAY 1<br><br>TEQUESTA<br>FL334692737 | | | | | | |
| 058A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>1736 MAIN ST STE D6<br><br>WESTON<br>FL333263673 | | | | | | |
| 059A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>4193 TOWN CTR BLVD<br><br>ORLANDO<br>FL328375846 | | | | | | |
| 060A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI    24170                    INSURED COPY                    ACP  GLDO 3039795104        810775532     45     0000743

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| `801 VILLAGE BLVD STE 305`<br>`WEST PALM BEACH`<br>`FL334091935` | | | | | | |
| `063A    FL-006`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`45 W MITCHELL HAMMOC`<br>`K RD STE 1331`<br>`OVIEDO`<br>`FL327656957` | | | | | | |
| `064A    FL-001`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`130 NW 42ND AVE`<br><br>`MIAMI`<br>`FL331265433` | | | | | | |
| `065A    FL-001`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`650 CRANDON BLVD`<br><br>`KEY BISCAYNE`<br>`FL331492008` | | | | | | |
| `066A    FL-001`<br>`TELECOMMUNICATION EQ`<br>`UIPMENT PROVIDERS` | `18575` | `GROSS SALES`<br>`IF ANY` | `PER THOUSAND`<br>`.680` | `.637` | | |
| `CG2291`<br>`9533 NE 2ND AVE`<br><br>`MIAMI SHORES`<br>`FL331382704` | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                              INSURED COPY                    ACP  GLDO 3039795104        810775532     45     0000744

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 067A    FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 935 DURBIN PAVILION DR STE 101 ST JOHNS FL322594139 | | | | | | |
| 068A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 2309 E HALLANDALE BE ACH BLVD HALLANDALE BEACH FL330094851 | | | | | | |
| 070A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 2510 PGA BLVD PALM BEACH GARDENS FL334102902 | | | | | | |
| 071A    FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 5781 SW 40TH ST MIAMI FL331555301 | | | | | | |
| 072A    FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                              INSURED COPY                    ACP  GLDO 3039795104       810775532     45     0000745

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **8773 BOYNTON BEACH B LVD UNIT 510 BOYNTON BEACH FL334724481** | | | | | | |
| **073A     FL-004 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES IF ANY** | **.680** | **.637** | | |
| **CG2291 1300 4TH ST N** | | | | | | |
| **PETERSBURG FL337011118** | | | | | | |
| **074A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES IF ANY** | **.680** | **.637** | | |
| **CG2291 566 E WOOLBRIGHT RD** | | | | | | |
| **BOYNTON BEACH FL334356033** | | | | | | |
| **076A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES IF ANY** | **.680** | **.637** | | |
| **CG2291 1184 E STATE ROAD 43 4 WINTER SPRINGS FL327082715** | | | | | | |
| **077A     FL-004 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES IF ANY** | **.680** | **.637** | | |
| **CG2291 13998 W HILLSBOROUGH  AVE STE 103 TAMPA FL336359409** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed
       amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **078A      FL-001**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291**<br>**1440 NW NORTH RIVER**<br>**DR STE 192**<br>**MIAMI**<br>**FL331252894** | | | | | | |
| **079A      FL-002**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291**<br>**10095 CLEARY BLVD BA**<br>**Y 47**<br>**PLANTATION**<br>**FL333241064** | | | | | | |
| **ADDED EFFECTIVE 07/0**<br>**9/2021** | | | | | | |
| **080A      FL-002**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291**<br>**694 W YAMATO RD STE**<br>**1**<br>**BOCA RATON**<br>**FL334314411** | | | | | | |
| **ADDED EFFECTIVE**<br>**11/11/2021** | | | | | | |
| **081A      FL-001**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                    INSURED COPY                    ACP  GLDO 3039795104        810775532      45      0000747

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **250 SE 1ST ST** | | | | | | |
| **MIAMI** | | | | | | |
| **FL331311902** | | | | | | |
| **ADDED EFFECTIVE 11/11/2021** | | | | | | |
| **083A    FL-006** **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.680** | **.637** | | |
| **CG2291** **2305 S US HIGHWAY 1** **STE A** **FORT PIERCE** **FL349825924** | | | | | | |
| **084A    FL-002** **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.680** | **.637** | | |
| **CG2291** **1622 SHERIDAN ST** | | | | | | |
| **HOLLYWOOD** **FL330202306** | | | | | | |
| **ADDED EFFECTIVE 01/2 0/22** | | | | | | |
| **085A    FL-004** **TELECOMMUNICATION EQ UIPMENT PROVIDERS** | **18575** | **GROSS SALES** **IF ANY** | **.680** | **.637** | | |
| **CG2291** **4810 S MANHATTAN AVE** | | | | | | |
| **TAMPA** **FL336112310** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                                  INSURED COPY                          ACP  GLDO 3039795104       810775532      45      0000748

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 086A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680     .637 | | | |
| CG2291<br>9457 S SUNCOAST BLVD<br> UNIT 6A<br>HOMOSASSA<br>FL344465033 | | | | | | |
| 087A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680     .637 | | | |
| CG2291<br>21228 SAINT ANDREWS<br>BLVD<br>BOCA RATON<br>FL334332435 | | | | | | |
| 088A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680     .637 | | | |
| CG2291<br>1299 S FEDERAL HWY U<br>NIT B<br>POMPANO BEACH<br>FL330627038<br><br>ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 089A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680     .637 | | | |
| CG2291<br>10119 W OAKLAND PARK<br> BLVD<br>SUNRISE<br>FL333516917 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                              INSURED COPY                    ACP  GLDO 3039795104       810775532     45     0000749

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **ADDED EFFECTIVE 03/01/2022** | | | | | | |
| **090A     FL-006     18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | | **GROSS SALES IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291 6421 RALEIGH ST** | | | | | | |
| **ORLANDO FL328355739** | | | | | | |
| **ADDED EFFECTIVE 03/01/2022** | | | | | | |
| **091A     FL-002     18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | | **GROSS SALES IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291 6970 N SR-7. SUITE 1 04 COCNUT CREEK FL330730000** | | | | | | |
| **ADDED EFFECTIVE 03/01/2022** | | | | | | |
| **092A     FL-002     18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | | **GROSS SALES IF ANY** | **PER THOUSAND** **.680** | **.637** | | |
| **CG2291 2600 GRIFFIN RD** | | | | | | |
| **FORT LAUDERDALE FL333125935** | | | | | | |
| **ADDED EFFECTIVE 03/01/2022** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 093A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>1587 W LANTANA RD<br><br>LANTANA<br>FL334621537<br><br>ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 094A     FL-005<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>9585 REGENCY SQUARE<br>BLVD N STE 1<br>JACKSONVILLE<br>FL322258174<br><br>ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 095A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>6290 W SAMPLE RD STE<br> 104<br>CORAL SPRINGS<br>FL330673101<br><br>ADDED EFFECTIVE<br>03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                                INSURED COPY                ACP  GLDO 3039795104       810775532      45      0000751

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 096A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 6346 LANTANA RD STE 65 LAKE WORTH FL334636664 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 097A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 865 HIBERNIA RD STE 101 JACKSONVILLE FL320038707 ADDED EFFECTIVE 03/01/2022 | | | | | | |
| 098A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 916 LEE RD ORLANDO FL328105527 ADDED EFFECTIVE 03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                          INSURED COPY                    ACP  GLDO 3039795104     810775532    45    0000752

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 100A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>411 S FEDERAL HWY ST<br>E A<br>DEERFIELD BEACH<br>FL334414170 | | | | | | |
| ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 101A     FL-005<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>2771 MONUMENT RD<br><br>JACKSONVILLE<br>FL322255549 | | | | | | |
| ADDED EFFECTIVE<br>03/01/2022 | | | | | | |
| 102A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>7736 W MCNAB RD<br><br>NORTH LAUDERDALE<br>FL330685499 | | | | | | |
| ADDED EFFECTIVE<br>03/01/2022 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                        INSURED COPY              ACP  GLDO 3039795104      810775532     45     0000753

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 103A      FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680    .637 | | | |
| CG2291<br>7458 US HIGHWAY 1 N<br>STE 104<br>ST AUGUSTINE<br>FL320958472 | | | | | | |
| 104A      FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680    .637 | | | |
| CG2291<br>8777 HYPOLUXO RD STE<br> 1<br>LAKE WORTH<br>FL334675318 | | | | | | |
| 105A      FL-004<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680    .637 | | | |
| CG2291<br>7259 PARK BLVD N<br><br>PINELLAS PARK<br>FL337812920 | | | | | | |
| 106A      FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680    .637 | | | |
| CG2291<br>5030 CHAMPION BLVD S<br>TE F6<br>BOCA RATON<br>FL334962476 | | | | | | |
| 107A      FL-004<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680    .637 | | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL   LLUI  24170                              INSURED COPY                    ACP  GLDO 3039795104      810775532    45    0000754

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 4744 N DALE MABRY HWY TAMPA FL336146509 | | | | | | |
| 108A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 7790 LAKE UNDERHILL RD STE 103 ORLANDO FL328228216 | | | | | | |
| 109A      FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 4665 GULF BLVD ST PETERSBERG BEACH FL337062405 | | | | | | |
| 110A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 2404 W 60TH ST HIALEAH FL330164418 2400-2490 W 60 STREET, HIALEAH, FL 33016 | | | | | | |
| 111A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                    INSURED COPY              ACP  GLDO 3039795104       810775532    45    0000755

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**15125 NW 67TH AVE**

**MIAMI LAKES**
**FL330142106**

| | | | | | | |
|---|---|---|---|---|---|---|
| 112A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680    .637 | | | |

**CG2291**
**30933 MIRANDA BLVD**

**SAN ANTONIO**
**FL335760000**

| | | | | | | |
|---|---|---|---|---|---|---|
| 113A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680    .637 | | | |

**CG2291**
**2899 W 4TH AVE**

**HIALEAH**
**FL330101303**

| | | | | | | |
|---|---|---|---|---|---|---|
| 114A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680    .637 | | | |

**CG2291**
**18248 NW 27TH AVE**

**MIAMI GARDENS**
**FL330563501**

| | | | | | | |
|---|---|---|---|---|---|---|
| 115A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680    .637 | | | |

**CG2291**
**11500 S MILITARY TRL**

**BOYNTON BEACH**
**FL334367274**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI    24170                         INSURED COPY                         ACP  GLDO 3039795104        810775532      45      0000756

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 116A      FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>1687 N HANCOCK RD ST<br>E 301<br>MINNEOLA<br>FL347158190 | | | | | | |
| 118A      FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>6375 N WICKHAM RD ST<br>E 102<br>MELBOURNE<br>FL329402013 | | | | | | |
| 119A      FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>2240 SW 22ND ST<br>MIAMI<br>FL331453509 | | | | | | |
| 120A      FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>5069 N DIXIE HWY<br>OAKLAND PARK<br>FL333344000 | | | | | | |
| 121A      FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                    INSURED COPY                    ACP  GLDO 3039795104      810775532      45      0000757

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |

**616 N UNIVERSITY DR**

**PEMBROKE PINES**
**FL330246731**

| | | | | | | |
|---|---|---|---|---|---|---|
| 122A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**4240 N STATE ROAD 7**

**CORAL SPRINGS**
**FL330733803**

| | | | | | | |
|---|---|---|---|---|---|---|
| 123A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**2965 SW 160TH AVE ST**
**E 160**
**MIRAMAR**
**FL330274212**

| | | | | | | |
|---|---|---|---|---|---|---|
| 124A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**3005 NORTHLAKE BLVD**

**PALM BEACH GARDENS**
**FL334031910**

| | | | | | | |
|---|---|---|---|---|---|---|
| 125A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |

**CG2291**
**520 LINTON BLVD STE**
**103**
**DELRAY BEACH**
**FL334448144**

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                                    INSURED COPY                    ACP  GLDO 3039795104        810775532      45      0000758

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 126A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 8941 SW 107TH AVE MIAMI FL331761412 | | | | | | |
| 127A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 333 S STATE ROAD 7 U NIT B HOLLYWOOD FL330236761 | | | | | | |
| 129A     FL-006 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 457 AVALON PARK BLVD  S STE 300 ORLANDO FL328286700 | | | | | | |
| 130A     FL-001 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 1234 S DIXIE HWY CORAL GABLES FL331462902 | | | | | | |
| 131A     FL-002 TELECOMMUNICATION EQ UIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **620 E OAKLAND PARK B LVD STE 200 OAKLAND PARK FL333342881** | | | | | | |
| **132A   FL-002   18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | | **GROSS SALES IF ANY** | **PER THOUSAND .680** | **.637** | | |
| **CG2291 4749 W ATLANTIC AVE** | | | | | | |
| **DELRAY BEACH FL334453838** | | | | | | |
| **ADDED EFFECTIVE 09/01/2023** | | | | | | |
| **133A   FL-001   18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | | **GROSS SALES IF ANY** | **PER THOUSAND .680** | **.637** | | |
| **CG2291 14661 BISCAYNE BLVD** | | | | | | |
| **NORTH MIAMI BEACH FL331811211** | | | | | | |
| **ADDED EFFECTIVE 09/01/2023** | | | | | | |
| **134A   FL-002   18575 TELECOMMUNICATION EQ UIPMENT PROVIDERS** | | **GROSS SALES IF ANY** | **PER THOUSAND .680** | **.637** | | |
| **CG2291 5650 S FLAMINGO RD** | | | | | | |
| **COOPER CITY FL333303236** | | | | | | |
| **ADDED EFFECTIVE 09/01/2023** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   24170                          INSURED COPY                     ACP  GLDO 3039795104     810775532    45    0000760

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 135A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 2610 W BROWARD BLVD | | | | | | |
| FORT LAUDERDALE FL333121311 | | | | | | |
| ADDED EFFECTIVE 09/01/2023 | | | | | | |
| 136A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 888 N MIAMI BEACH BLVD NORTH MIAMI BEACH FL331623701 | | | | | | |
| ADDED EFFECTIVE 09/01/2023 | | | | | | |
| 137A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS | 18575 | GROSS SALES IF ANY | PER THOUSAND .680 | .637 | | |
| CG2291 2850 RED RD | | | | | | |
| MIRAMAR FL330251969 | | | | | | |
| ADDED EFFECTIVE 09/01/2023 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 138A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>3011 W 16TH AVE<br><br>HIALEAH<br>FL330124607 | | | | | | |
| ADDED EFFECTIVE<br>09/01/2023 | | | | | | |
| 139A     FL-001<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>20915 OLD CUTLER RD<br>UNIT D103<br>MIAMI<br>FL331892469 | | | | | | |
| 140A     FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>7028 W PALMETTO PARK<br> RD STE 104<br>BOCA RATON<br>FL334333436 | | | | | | |
| ADDED EFFECTIVE<br>09/19/2023 | | | | | | |
| 141A     FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291 | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **5417 US HIGHWAY 19 S**<br>**TE 101**<br>**NEW PORT RICHEY**<br>**FL346523908** | | | | | | |
| **ADDED EFFECTIVE**<br>**01/31/2024** | | | | | | |
| **142A    FL-006**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291**<br>**3355 PLEASANT HILL R**<br>**D**<br>**KISSIMMEE**<br>**FL347463070** | | | | | | |
| **143A    FL-006**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291**<br>**345 BEACHWALK SHORE**<br>**DR STE 106**<br>**SAINT JOHNS**<br>**FL322591188** | | | | | | |
| **144A    FL-001**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291**<br>**550 NW 1ST AVE STE 1**<br>**20**<br>**MIAMI**<br>**FL331364130** | | | | | | |
| **145A    FL-006**<br>**TELECOMMUNICATION EQ**<br>**UIPMENT PROVIDERS** | **18575** | **GROSS SALES**<br>**IF ANY** | **PER THOUSAND**<br>**.680** | **.637** | | |
| **CG2291** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **10252 SW MEETING ST** | | | | | | |
| **PORT SAINT LUCIE** **FL349872698** | | | | | | |
| **146A     FL-002**     18575 **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** .680      .637 | | | |
| **CG2291** **415 S FEDERAL HWY** | | | | | | |
| **BOCA RATON** **FL334326027** | | | | | | |
| **147A     FL-002**     18575 **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** .680      .637 | | | |
| **CG2291** **9828 S JOG RD # DTED** **1** **BOYNTON BEACH** **FL334373657** | | | | | | |
| **148A     FL-002**     18575 **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** .680      .637 | | | |
| **CG2291** **10630 PINES BLVD** | | | | | | |
| **PEMBROKE PINES** **FL330263985** | | | | | | |
| **149A     FL-001**     18575 **TELECOMMUNICATION EQ** **UIPMENT PROVIDERS** | | **GROSS SALES** **IF ANY** | **PER THOUSAND** .680      .637 | | | |
| **CG2291** **13628 SW 88TH ST** | | | | | | |
| **MIAMI** **FL331861567** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI    24170                    INSURED COPY                    ACP GLDO 3039795104        810775532      45      0000764

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 150A      FL-002<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>15731 PINES BLVD STE<br> B-1<br>PEMBROKE PINES<br>FL330271206 | | | | | | |
| 151A      FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>3108 SW MARTIN DOWNS<br> BLVD<br>PALM CITY<br>FL349902641 | | | | | | |
| 152A      FL-004<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>4016 HIGHWAY RD STE<br>C<br>SEFFNER<br>FL335840000 | | | | | | |
| 153A      FL-006<br>TELECOMMUNICATION EQ<br>UIPMENT PROVIDERS | 18575 | GROSS SALES<br>IF ANY | PER THOUSAND<br>.680 | .637 | | |
| CG2291<br>4125 9TH ST SW STE 1<br>04<br>VERO BEACH<br>FL329684881 | | | | | | |
| 004B      FL-133<br>CG7003 | 6603000 | | | | $441 | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001C    FL-001 COMMERCIAL GENERAL LIABILITY ENHANCEMENT INCLUDING MEDICAL PAYMENTS | 77429 | FLAT CHARGE | | | $1,000 | |
| CG7212 | | | | | | |

|  | | |
|---|---|---|
| Total Advance Other and PR/CO | $28,643 | $25,498 |
| TOTAL ADVANCE PREMIUM | | $54,141 |

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

## COMMERCIAL GENERAL LIABILITY DECLARATIONS
## SCHEDULE OF ASSESSMENTS AND SURCHARGES

Policy Period:

Policy Number: **ACP  GLDO 3039795104**          From  **06/05/24**     To  **06/05/25**

| STATE | SURCHARGE/ASSESSMENT DESCRIPTION | | AMOUNT |
|-------|----------------------------------|---|--------|
| **FL** | **FL STATE FIRE MARSHAL SURCHARGE** | $ | **54.14** |
| **FL** | **2023A FLORIDA INSURANCE GUARANTY ASSOCIATION ASSES** | $ | **541.41** |

**TOTAL AMOUNT**                                        $        **595.55**

**GL-D1 (07-08)**

DIRECT BILL    LLUI   24170                INSURED COPY              ACP  GLDO 3039795104       810775532     45     0000767

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 11**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS

Number: **ACP GLDO 3039795104**          Period:   From **06/05/24**  To **06/05/25**

Named Insured:  **USA WIRELESS INC - DBA**

| Form | Date | Title |
|------|------|-------|
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0220 | 0312 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CG2106 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG2144 | 0798 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG2147 | 1207 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2167 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CG2170 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2291 | 0413 | EXCLUSION - TELECOMMUNICATION EQUIPMENT OR SERVICE PROVIDERS ERRORS AND OMISSI( |
| CG7003 | 1212 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG7023 | 1096 | EXCL-ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON |
| CG7033 | 0393 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| CG7212 | 1216 | COMMERCIAL GENERAL LIABILITY COVERAGE ENHANCEMENT ENDORSEMENT INCLUDING MEDI( |
| CG8224 | 1022 | PFC/PFAS EXCLUSION |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION |

IMPORTANT NOTICES

| | | |
|------|------|-------|
| IN5017 | 0593 | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |
| IN7890 | 1118 | CLAIMS REPORTING INFORMATION |
| IN7930 | 0522 | FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA) |
| IN7931 | 1022 | NOTICE TO POLICY HOLDERS PFC/PFAS EXCLUSION DISCLOSURE |

**GLDF (02-93)**

DIRECT BILL    LLUI   24170                                INSURED COPY               ACP  GLDO 3039795104        810775532      45      0000768

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

   © Insurance Services Office, Inc., 2012   CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **A;** and

    **b.** Medical expenses under Coverage **C**

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    **(1)** How, when and where the "occurrence" or offense took place;

    **(2)** The names and addresses of any injured persons and witnesses; and

    **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

 © Insurance Services Office, Inc., 2012

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012       CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  a. False arrest, detention or imprisonment;

  b. Malicious prosecution;

  c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

  f. The use of another's advertising idea in your "advertisement"; or

  g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

  a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  b. Does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

  a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **2. Cancellation Of Policies In Effect**

    **a. For 90 Days Or Less**

    If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

      **(a)** A material misstatement or misrepresentation; or

      **(b)** A failure to comply with the underwriting requirements established by the insurer.

    **b. For More Than 90 Days**

    If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

    **(1)** Nonpayment of premium;

    **(2)** The policy was obtained by a material misstatement;

    **(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

    **(4)** A substantial change in the risk covered by the policy; or

    **(5)** The cancellation is for all insureds under such policies for a given class of insureds.

    If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

      **(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

CG 02 20 03 12        © Insurance Services Office, Inc., 2011        **Page 1 of 2**

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 © Insurance Services Office, Inc., 2011 CG 02 20 03 12

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

CG 21 44 (07-98)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR
PROJECT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Premises:**

**ALL LOCATIONS SPECIFICALLY SCHEDULED ON THE POLICY**

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury," "property damage," "personal and advertising injury" and medical expenses arising out of:

1.  The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.  The project shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1997

CG 21 44 (07-98)

ACP GLDO3039795104      LLUI      24170                    INSURED COPY                                          45    0000769

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc.,  2003   ☐

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 22 91 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – TELECOMMUNICATION EQUIPMENT OR SERVICE PROVIDERS ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** An error, omission, defect or deficiency in any evaluation, consultation or advice given by or on behalf of any insured concerning telecommunication equipment or services;

**b.** Any advice, consultation, evaluation, inspection, supervision, quality control or phone network set-up, including central office cabling, done by you or for you on a project on which you serve as a telecommunication equipment or service provider; or

**c.** The failure of any insured to adequately provide telecommunication services.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **a.**, **b.** or **c.**

   © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 70 03 12 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The insurance provided under **Section I – Coverages – Coverage A – Bodily Injury and Property Damage Liability** is amended to include:

**A. Hired Auto Liability**

1.  The insurance provided under the **Section I – Coverages – Coverage A – Bodily Injury and Property Damage Liability** coverage applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**B. Non-Owned Auto Liability**

1.  The insurance provided under the **Section I – Coverage A – Bodily Injury and Property Damage Liability** coverage applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person in the course of your business.

**C. Hired Auto Liability and Non-Owned Auto Liability Changes**

For the insurance provided by this endorsement only:

1.  The following **Section I – Coverage A – Bodily Injury and Property Damage Liability** exclusions do not apply:

    **b.**  Contractual Liability

    **c.**  Liquor Liability

    **e.**  Employer's Liability

    **g.**  Aircraft, Auto Or Watercraft

    **h.**  Mobile Equipment

    **j.**  Damage To Property

    **k.**  Damage To Your Product

    **l.**  Damage To Your Work

    **m.**  Damage To Impaired Property Or Property Not Physically Injured; and

    **n.**  Recall Of Products, Work Or Impaired Property.

2.  **Section I – Coverage A – Bodily Injury and Property Damage Liability 2. Exclusions f. Pollution** Paragraph **(1)** is amended to include:

    **(f)**  That are, or that are contained in any property that is:

      **(i)**  Being transported or towed by, handled or handled for movement into, onto or from the "hired auto" or "non-owned auto";

      **(ii)**  Otherwise in the course of transit by or on behalf of the "insured"; or

      **(iii)**  Being stored, disposed of, treated or processed in or upon the "hired auto" or "non-owned auto";

    **(g)**  Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the "hired auto" or "non-owned auto"; or

    **(h)**  After the "pollutants" or any property in which the "pollutants" are contained are moved from the "hired auto" or "non-owned auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

    Paragraph **(f.)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the "hired auto" or "non-owned auto" or its parts, if:

      **(i)**  The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

CG 70 03 12 12             Includes copyrighted material of Insurance Services Office, Inc., with its permission.                **Page 1 of 3**

**CG 70 03 12 12**

(ii) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **12.e.(1).** and **12.e.(2).** of the definition of "mobile equipment".

Paragraphs **(g)** and **(h)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a "hired auto" or "non-owned auto" if:

(i) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a "hired auto" or "non-owned auto"; and

(ii) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

3. The following **Section I – Coverage A – Bodily Injury and Property Damage Liability** exclusions are added:

This insurance does not apply to:

a. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

b. "Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother, or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

This exclusion does not apply to:

(1) Liability assumed by the insured under an "insured contract"; or

(2) "Bodily injury" to domestic "employees" not entitled to workers' compensation benefits.

c. "Property damage" to:

(1) Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody, or control of the insured.

4. **Section II - Who is an insured** is replaced by the following:

1. Each of the following is an insured under this endorsement to the extent set forth below:

a. You,

b. Any other person using a "hired auto" with your permission;

c. For a "non-owned auto":

1) Any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

2) Any "employee" of yours, if the "employee" does not own the "non-owned auto", no member of the "employee's" household owns the "non-owned auto", and only while the "non-owned auto" is being used in your business.

d. Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under Paragraph **a., b. or c.** above.

2. None of the following is an insured:

a. Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-

"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business" you operate.

**d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

**e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**D. Limits of Insurance**

For the purpose of this endorsement only, the **Section III Limits of Insurance** is replaced by the following:

**Limits of Insurance**

Regardless of the number of "hired autos", "non-owned autos", insureds, premiums paid, claims made or vehicles involved in the "occurrence", the most we will pay for all damages resulting from any one "occurrence" is the applicable Limit of Insurance shown in the "schedule" of this endorsement or in the Declarations.

**E.** For the purposes of this endorsement only, paragraph **4. Other Insurance** in **Section IV – Commercial General Liability Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**F. Additional Definitions**

For the purpose of this endorsement only, the definition of "insured contract" in **Section V – Definitions** is amended by the addition of the following:

**9.** "Insured contract" means:

**g.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract does not include that part of any contract or agreement:

**a.** That pertains to loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**b.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of an "auto" over a route or territory that person or organization is authorized to serve by public authority.

For the purpose of this endorsement only, the following definitions are added to **Section V – Definitions**:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", your partners or your "executive officers", or members of their households.

**3.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in the connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or personal affairs.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CG 70 23 (10–96)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

EXCLUSION – ASBESTOS, ELECTRO–MAGNETIC RADIATION, LEAD AND RADON

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy does not apply to any claims arising out of or alleged to have arisen out of any of the following:

1.  Asbestos or any asbestos–related injury or damage including, but not limited to, any injury or damage arising out of, or alleged to have arisen out of, any act, error, omission, [failure to warn or failure to disclose the presence of asbestos,] or other duty involving asbestos, its use, exposure, existence, detection, removal, elimination or avoidance.

2.  Electro–magnetic emissions or radiation–related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn or other duty in–volving any electro–magnetic emissions or radiation from use, exposure, existence, detection, removal, elimi–nation or avoidance of electrical energy.

3.  Lead or any lead–related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving lead or lead pro–ducts, their use, exposure, existence, detection, removal, elimination or avoidance.

4.  Radon or any other radioactive emissions, manmade or natural, or any related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving radon or any other radioactive emissions, their use, exposure, existence, de–tection, removal, elimination or avoidance.

"We" shall not have a duty to defend any insured against a claim or suit seeking damage to which this insurance does not apply.

CG 70 23 (10–96)

CG 70 33 (03–93)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

ENDORSEMENT – TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following condition is added to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:

10. Two or More Coverage Forms or Policies Issued by Us.

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence," the aggregate maximum limit of insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

CG 70 33 (03–93)

COMMERCIAL GENERAL LIABILITY
CG 72 12 12 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY COVERAGE ENHANCEMENT ENDORSEMENT INCLUDING MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended as follows:

1. Paragraph **(2)(a)** of Exclusion **g. Aircraft, Auto Or Watercraft** is replaced with:

   **(a)** Less than 51 feet long; and

2. The following is added to Exclusion **j. Damage To Property**:

    **(a)** Paragraphs **(3)** and **(4)** does not apply to "property damage" to borrowed equipment while not in use, while at the insured's premises or a job site; or

    **(b)** Paragraph **(4)** does not apply "property damage" to customers goods while on the insured's premises for the purpose of being worked on or used in a manufacturing process.

    **Limit of Insurance** - The most we will pay for damages for "property damage" coverage provided by this coverage in any one "occurrence" is $10,000.

    **Deductible** - Our obligation to pay for a covered loss applies only to the amount of loss in excess of $500. We will pay the deductible amount to effect settlement of any claim or "suit" and, upon notification of this action having been taken, you shall promptly reimburse us for the deductible as has been paid by us. This insurance is excess over any other valid and collectible insurance.

3. The last paragraph of **2. Exclusions** is replaced with:

   If **Damage To Premises Rented To You** is not otherwise excluded, exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or sprinkler leakage to premises while rented to you or temporarily occupied by you rented to you or temporarily occupied by you

with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

**SECTION I – COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is amended as follows:

1. Paragraph **1. b**. is replaced with:

   **b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

2. Paragraph **1. d**. is replaced with:

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**SECTION II – WHO IS AN INSURED** is amended as follows:

1. Paragraph **3. a**. is replaced with:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

2. The following is added:

   **4. Additional Insured – Automatic Status When Required In An Agreement With You**

      **Who Is An Insured** includes person(s) or organization(s) described in Paragraphs **a. – i.** below with whom you have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy.

      **a. Co-Owners Of Insured Premises –** with respect to their liability as co-owner of the premises.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**CG 72 12 12 16**

However, their status as additional insured under this policy ends when you cease to co-own such premises with that person or organization.

b. **Controlling Interest** – with respect to their liability arising out of their financial control of you; or premises they own, maintain, or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

However, their status as additional insured under this policy ends when they cease to have such controlling interest.

c. **Grantor of Franchise or License** – with respect to their liability as grantor of a franchise or license to you.

However, their status as additional insured under this policy ends:

(1) when their contract or agreement with you granting the franchise or license ends or expires; or

(2) when your license is terminated or revoked prior to expiration of the license as stipulated by the contract or agreement.

d. **Lessors of Leased Equipment** – with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s). This insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

However, their status as additional insured under this policy ends when their lease, contract, or agreement with you for such leased equipment ends.

e. **Managers, or Lessors of Premises** – with respect to liability arising out of the ownership, maintenance, or use of that part of the premises leased to you.

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to be a tenant in that premises.

Structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization.

However, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

f. **Mortgagee, Assignee, or Receiver** – with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you.

This insurance does not apply to structural alterations, new constructions, and demolition operations performed by or for that person or organization.

However, their status as additional insured under this policy ends when their status as mortgagee, assignee, or receiver ends.

g. **Owners or Other Interest from Whom Land has been Leased** – with respect to their liability arising out of the ownership, maintenance, or use of that part of the land leased to you.

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to lease the land; or

(2) Structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization.

However, their status as additional insured under this policy ends when you cease to lease that land.

h. **State or Political Subdivisions – Permits Relating to Premises** – with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent, or control and to which this insurance applies:

(1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal

CG 72 12 12 16

holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

(2) The construction, erection, or removal of elevators; or

(3) The ownership, maintenance or use of any elevators covered by this insurance.

This insurance does not apply to:

(1) "Bodily injury" or "property damage" or "personal or advertising injury" arising out of operations performed for the state or municipality; or

(2) "Bodily injury" or "property damage" included within the "products-completed operations hazard".

However, such state or political subdivision's status as additional insured under this policy ends when the permit ends.

i. **Vendors** – but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

(1) The insurance afforded the vendor does not apply to:

(a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in the product made intentionally by the vendor;

(d) Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing, or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

(h) "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(i) The exceptions contained in Subparagraphs **d.** or **f.**; or

(ii) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

(2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**CG 72 12 12 16**

With respect to the insurance afforded to such additional insureds **a. – d**. described above the following is added to the **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

However, this insurance afforded to such additional insureds **a. – i**. described above:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**SECTION III – LIMITS OF INSURANCE**

1. The following is added to Paragraph **2**:

   The General Aggregate Limit applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

2. Paragraph **6.** is replaced with:

   **6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke, or sprinkler leakage, while rented to or temporarily occupied by you with permission of the owner. The limit is increased to $1,000,000.

3. Paragraph **7.** is replaced with:

   **7.** Subject to **5.** above, the higher of:

   **a.** $10,000; or

   **b.** The amount shown in the Declarations for Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by one person.

This coverage does not apply if Coverage **C - Medical Payments** is excluded either by the provisions of any coverage forms attached to the policy or by endorsement.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Condition 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is amended to include:

   **e.** Knowledge of an "occurrence", offense, claim or "suit" by an agent or employee of any insured shall not in itself constitute knowledge of the insured unless you, a partner, if you are a partnership; or an executive officer or insurance manager, if you are a corporation receives such notice of an "occurrence", offense, claim or "suit" from the agent or employee.

2. Paragraph **b. Excess Insurance (1) (b) (ii)** of condition **4. Other Insurance** is replaced with:

   **(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

3. **Condition 6. Representations** is amended to include:

   **d.** Your failure to disclose all hazards or prior "occurrences" or offenses existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" or offenses is not intentional. This provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

4. **Condition 8. Transfer Of Rights Of Recovery Against Others To Us** is amended to include:

   If required by a written contract executed prior to loss, we waive any right of subrogation we may have against the contracting person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

5. The following condition is added:

   **10. Liberalization**

   If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**CG 72 12 12 16**

**SECTION V – DEFINITIONS**

1.  Definition **3.** "Bodily Injury" is replaced with:

    **3.**  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish, mental injury, shock, fright or death resulting from any of these at any time.

2.  The following definition is added:

    "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway, or right-of-way of a railroad.

**All terms and conditions apply unless modified by this endorsement.**

COMMERCIAL GENERAL LIABILITY
CG 82 24 10 22

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PFC/PFAS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**"PFC/PFAS"**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of, any "PFC/PFAS"; or

b. Any loss, cost or expense arising out of, in whole or in part, the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "PFC/PFAS", by any insured or by any other person or entity.

This exclusion applies regardless of whether any other cause, event material, substance, good or product, contributed concurrently or in any sequence to such injury or damage. This exclusion also applies regardless of whether any "PFC/PFAS" is contained, used, included, involved or incorporated intentionally, accidently or unknowingly in or on a good or product, component part of a good or product, or otherwise by any insured or by any other person or entity.  This exclusion applies regardless or whether the inhalation, ingestion, absorption or consumption of contact with, exposure to, existence of, or presence of any "PFC/PFAS" occurs within or outside of any building or other structure.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**"PFC/PFAS"**

a. "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged, threatened, suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of, any "PFC/PFAS"; or

b. Any loss, cost or expense arising out of, in whole or in part, the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "PFC/PFAS", by any insured or by any other person or entity.

This exclusion applies regardless of whether any other cause, event, material, substance, good or product contributed concurrently or in any sequence to such injury or damage. This exclusion also applies regardless of whether any "PFC/PFAS" is contained, used, included, involved or incorporated intentionally, accidentally or unknowingly in or on a good or product, component part of a good or product, or otherwise by any insured or by any other person or entity.  This exclusion applies regardless of whether the inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of any "PFC/PFAS" occurs within or outside any building or other structure.

ACP GLDO3039795104      LLUI      24170      INSURED COPY      45   0000770

**CG 82 24 10 22**

**C.** The following definition is added to the **Definitions** section:

"PFC/PFAS" means:

**a.** Any fluorosurfactant, perfluorinated chemical or compound, or perfluoroalkyl or polyfluoroalkyl substance, including but not limited to any per- or polyfluorinated acid (including, without limitation perfluorooctanoic acid (PFOA) perfluorooctanesulfonic acid (PFOS), and per- and polyfluorether carboxylic acids, per- or polyfluorinated sulfonamide, per- or polyfluorinated iodide, per- or polyfluorinated aldehyde, per- or polyfluorinated sulfonyl fluoride, per- or polyfluorinated fluorotelomer substance or per- or polyfluorinated sulfonamido substance, or

**b.** any perfluoroalkane or polyfluoroalkane substance, including but not limited to carbon tetrafluoride, perfluorooctane, and perfluoro-2-methlypentane, or

**c.** Any fluorinated polymers, including but not limited to fluoropolymers, perfluoropolyethers and side-chain fluorinated polymers; or

any of the associated homologues, isomers, salts, esters, alcohols, acids, precursor chemicals and derivatives, and related degradation or by-products of any such constituent.

The addition of this endorsement does not imply that other policy provisions, including but not limited to any pollution exclusion, do not exclude coverage for PFC/PFAS-related injury, damage, loss, cost or expense.

**All other conditions and provisions of the policy remain unchanged by this endorsement.**

ACP GLDO3039795104          LLUI          24170          INSURED COPY          45   0000771

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998   □

**IL 00 21 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08   ☐

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3039795104 |
|---|---|
| Named Insured & Address | USA WIRELESS INC - DBA<br>AT&T AUTHORIZED RETAILER<br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL   33176 |

| | |
|---|---|
| Policy Period: Covers From: **06/05/24**   TO **06/05/25**   12:01 A.M. Standard Time |
| Effective Date of This Endorsement: **06/21/24**          12:01 A.M. Standard Time |

| Agent Address | KEYES COVERAGE INC          09-59624-002<br><br>5900 N HIATUS RD<br>TAMARAC FL          33321 |
|---|---|

This policy is changed as follows:

```
                                              _____ PREMIUMS _____
                                              OTHER              PR/CO
```

```
*************************** ENDORSEMENT CHANGES ***************************
ITEM CG2001 0413   HAS BEEN ADDED                  $      75.00
               A NEW COPY OF THIS FORM HAS BEEN PRINTED
ADJUSTMENT TO FL PREM SURCHARGE                            $        .78
    ADD TERRITORY OF    001
    ADD CLASS CODE OF    49950

******************************* TOTAL ********************************
                                     ADDITIONAL PREMIUM DUE  $      75.00
                                     ADDL FL PREM SURCHARGE  $        .78
                                        TOTAL PREMIUM DUE    $      75.78
```

**THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT**

**GL AM EN (06-90)**

DIRECT BILL   LA8Z  24176          INSURED COPY          ACP  GLDO 3039795104       810775532     45     0000429

COMMERCIAL GENERAL LIABILITY
CG 20 01 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIMARY AND NONCONTRIBUTORY –
# OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

(1) The additional insured is a Named Insured under such other insurance; and

(2) You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CG 20 01 04 13        © Insurance Services Office, Inc., 2012        **Page 1 of 1**

ACP GLDO3039795104    LLUI    24176       **INSURED COPY**       45   0000430

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3039795104 |
|---|---|
| Named Insured & Address | USA WIRELESS INC - DBA<br>AT&T AUTHORIZED RETAILER<br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL   33176 |
| Policy Period: Covers From: 06/05/24   TO 06/05/25   12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: 06/05/24          12:01 A.M. Standard Time | |
| Agent Address | KEYES COVERAGE INC                              09-59624-002<br><br>5900 N HIATUS RD<br>TAMARAC FL                  33321 |

This policy is changed as follows:

<table>
<tr><td colspan="2" align="right">_____ PREMIUMS _____</td></tr>
<tr><td>OTHER</td><td>PR/CO</td></tr>
</table>

```
******************** AMENDMENT DESCRIPTION ********************
YOUR POLICY HAS BEEN UPDATED WITH THE RESULTS FROM YOUR MOST
RECENT PREMIUM AUDIT. FOR BILLING QUESTIONS: 888.508.8622.
PLEASE REFER AUDIT QUESTIONS TO:        MIKE SIGWALT
                380-251-6411 | SIGWALM@NATIONWIDE.COM

********************* HAZARD CHANGED *********************
ITEM                      PREMIUM ------- RATES --
 NO  DESCRIPTION            BASIS    OTHER   PR/CO
                          GROSS SALES      PER THOUSAND
 001 TELECOMMUNICATION EQ  18575 47700024   0.680   0.637   $   5,237.00 $   4,907.00
     UIPMENT PROVIDERS
ADJUSTMENT TO FL PREM SURCHARGE                                $     111.59

********************* HAZARD CHANGED *********************
ITEM                      PREMIUM ------- RATES --
 NO  DESCRIPTION            BASIS    OTHER   PR/CO
                          GROSS SALES      PER THOUSAND
 052 TELECOMMUNICATION EQ  18575 IF ANY     0.680   0.637
     UIPMENT PROVIDERS

************************** TOTAL **************************
                          ADDITIONAL PREMIUM DUE  $  10,144.00
                          ADDL FL PREM SURCHARGE  $     111.59
                          TOTAL PREMIUM DUE       $  10,255.59
```

**THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT**

**GL AM EN (06-90)**

DIRECT BILL    LOOX 24198                      INSURED COPY          ACP GLDO 3039795104    810775532    45    0000185

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3039795104 | |
|---|---|---|
| Named Insured & Address | USA WIRELESS INC - DBA<br>AT&T AUTHORIZED RETAILER<br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL   33176 | |
| Policy Period: Covers From: **06/05/24**   TO **06/05/25**   12:01 A.M. Standard Time | | |
| Effective Date of This Endorsement: **06/05/24**    12:01 A.M. Standard Time | | |
| Agent Address | KEYES COVERAGE INC<br><br>5900 N HIATUS RD<br>TAMARAC FL          33321 | 09-59624-002 |

This policy is changed as follows:

```
                                            _____ PREMIUMS _____
                                            OTHER           PR/CO


************************** HAZARD ADDED   **************************
ITEM                          PREMIUM ------- RATES --
  NO  DESCRIPTION             BASIS    OTHER    PR/CO
                              GROSS SALES      PER THOUSAND
 154 TELECOMMUNICATION EQ  18575 IF ANY      0.680     0.637
     UIPMENT PROVIDERS

      2424 N FEDERAL HWY                  FORT LAUDERDALE      FL 333052541

******************** OTHER DESCRIPTIONS ADDED   ********************
ITEM
  NO       DESCRIPTION
 154A    TO "ADDED EFFECTIVE 08/06/24"

******************************* TOTAL ******************************
                                          NO CHARGE
         THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3039795104 |
|---|---|
| Named Insured & Address | **USA WIRELESS INC - DBA**<br>**AT&T AUTHORIZED RETAILER**<br>**8925 SW 148TH ST STE 110**<br>**PALMETTO BAY          FL   33176** |
| Policy Period: Covers From: **06/05/24**   TO **06/05/25**   12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: **06/05/24**          12:01 A.M. Standard Time | |
| Agent Address | **KEYES COVERAGE INC**          09-59624-002<br><br>**5900 N HIATUS RD**<br>**TAMARAC FL**          33321 |

This policy is changed as follows:

```
                                                  _____ PREMIUMS _____
                                                  OTHER             PR/CO

**************************** HAZARD DELETED ****************************
ITEM                            PREMIUM -------- RATES --
 NO  DESCRIPTION                BASIS    OTHER    PR/CO
                                GROSS SALES      PER THOUSAND
 076 TELECOMMUNICATION EQ  18575 IF ANY        0.000    0.000
     UIPMENT PROVIDERS

**************************** HAZARD DELETED ****************************
ITEM                            PREMIUM -------- RATES --
 NO  DESCRIPTION                BASIS    OTHER    PR/CO
                                GROSS SALES      PER THOUSAND
 095 TELECOMMUNICATION EQ  18575 IF ANY        0.000    0.000
     UIPMENT PROVIDERS

******************** OTHER DESCRIPTIONS DELETED ********************
ITEM
 NO        DESCRIPTION
 095A      ADDED EFFECTIVE     03/01/2022

***************************** TOTAL *****************************
                                         NO CHARGE
            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL   LNH3  24264                    INSURED COPY        ACP  GLDO 3039795104        810775532    45    0000223

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

59624

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLDO 3039795104 | |
|---|---|---|
| Named Insured & Address | USA WIRELESS INC - DBA<br>AT&T AUTHORIZED RETAILER<br>8925 SW 148TH ST STE 110<br>PALMETTO BAY          FL   33176 | |
| Policy Period: Covers From: **06/05/24**   TO **06/05/25** | | 12:01 A.M. Standard Time |
| Effective Date of This Endorsement: **09/20/24** | | 12:01 A.M. Standard Time |
| Agent Address | KEYES COVERAGE INC<br><br>5900 N HIATUS RD<br>TAMARAC FL                     33321 | 09-59624-002 |

This policy is changed as follows:

```
                                     _____ PREMIUMS _____
                                     OTHER              PR/CO


************************* ENDORSEMENT CHANGES **************************
ITEM CG2001 0413   HAS BEEN CHANGED
                   A NEW COPY OF THIS FORM HAS BEEN PRINTED
ITEM CG2010 0413   HAS BEEN ADDED                    $     50.00
                   A NEW COPY OF THIS FORM HAS BEEN PRINTED
ADJUSTMENT TO FL PREM SURCHARGE                              $     .38
       ADD TERRITORY OF    001
       ADD CLASS CODE OF    49950
FORM CG2010 0413   VARIABLE INFORMATION HAS BEEN ADDED
                   A NEW COPY OF THIS FORM HAS BEEN PRINTED
FORM CG2010 0413   VARIABLE INFORMATION HAS BEEN ADDED
                   A NEW COPY OF THIS FORM HAS BEEN PRINTED
FORM CG2010 0413   VARIABLE INFORMATION HAS BEEN ADDED
                   A NEW COPY OF THIS FORM HAS BEEN PRINTED


******************************* TOTAL ********************************
                              ADDITIONAL PREMIUM DUE   $     50.00
                              ADDL FL PREM SURCHARGE   $       .38
                              TOTAL PREMIUM DUE        $     50.38

         THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL    LL0Q  24270                         INSURED COPY          ACP  GLDO 3039795104        810775532      45     0000212

**DEPOSITORS INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

**AUDIT**

## COMMERCIAL GENERAL LIABILITY AUDIT REPORT

| | |
|---|---|
| Policy Number: | **ACP GLDO 3039795104** |
| Named Insured: | **USA WIRELESS INC - DBA**<br>**AT&T AUTHORIZED RETAILER** |
| Address: | **8925 SW 148TH ST STE 110**<br>**PALMETTO BAY       FL  33176-8000** |

| | | |
|---|---|---|
| Agent: | **KEYES COVERAGE LLC** | **09-59624-002** |
| Address: | **TAMARAC FL       33321** | |

Policy Period:     From **06/05/24**     to **06/05/25**

Audit Period:     From **06/05/24**     to **06/05/25**

| Premium Summary | | | |
|---|---|---|---|
| | Other | | PR/CO |
| **FINAL POLICY PREMIUM** | $ 28,654.00 | $ | 25,398.00 |
| **ORIGINAL EST PREMIUM** | $ 34,005.00 | $ | 30,405.00 |
| **ADDITIONAL PREMIUM** | | | |
| **RETURN PREMIUM** | $ 5,351.00 | $ | 5,007.00 |
| | | | |
| **RETURN FLORIDA SURCHARGE** | | $ | 113.94 |
| | | | |
| **TOTAL RETURN PREMIUM** | | $ | 10,471.94- |

THIS IS NOT A BILL. THIS IS A POLICY AUDIT WORKSHEET.
YOU HAVE A RETURN PREMIUM FOR THIS POLICY. THE TOTAL
RETURN PREMIUM AMOUNT WILL BE REPORTED TO YOUR DIRECT BILL ACCOUNT AND SUBTRACTED
FROM YOUR TOTAL ACCOUNT BALANCE.  THIS CHANGE WILL APPEAR ON YOUR NEXT BILLING STATEMENT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   AUDIT DESCRIPTION   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
YOUR POLICY HAS BEEN UPDATED WITH THE RESULTS FROM YOUR MOST
RECENT PREMIUM AUDIT. FOR BILLING QUESTIONS: 888-508-8622.
PLEASE REFER AUDIT QUESTIONS TO:   JOAN GREEN
        380-251-6425   | GREENJ58@NATIONWIDE.COM

**GL-DA (06-90)**

DIRECT BILL    LLUI  25212                    INSURED COPY              ACP  GLDO 3039795104        810775532     45     0000003

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES | PER THOUSAND .680 | .637 | | |
| 002A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 217,606 | PER THOUSAND .680 | .637 | $147 | $139 |
| 003A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 295,880 | PER THOUSAND .680 | .637 | $201 | $189 |
| 004A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 275,257 | PER THOUSAND .680 | .637 | $188 | $175 |
| 005A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 319,390 | PER THOUSAND .680 | .637 | $217 | $204 |
| 006A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 321,997 | PER THOUSAND .680 | .637 | $220 | $206 |
| 007A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 245,497 | PER THOUSAND .680 | .637 | $167 | $156 |
| 008A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 189,273 | PER THOUSAND .680 | .637 | $129 | $120 |
| 009A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 205,351 | PER THOUSAND .680 | .637 | $139 | $131 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   25212                          INSURED COPY                          ACP  GLDO 3039795104        810775532     45     0000004

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP  GLDO  3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 010A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 596,576 | PER THOUSAND .680 | .637 | $405 | $380 |
| 011A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 160,212 | PER THOUSAND .680 | .637 | $109 | $103 |
| 012A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 522,785 | PER THOUSAND .680 | .637 | $354 | $332 |
| 013A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 177,937 | PER THOUSAND .680 | .637 | $121 | $114 |
| 017A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 222,735 | PER THOUSAND .680 | .637 | $151 | $142 |
| 018A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 829,906 | PER THOUSAND .680 | .637 | $564 | $529 |
| 019A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 217,972 | PER THOUSAND .680 | .637 | $148 | $139 |
| 020A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 337,651 | PER THOUSAND .680 | .637 | $230 | $215 |
| 021A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 569,694 | PER THOUSAND .680 | .637 | $387 | $362 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 022A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 234,978 | PER THOUSAND .680 | .637 | $159 | $149 |
| 023A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 378,272 | PER THOUSAND .680 | .637 | $257 | $241 |
| 024A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 559,236 | PER THOUSAND .680 | .637 | $381 | $356 |
| 025A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 282,520 | PER THOUSAND .680 | .637 | $192 | $180 |
| 026A FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 233,242 | PER THOUSAND .680 | .637 | $158 | $148 |
| 027A FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 231,873 | PER THOUSAND .680 | .637 | $157 | $147 |
| 028A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 668,263 | PER THOUSAND .680 | .637 | $455 | $427 |
| 029A FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 166,875 | PER THOUSAND .680 | .637 | $114 | $107 |
| 030A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 311,050 | PER THOUSAND .680 | .637 | $212 | $198 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE: For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   25212                    INSURED COPY                    ACP  GLDO 3039795104        810775532      45      0000006

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 031A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>443,690 | PER THOUSAND<br>.680 | .637 | $302 | $283 |
| 032A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>151,152 | PER THOUSAND<br>.680 | .637 | $104 | $96 |
| 033A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>380,780 | PER THOUSAND<br>.680 | .637 | $258 | $243 |
| 034A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>370,393 | PER THOUSAND<br>.680 | .637 | $252 | $236 |
| 035A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>489,188 | PER THOUSAND<br>.680 | .637 | $332 | $312 |
| 037A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>210,861 | PER THOUSAND<br>.680 | .637 | $142 | $135 |
| 038A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>162,029 | PER THOUSAND<br>.680 | .637 | $110 | $104 |
| 039A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>366,316 | PER THOUSAND<br>.680 | .637 | $249 | $235 |
| 040A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>490,931 | PER THOUSAND<br>.680 | .637 | $332 | $312 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   25212                              INSURED COPY                    ACP  GLDO 3039795104       810775532     45    0000007

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP  GLDO  3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 041A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 89,133 | PER THOUSAND .680 | .637 | $60 | $56 |
| 042A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 125,458 | PER THOUSAND .680 | .637 | $85 | $79 |
| 043A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 330,955 | PER THOUSAND .680 | .637 | $226 | $212 |
| 045A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 320,763 | PER THOUSAND .680 | .637 | $218 | $204 |
| 046A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 218,220 | PER THOUSAND .680 | .637 | $148 | $139 |
| 047A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 525,192 | PER THOUSAND .680 | .637 | $357 | $334 |
| 048A     FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 434,849 | PER THOUSAND .680 | .637 | $295 | $277 |
| 049A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 165,438 | PER THOUSAND .680 | .637 | $113 | $105 |
| 051A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 236,907 | PER THOUSAND .680 | .637 | $161 | $150 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 052A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 317,944 | PER THOUSAND .680 | .637 | $216 | $203 |
| 053A FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 387,730 | PER THOUSAND .680 | .637 | $263 | $247 |
| 054A FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 257,423 | PER THOUSAND .680 | .637 | $175 | $163 |
| 055A FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 228,653 | PER THOUSAND .680 | .637 | $155 | $145 |
| 056A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 470,952 | PER THOUSAND .680 | .637 | $320 | $300 |
| 057A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 147,165 | PER THOUSAND .680 | .637 | $100 | $94 |
| 058A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 263,126 | PER THOUSAND .680 | .637 | $179 | $168 |
| 059A FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 281,764 | PER THOUSAND .680 | .637 | $192 | $180 |
| 060A FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 152,804 | PER THOUSAND .680 | .637 | $105 | $97 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE: For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL   LLUI   25212                    INSURED COPY                    ACP GLDO 3039795104        810775532     45      0000009

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  ACP GLDO 3039795104

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 063A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 236,516 | PER THOUSAND .680 | .637 | $161 | $150 |
| 064A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 503,749 | PER THOUSAND .680 | .637 | $342 | $321 |
| 065A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 342,418 | PER THOUSAND .680 | .637 | $233 | $218 |
| 066A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 206,435 | PER THOUSAND .680 | .637 | $141 | $132 |
| 067A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 795,101 | PER THOUSAND .680 | .637 | $541 | $507 |
| 068A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 618,627 | PER THOUSAND .680 | .637 | $421 | $394 |
| 070A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 176,364 | PER THOUSAND .680 | .637 | $120 | $113 |
| 071A     FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 145,060 | PER THOUSAND .680 | .637 | $98 | $93 |
| 072A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 30,605 | PER THOUSAND .680 | .637 | $21 | $20 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

DIRECT BILL     LLUI   25212                         INSURED COPY                    ACP  GLDO 3039795104        810775532     45     0000010

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 073A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 343,838 | PER THOUSAND .680 | .637 | $235 | $220 |
| 074A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 210,440 | PER THOUSAND .680 | .637 | $142 | $135 |
| 077A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 227,437 | PER THOUSAND .680 | .637 | $153 | $145 |
| 078A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 603,671 | PER THOUSAND .680 | .637 | $411 | $385 |
| 079A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 144,649 | PER THOUSAND .680 | .637 | $98 | $92 |
| 080A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 293,818 | PER THOUSAND .680 | .637 | $200 | $188 |
| 081A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 395,454 | PER THOUSAND .680 | .637 | $269 | $252 |
| 083A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 242,333 | PER THOUSAND .680 | .637 | $164 | $153 |
| 084A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 143,444 | PER THOUSAND .680 | .637 | $97 | $92 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI  25212                    INSURED COPY                ACP  GLDO 3039795104        810775532    45    0000011

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP  GLDO  3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 085A     FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 121,351 | PER THOUSAND .680 | .637 | $82 | $77 |
| 086A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 114,362 | PER THOUSAND .680 | .637 | $77 | $73 |
| 087A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 208,106 | PER THOUSAND .680 | .637 | $141 | $133 |
| 088A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 206,569 | PER THOUSAND .680 | .637 | $141 | $132 |
| 089A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 124,569 | PER THOUSAND .680 | .637 | $84 | $79 |
| 090A     FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 302,472 | PER THOUSAND .680 | .637 | $206 | $193 |
| 091A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 232,607 | PER THOUSAND .680 | .637 | $158 | $148 |
| 092A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 168,487 | PER THOUSAND .680 | .637 | $115 | $107 |
| 093A     FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 312,095 | PER THOUSAND .680 | .637 | $212 | $199 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 094A     FL-005<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>172,253 | PER THOUSAND<br>.680 | .637 | $118 | $110 |
| 096A     FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>217,938 | PER THOUSAND<br>.680 | .637 | $147 | $139 |
| 097A     FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>165,360 | PER THOUSAND<br>.680 | .637 | $113 | $105 |
| 098A     FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>160,706 | PER THOUSAND<br>.680 | .637 | $109 | $103 |
| 100A     FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>502,184 | PER THOUSAND<br>.680 | .637 | $342 | $320 |
| 101A     FL-005<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>169,421 | PER THOUSAND<br>.680 | .637 | $116 | $108 |
| 102A     FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>297,394 | PER THOUSAND<br>.680 | .637 | $203 | $190 |
| 103A     FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>176,904 | PER THOUSAND<br>.680 | .637 | $120 | $113 |
| 104A     FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>97,754 | PER THOUSAND<br>.680 | .637 | $66 | $62 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   25212                        INSURED COPY                ACP  GLDO 3039795104        810775532      45     0000013

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 105A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 258,006 | PER THOUSAND .680 | .637 | $175 | $164 |
| 106A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 142,655 | PER THOUSAND .680 | .637 | $96 | $91 |
| 107A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 286,540 | PER THOUSAND .680 | .637 | $195 | $182 |
| 108A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 243,498 | PER THOUSAND .680 | .637 | $166 | $155 |
| 109A    FL-004 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 42,096 | PER THOUSAND .680 | .637 | $29 | $27 |
| 110A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 780,637 | PER THOUSAND .680 | .637 | $530 | $498 |
| 111A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 386,988 | PER THOUSAND .680 | .637 | $263 | $246 |
| 112A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 118,318 | PER THOUSAND .680 | .637 | $81 | $76 |
| 113A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 181,755 | PER THOUSAND .680 | .637 | $125 | $116 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   25212                              INSURED COPY                    ACP  GLDO 3039795104        810775532      45      0000014

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 114A      FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>362,639 | PER THOUSAND<br>.680 | .637 | $246 | $232 |
| 115A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>146,152 | PER THOUSAND<br>.680 | .637 | $99 | $93 |
| 116A      FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>258,593 | PER THOUSAND<br>.680 | .637 | $176 | $164 |
| 118A      FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>198,657 | PER THOUSAND<br>.680 | .637 | $136 | $127 |
| 119A      FL-001<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>294,526 | PER THOUSAND<br>.680 | .637 | $200 | $188 |
| 120A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>289,499 | PER THOUSAND<br>.680 | .637 | $198 | $184 |
| 121A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>256,962 | PER THOUSAND<br>.680 | .637 | $174 | $163 |
| 122A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>610,313 | PER THOUSAND<br>.680 | .637 | $415 | $390 |
| 123A      FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>491,454 | PER THOUSAND<br>.680 | .637 | $334 | $314 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL    LLUI   25212                                  INSURED COPY                           ACP  GLDO 3039795104          810775532      45      0000015

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 124A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 620,039 | PER THOUSAND .680 | .637 | $422 | $395 |
| 125A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 393,050 | PER THOUSAND .680 | .637 | $267 | $251 |
| 126A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 683,247 | PER THOUSAND .680 | .637 | $465 | $436 |
| 127A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 508,541 | PER THOUSAND .680 | .637 | $345 | $325 |
| 129A   FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 158,359 | PER THOUSAND .680 | .637 | $108 | $102 |
| 130A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 145,731 | PER THOUSAND .680 | .637 | $99 | $93 |
| 131A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 200,267 | PER THOUSAND .680 | .637 | $137 | $128 |
| 132A   FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 308,131 | PER THOUSAND .680 | .637 | $210 | $196 |
| 133A   FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 171,635 | PER THOUSAND .680 | .637 | $117 | $110 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  ACP GLDO 3039795104

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 134A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 130,236 | PER THOUSAND .680 | .637 | $88 | $83 |
| 135A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 271,994 | PER THOUSAND .680 | .637 | $184 | $173 |
| 136A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 276,151 | PER THOUSAND .680 | .637 | $188 | $176 |
| 137A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 245,940 | PER THOUSAND .680 | .637 | $168 | $157 |
| 138A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 268,275 | PER THOUSAND .680 | .637 | $182 | $171 |
| 139A      FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 419,054 | PER THOUSAND .680 | .637 | $285 | $267 |
| 140A      FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 190,631 | PER THOUSAND .680 | .637 | $130 | $121 |
| 141A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 204,241 | PER THOUSAND .680 | .637 | $139 | $130 |
| 142A      FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 188,170 | PER THOUSAND .680 | .637 | $128 | $120 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

DIRECT BILL    LLUI   25212                       INSURED COPY                ACP  GLDO 3039795104       810775532      45      0000017

DEPOSITORS INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  ACP GLDO 3039795104

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 143A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 177,405 | PER THOUSAND .680 | .637 | $120 | $113 |
| 144A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 67,770 | PER THOUSAND .680 | .637 | $46 | $44 |
| 145A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 609,789 | PER THOUSAND .680 | .637 | $415 | $389 |
| 146A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 197,798 | PER THOUSAND .680 | .637 | $135 | $127 |
| 147A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 210,242 | PER THOUSAND .680 | .637 | $142 | $134 |
| 148A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 206,240 | PER THOUSAND .680 | .637 | $141 | $132 |
| 149A    FL-001 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 283,455 | PER THOUSAND .680 | .637 | $193 | $181 |
| 150A    FL-002 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 256,780 | PER THOUSAND .680 | .637 | $174 | $163 |
| 151A    FL-006 TELECOMMUNICATION EQUIPMENT PROVIDERS 06/05/24 TO 06/05/25 | 18575 | GROSS SALES 274,295 | PER THOUSAND .680 | .637 | $187 | $175 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

DIRECT BILL    LLUI   25212                    INSURED COPY                    ACP  GLDO 3039795104        810775532     45     0000018

**DEPOSITORS INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLDO 3039795104**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 152A    FL-004<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>103,433 | PER THOUSAND<br>.680 | .637 | $70 | $66 |
| 153A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>229,548 | PER THOUSAND<br>.680 | .637 | $156 | $145 |
| 154A    FL-002<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>139,984 | PER THOUSAND<br>.680 | .637 | $96 | $88 |
| 155A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>98,166 | PER THOUSAND<br>.680 | .637 | $66 | $62 |
| 156A    FL-006<br>TELECOMMUNICATION EQUIPMENT PROVIDERS<br>06/05/24 TO 06/05/25 | 18575 | GROSS SALES<br>56,015 | PER THOUSAND<br>.680 | .637 | $39 | $36 |
| 004B    FL-133<br>CG7003<br>06/05/24 TO 06/05/25 | 6603000 | | | | $441 | |
| 022B    FL-001<br>CG2001<br>06/21/24 TO 06/05/25 | 49950 | | | | $75 | |
| 023B    FL-001<br>CG2010<br>09/20/24 TO 06/05/25 | 49950 | | | | $50 | |
| 001C    FL-001<br>COMMERCIAL GENERAL LIABILITY ENHANCEMENT INCLUDING MEDICAL PAYMENTS<br>06/05/24 TO 06/05/25 | 77429 | FLAT CHARGE | | | $1,000 | |

Total Advance Other and PR/CO        **$28,654**        **$25,398**

TOTAL ADVANCE PREMIUM        **$54,052**

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

COMMERCIAL GENERAL LIABILITY
CG 20 01 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

(1) The additional insured is a Named Insured under such other insurance; and

(2) You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CG 20 01 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

ACP GLDO3039795104     LLUI     24270               INSURED COPY                              45   0000213

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
CG 20 10 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| **AT&T SERVICES INC**<br>**ONE AT&T PLAZA**<br>**208 S ACKARD**<br>**DALLAS TX 75202** |
| **Location(s) Of Covered Operations** |
| **ALL LOCATIONS AT WHICH ON-GOING OPERATIONS ARE BEING PERFORMED FOR THE ADDITIONAL PERSON(S) OR ORGANIZATION(S)"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

CG 20 10 04 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 2

**CG 20 10 04 13**

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C. With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**All terms and conditions apply unless modified by this endorsement.**

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

ACP GLDO3039795104      LLUI      24270              **INSURED COPY**                                    45   0000215

# Exhibit B



**BANKER LOPEZ GASSLER**
ATTORNEYS AT LAW

April 6, 2026

<u>**Via Email**</u>
Lyle Shapiro, Esq.
Herskowitz Shapiro
Counsel for USA Wireless, Inc.
lyle@hslawfl.com

Re:   Claim:              AT&T Mobility II, LLC v. USA Wireless, Inc.
      Insured:            USA Wireless, Inc.
      Policy numbers:     ACP GLDO 3029795104, ACP GLDO 3039795104, ACP CAP
                          3029795104, and ACP CAP 3039795104
      DOL:               January 2024 through May 2025
      Claim No.:          866686-GQ
      Our File No.:       41-6018

Dear Mr. Shapiro:

My clients and I are in receipt of your March 31, 2026, correspondence where you sought clarification of **my clients' coverage position.** Specifically, you asked for clarification as to **whether the claim of AT&T Mobility II, LLC ("ATT") against USA Wireless, Inc. ("USA Wireless") was denied in its entirety or if coverage is acknowledged, but just the amount of** indemnification remained in dispute.

**As previously referenced, my clients had not denied coverage for ATT's claim against** USA Wireless prior to USA Wireless electing to settle the claim. Instead, my clients had advised of the significant coverage issues presented by the claim and further explained their ongoing investigation while preserving their rights to all terms, conditions, exclusions, and limitations of the applicable insurance policies referenced. There was no lawsuit or arbitration filed against USA Wireless at the time, and USA Wireless **elected to settle ATT's claim prior to any such filing.** My clients sought further information regarding the mediation and any settlement negotiations but were subsequently advised the claim had been settled by USA Wireless.

Upon receipt of the February 26, 2026, demand from USA Wireless, my clients reiterated its positions with regard to the coverage issues, in addition to the issue presented by USA Wireless having elected to settle the claim. My clients did seek clarification as to the amount of **indemnification and otherwise sought by your client's demand but without waiving any rights**

Page 2 of 2

under the policies. As a result of the coverage issues previously explained, the action of USA Wireless in settling the claim, **the clarification you provided, and my client's ongoing investigation** of the coverage issues, coverage for the claim of ATT against USA Wireless is denied.

However, without waiving its coverage positions, my clients have extended an offer of $10,000 to resolve this matter in its entirety. That offer is made to USA Wireless in exchange for a release of my clients for any claims of coverage under the insurance policies I represent them for in any way arising out of the claim by ATT against USA Wireless. This remains an offer to settle a dis**puted claim for coverage and without my clients' waiver of any of the positions previously** stated or otherwise under the terms, conditions, exclusions, and limitations of the applicable policies.

Very truly yours,

BANKER LOPEZ GASSLER P.A.

*Trevor T. Rhodes*

Trevor T. Rhodes

CC

***Via Email***
Lauren Mauldin
Lauren.Mauldin@nationwide.com

***Via U.S. Mail and Certified Mail*** **– Return receipt requested**
Carey Alan Keyes
Keyes Coverage, Inc.
5900 Hiatus Road
Tamarac, FL 33321

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

USA WIRELESS, INC.,                                    CASE NO.: 2026-CA-009547-01
a Florida corporation,

      Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,
an Iowa corporation, and ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
an Iowa Corporation,

      Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Trevor T. Rhodes, Esquire, and hereby files this Notice of Appearance as Counsel for Defendants, DEPOSITORS INSURANCE COMPANY, an Iowa corporation, and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation, and would request that all future correspondence regarding the above captioned matter be directed to him by mail at Banker Lopez Gassler P.A., 4300 W. Cypress Street, Suite 800, Tampa, FL  33607 and, pursuant to Florida Rules of Judicial Administration 2.516, all future service copies of pleadings and court filings be directed to him by email at service-trhodes@bankerlopez.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  a true and accurate copy of the above and foregoing has been furnished via the Court's E-filing Portal on June 15, 2026 to:

Lyle E. Shapiro, Esq.
FBN 120324
HERSKOWITZ SHAPIRO PLLC
9130 S. Dadeland Blvd., Suite 1609
Miami, Florida 33156
(305) 423-1986
lyle@hslawfl.com
*Attorney for Plaintiff*

Page 1 of 2

By:   **/s/ Trevor T. Rhodes**
Trevor Rhodes, Esquire
FBN 0020573
BANKER LOPEZ GASSLER P.A.
4300 W. Cypress Street, Suite 800
Tampa, FL  33607
Telephone:  (813) 221-1500;
Fax (813) 222-3066
service-trhodes@bankerlopez.com
*Attorney for Defendants*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

USA WIRELESS, INC.,                                    CASE NO.: 2026-CA-009547-01
a Florida corporation,

      Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,
an Iowa corporation, and ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
an Iowa Corporation,

      Defendants.

_____/

## DESIGNATION OF EMAIL ADDRESS

COME NOW Defendants, DEPOSITORS INSURANCE COMPANY, an Iowa corporation, and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation, by and through undersigned counsel, and pursuant to Florida Rules of Judicial Administration 2.516, hereby designate the following email addresses for their counsel:

      Primary:            service-trhodes@bankerlopez.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  a true and accurate copy of the above and foregoing has been furnished via the Court's E-filing Portal on June 15, 2026 to:

Lyle E. Shapiro, Esq.
FBN 120324
HERSKOWITZ SHAPIRO PLLC
9130 S. Dadeland Blvd., Suite 1609
Miami, Florida 33156
(305) 423-1986
lyle@hslawfl.com
*Attorney for Plaintiff*

Page 1 of 2

By: **/s/ Trevor T. Rhodes**

Trevor Rhodes, Esquire
FBN 0020573
BANKER LOPEZ GASSLER P.A.
4300 W. Cypress Street, Suite 800
Tampa, FL  33607
Telephone:  (813) 221-1500;
Fax (813) 222-3066
service-trhodes@bankerlopez.com
*Attorney for Defendants*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

USA WIRELESS, INC.,                                    CASE NO.: 2026-CA-009547-01
a Florida corporation,

   Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,
an Iowa corporation, and ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
an Iowa Corporation,

   Defendants.

_____/

## DEPOSITORS INSURANCE COMPANY AND ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, DEPOSITORS INSURANCE COMPANY ("Depositors") and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY ("Allied"), by and through undersigned counsel, hereby answers the Complaint for Declaratory Relief and Breach of Contract filed by Plaintiff, USA WIRELESS, INC., by denying every allegation not specifically admitted herein, asserts the following affirmative defenses, and further states:

## GENERAL ALLEGATIONS

1. Admitted for jurisdictional purposes only and while maintaining jurisdiction is also proper in the United States District Court, Southern District of Florida, but otherwise denied as to Plaintiff's entitlement to the amount referenced and in all other respects.

2. Admitted that Plaintiff is a named insured under policies of insurance issued by Depositors and Allied but denied as to Plaintiff's description of the policies and in all other respects.

3. Admitted only to the extent that any policies of insurance can speak for themselves but otherwise denied.

4. Admitted only to the extent that any policies of insurance can speak for themselves but otherwise denied.

5. Admitted only to the extent that any policies of insurance can speak for themselves but otherwise denied.

6. Admitted for venue purposes only and while maintaining venue is also proper in the United States District Court, Southern District of Florida, but otherwise denied in all other respects.

7. Admitted for jurisdictional purposes only and while maintaining jurisdiction is also proper in the United States District Court, Southern District of Florida, but otherwise denied as to Plaintiff's entitlement to the amount referenced and in all other respects.

8. Admitted for jurisdictional and venue purposes only and while maintaining jurisdiction and venue is also proper in the United States District Court, Southern District of Florida, but otherwise denied.

9. Admitted for jurisdictional and venue purposes only and while maintaining jurisdiction and venue is also proper in the United States District Court, Southern District of Florida, but otherwise denied.

10. Admitted for jurisdictional and venue purposes only and while maintaining jurisdiction and venue is also proper in the United States District Court, Southern District of Florida, but otherwise denied.

11.     Denied.

## THE UNDERLYING CLAIM

12.     Denied as worded.

13.     Denied as worded.

14.     Denied as worded.

15.     Denied as worded.

16.     Denied as worded.

17.     Denied as worded.

18.     Denied as worded.

19.     Denied as worded.

20.     Denied as worded.

21.     Denied as worded.

22.     Denied as worded.

23.     Denied as worded.

24.     Denied as worded.

25.     Denied as worded.

26.     Denied.

27.     Admitted only to the extent that any settlement agreement can speak for itself but otherwise denied as worded.

28.     Denied.

## THE COVERAGE DISPUTE

29.     Denied.

30.     Denied.

31.    Denied.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied as worded.

36.    Admitted only to the extent that any correspondence can speak for itself but otherwise denied.

37.    Denied as worded.

38.    Denied as worded.

## COUNT I
## DECLARATORY RELIEF
### (Against All Defendants)

39.    Defendants, Depositors and Allied, reassert responses to Paragraphs 1-38 as if fully set forth herein.

40.    Denied.

41.    Denied.

42.    Denied.

43.    Denied.

44.    Denied.

45.    Denied.

46.    Denied.

47.    Admit only to the extent that prior correspondence as to Depositors and Allied's positions as to insurance coverage can speak for itself but otherwise denied as worded.

48.    Denied as worded.

## <u>AFFIRMATIVE DEFENSES</u>

### <u>First Affirmative Defense</u>

Coverage under the Depositors' policy of insurance at issue, Policy Number ACP GLDO 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is not triggered by the following Insuring Agreement:

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result…

    **\* \* \* \***

    b.  This insurance applies to "bodily injury" and "property damage" only if:

    (1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    (2)  The "bodily injury" or "property damage" occurs during the policy period; and

    (3)  Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such

Page 5 of 18

"bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** Who Is An Insured or any "employee" authorized by you to give or received notice of an "occurrence" or claim:

(1)   Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2)   Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3)   Becomes aware of any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**\* \* \* \***

Plaintiff has failed to trigger the Insuring Agreement as there was no sum that Plaintiff was obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. There was never a "suit" seeking those damages. There was no "property damage" caused by an "occurrence", and to the extent there was it was known by an insured or "employee" of an insured prior to the policy period, nor is the Insuring Agreement otherwise triggered.

**<u>Second Affirmative Defense</u>**

Coverage under the Depositors' policy of insurance at issue, Policy Number ACP GLDO 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is barred or limited by the following exclusions:

Page 6 of 18

**a.      Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured….

**b.      Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)  That the insured would have in the absence of the contract or agreement; or

(2)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a)  Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b)  Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

\* \* \* \*

**j.   Damage To Property**

"Property damage" to:

**(1)**  Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

\* \* \* \*

**(3)**  Property loaned to you;

**(4)**  Personal property in the care, custody or control of the insured.

\* \* \* \*

Page 7 of 18

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

\* \* \* \*

### k.  Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

\* \* \* \*

### l.  Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products completed operations hazard."

\* \* \* \*

### m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

\* \* \* \*

### <u>Third Affirmative Defense</u>

Coverage under the Depositors' policy of insurance at issue, Policy Number ACP GLDO 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is barred or limited by the following provision:

**SECTION II – WHO IS AN INSURED**

**1.**  If you are designated in the Declarations as:

\* \* \* \*

Page 8 of 18

**d.**     An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

\* \* \* \*

**2.**  Each of the following is also an insured.

\* \* \* \*

**a.**     Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "voluntary workers" are insureds for:

\* \* \* \*

**(2)**     "Property damage" to property;

**(a)**     Owned, occupied or used by;

**(b)**     Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

You, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

\* \* \* \*

**<u>Fourth Affirmative Defense</u>**

Coverage under the Depositors' policy of insurance at issue, Policy Number ACP GLDO 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is barred or limited as a result of Plaintiff's failure to comply with the following provision:

Page 9 of 18

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

\* \* \* \*

**2.      Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.**      You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)**      How, when and where the "occurrence" or offense took place;

**(2)**      The names and addresses of any injured persons and witnesses; and

**(3)**      The nature and location of any injury or damage arising out of the "occurrence" or offense.

\* \* \* \*

**c.**      You and any other involved insured must:

**(1)**      Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)**      Authorize us to obtain records and other information;

**(3)**      Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)**      Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.**      No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**<u>Fifth Affirmative Defense</u>**

Coverage under the Allied excess policy of insurance at issue, Policy Number ACP CAP 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is not triggered by the following Insuring Agreements:

**INSURING AGREEMENTS**

**A. Cover A – Excess Follow Form Liability Insurance**

1. Under Coverage A, we will pay on behalf of the "insured" that part of "loss" covered by this insurance in excess of the total applicable limits of "underlying insurance", provided the injury or offense takes placed during the Policy Period of this policy. The terms and conditions of the "underlying insurance" are, with respect to Coverage A, made a part of this policy except with respect to:
   a. any contrary provision contained in this policy; or
   b. any provision in this policy for which a similar provision is not contained in the "underlying insurance".

2. With respect to the exceptions state above, the provisions of this policy will apply.

3. The amount we will pay for damages is limited as described in Limits of Insurance.

4. Notwithstanding anything to the contrary contained above, if "underlying insurance" does not cover "loss" for reasons other than exhaustion of an aggregate limit of insurance by payment of claims, then we will not cover such "loss".

5. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

* * * *

Plaintiff has failed to trigger the Insuring Agreement as there was no covered "loss" in excess of the total applicable limits of "underlying insurance". Any claimed "loss" is not covered by "underlying insurance", there is no obligation under this insurance for any claim or "suit" settled without our consent, and the Insuring Agreement is not otherwise triggered.

Page 11 of 18

**Sixth Affirmative Defense**

Coverage under the Allied excess policy of insurance at issue, Policy Number ACP CAP 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is not triggered under the following Insuring Agreements:

**INSURING AGREEMENTS**

**B.  Cover A – Excess Follow Form Liability Insurance**

1.  Under Coverage B, we will pay on behalf of the "insured" damages the "insured becomes legally obligated to pay by reason of liability imposed by law because of "bodily injury", "property damage", or "personal and advertising injury" covered by this insurance which takes place during the Policy Period and is caused by an "occurrence". We will pay such damages in excess of the Retained Limit Aggregate specified in the Declarations or the amount payable by "other insurance", whichever is greater.

\* \* \* \*

5.  Coverage B will not apply to any loss, claim or "suit" for which insurance is afforded under "underlying insurance" or would have been afforded except for the exhaustion of the limits of insurance of "underlying insurance".

6.  We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

\* \* \* \*

8.  This insurance applies to "bodily injury" and "property damage" only if:

    a.  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    b.  The "bodily injury" or "property damage" occurs during the policy period; and

Page 12 of 18

    **c.**    Prior to the policy period, no "insured" and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

9.    "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

10.    "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" or any "employee" authorized by you to give or received notice of an "occurrence" or claim:

    **a.**    Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **b.**    Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **c.**    Becomes aware of any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

\* \* \* \*

Plaintiff has failed to trigger the Insuring Agreement as there was no damages the "insured" was legally obligated to pay by reason of liability imposed by law because of "property damage", otherwise covered by this insurance, or caused by an "occurrence" that is in excess of the Retained Limit Aggregate or the amount payable by "other insurance", and to the extent there was it was known by an insured or "employee" of an insured prior to the policy period. To the extent coverage from "underlying insurance" did apply, this Insuring Agreement is not triggered, there is no

Page 13 of 18

obligation under this insurance with respect to any claim or "suit" settled without our consent, nor is the Insuring Agreement otherwise triggered.

### **Seventh Affirmative Defense**

Coverage under the Allied excess policy of insurance at issue, Policy Number ACP CAP 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is barred or limited by following exclusions:

**EXCLUSIONS**

A. **Applicable to Coverage A and Coverage B**
Under Coverage A and Coverage B, this insurance does not apply to:

**\* \* \* \***

6. Damage To "Your Product"

   "Injury or damage" or "property damage" to "your product" arising out of it or any part of it.
7. Damage To "Your Work"

   "Injury or damage" or "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

   This exclusion does not apply if the damaged work out of which the damage arises was performed on your behalf by a subcontractor.

B. **Applicable to Coverage A Only**

The exclusions applicable to the "underlying insurance" also apply to this insurance. Additionally, this insurance does not apply to:

1. Damage To Property

   "Injury to damage" to:

**\* \* \* \***

**c.**     Property loaned to you;

**d.**     Personal property in the care, custody or control of the insured.

* * * *

**C. Applicable to Coverage B Only**

Under Coverage B, this insurance does not apply to:

**1.** Expected or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured…

**2.** Contractual Liability

"Bodily injury", "property damage" or "personal and advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

* * * *

**9.** Damage to Property

"Property damage" to:

* * * *

**c.**     Property loaned to you;
**d.**     Personal property in the care, custody or control of the insured;

* * * *

**f.**     That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

**10.** Damage To Impaired Property Or Property Not Physically Injured

Page 15 of 18

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**a.** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**b.** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of the sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**\* \* \* \***

## Eighth Affirmative Defense

Coverage under the Allied excess policy of insurance at issue, Policy Number ACP CAP 3029795104, with effective dates of June 5, 2023, through June 5, 2024, and renewal with effective dates June 5, 2024, through June 5, 2025, is barred or limited by the failure of Plaintiff to comply with the following conditions:

**CONDITIONS**

**Applicable to Coverage A and Coverage B**

The following Conditions are applicable to both Coverage A and Coverage B.

**\* \* \* \***

**6.** Duties in the Event of "Occurrence", Claim or "Suit"

    **a.** You must see to it that we and your "underlying insurers";

        **1)** are notified as soon as possible of any "occurrence" which may result in a claim if the claim may involve this policy or any "underlying insurance";

        **2)** receive notice of the claim or "suit" as soon as possible;

        **3)** are helped, at our request, to enforce any right against any person or organization which may be liable to the "insured" because of injury or damage to which this insurance applies; and

    **4)**    receive the "insured's" full cooperation as stated in this policy or in any "underlying insurance".

  **b.**  Additionally, it is a requirement of this policy that:

    **1)**    the "insured" not make any admission of liability; and

    **2)**    the "insured" not, unless we agree, incur any expense or make any payment other than for first aid. Any such unauthorized expenses will be the "insured's" own cost.

### Ninth Affirmative Defense

Defendants are third-party beneficiaries of the settlement agreement Plaintiff entered into which is the subject of the instant lawsuit and as such Defendants have been released and are otherwise precluded and protected from any liability as a result of the allegations which served as the basis for the settlement agreement and otherwise in this lawsuit.

### Tenth Affirmative Defense

Plaintiff's claim is subject to all declarations, insuring agreements, terms, exclusions, limitations, endorsements, conditions, and other provisions of the insurance policies at issue.

### Eleventh Affirmative Defense

To the extent Plaintiffs are entitled to any recovery then Defendants are entitled to a setoff from any and all collateral sources from which Plaintiff has recovered for the loss in question pursuant to Section 768.76, Florida Statutes.

### Twelfth Affirmative Defense

Defendants reserve their right to amend their affirmative defenses as the investigation and discovery continue.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on  a true and accurate copy of the above and foregoing has been furnished via the Court's E-filing Portal on June 15, 2026 to:

Lyle E. Shapiro, Esq.
FBN 120324
HERSKOWITZ SHAPIRO PLLC
9130 S. Dadeland Blvd., Suite 1609
Miami, Florida 33156
(305) 423-1986
lyle@hslawfl.com
*Attorney for Plaintiff*

By:   **/s/ Trevor T. Rhodes**

Trevor Rhodes, Esquire
FBN 0020573
BANKER LOPEZ GASSLER P.A.
4300 W. Cypress Street, Suite 800
Tampa, FL  33607
Telephone:  (813) 221-1500;
Fax (813) 222-3066
service-trhodes@bankerlopez.com
*Attorney for Defendants*

Filing # 250383360 E-Filed 06/15/2026 02:29:56 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

USA WIRELESS, INC.,                                    CASE NO.: 2026-CA-009547-01
a Florida corporation,

       Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,
an Iowa corporation, and ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
an Iowa Corporation,

       Defendants.

_____/

**<u>DEPOSITORS INSURANCE COMPANY AND ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL TO
THE UNITED STATES DISTRICT COURT</u>**

TO:    Clerk of the Circuit Court, Miami-Dade County, Florida

NOTICE is hereby given that pursuant to Sections 1441 and 1446 of Title 28 of the United States Code and Rule 81(c) of the Federal Rules of Civil Procedure, Defendants DEPOSITORS INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY has filed in the United States District Court for the Southern District of Florida, Miami Division, a Notice of Removal of this action. A copy of this Notice of Removal is attached to this notice.

Pursuant to 28 U.S.C. §§ 1446(d), the filing of this Notice of Removal with the Clerk for the Fifteenth Judicial Circuit in and for Miami-Dade County effects removal of this action to the United States District Court, "and the state [matter] shall proceed no further unless and until the case is remanded."

Respectfully Submitted,

By: \_\_\_\_\_ **/s/ Trevor Rhodes**
Trevor Rhodes, Esquire
FBN 0020573
Email: Service-trhodes@bankerlopez.com
4300 West Cypress Street, Suite 800
Tampa, FL  33607
Ph: (813) 221-1500
FAX: (813) 222-3066
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  a true and accurate copy of the above and foregoing has been furnished via the Court's E-filing Portal on June 15, 2026 to:

Lyle E. Shapiro, Esq.
FBN 120324
HERSKOWITZ SHAPIRO PLLC
9130 S. Dadeland Blvd., Suite 1609
Miami, Florida 33156
(305) 423-1986
lyle@hslawfl.com
*Attorney for Plaintiff*

By: **/s/ Trevor T. Rhodes**
Trevor Rhodes, Esquire
FBN 0020573
BANKER LOPEZ GASSLER P.A.
4300 W. Cypress Street, Suite 800
Tampa, FL  33607
Telephone:  (813) 221-1500;
Fax (813) 222-3066
service-trhodes@bankerlopez.com
*Attorney for Defendants*

2